UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

P.J. ET AL,
    Plaintiffs,

    v.                                         CASE NO. 2:91CV180 (RNC)

EDUCATION, ET AL.,
    Defendants,

SCHEDULING ORDER REGARDING
EXPERT ADVISORY PANEL ANNUAL REPORT

On November 4, 2003, pursuant to the May 22, 2002 settlement decree, the court received the Second Annual Report of the Expert Advisory Panel dated November 3, 2003 (the "report"). The court held a telephonic status conference to discuss the report on November 20, 2003. Participating in the conference were Attorney David Shaw and Attorney Frank Laski representing the plaintiffs and Assistant Attorney General Ralph Urban representing the defendants. In connection with the report, the court sets the following schedule:

1. The defendants shall submit comments on the report to the Expert Advisory Panel (the "panel"), with a copy to the plaintiffs, by no later than December 2, 2003.

2. The plaintiffs shall submit comments on the report to the panel, with a copy to the defendants, by no later than December 12, 2003.

3. The parties shall meet with the panel regarding the

      report during the panel's next visit to Connecticut in late January, 2004.

4. After receiving the parties' comments on the report and meeting with the parties, the panel shall make any revisions to the report that might be necessary or appropriate. The revised report shall be submitted to the court and to the parties by no later than January 30, 2004. The panel shall append to its revised report the written comments of the parties.

5. A status conference with the Honorable Robert N. Chatigny shall be held on <u>March 2, 2004</u> at <u>2:00p.m.</u>.

6. The defendants shall cause a copy of this order to be delivered to the panel.

SO ORDERED this 25th day of November 2003 at Hartford, Connecticut.

                                      DONNA F. MARTINEZ
                                      United States Magistrate Judge