*Held 30 mins*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Status Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

November 20, 2003

1:50 p.m. ~~1:30~~ p.m.

CASE NO. **2:91CV180 (RNC)**     **P.J. v. Education**

COUNSEL OF RECORD:

| | |
|---|---|
| Douglas M. Crockett | Connecticut Legal Services<br>872 Main St., Po Box 258<br>Willimantic, CT 06226<br>860-456-1762 |
| Gregory T. D'Auria | Attorney General's Office<br>55 Elm St., PO Box 120<br>Hartford, CT 06101-0120<br>860-808-5020 |
| Laurie A. Deane | Attorney General's Office<br>55 Elm St.<br>Hartford, CT 06106<br>860-808-5330 |
| Elizabeth A. Foley | Sullivan, Schoen, Campane & Connon<br>646 Prospect Ave.<br>Hartford, CT 06105<br>860-233-2141 |
| Gregory B. Ladewski | Berchem, Moses & Devlin, P.C.<br>75 Broad St.<br>Milford, CT 06460<br>203-783-1200 |
| Frank J. Laski ✓ | Mental Health Legal Advisors Committee<br>294 Washington St.<br>Suite 320<br>Boston, MA 02108<br>617-338-2345 |

```
Paul L. MacNeill              Skelley Rottner, P.C.
                              PO Box 340890
                              Hartford, CT 06134-0890
                              860-561-7077

Martha K. McMillen            242 Broad St.
                              Wethersfield, CT 06109
                              529-3799

David C. Shaw  ✓              Law Offices of David C. Shaw
                              34 Jerome Ave., Suite 210
                              Bloomfield, CT 06002
                              860-242-1238
                              860-242-1507 (fax)
                              davidcshawatty@aol.com

Ralph E. Urban  ✓             Attorney General's Office
                              55 Elm St.
                              Hartford, CT 06106
                              860-808-5210
                              860-808-5385 (fax)
                              ralph.urban@po.state.ct.us

Linda L. Yoder                Shipman & Goodwin
                              One American Row
                              Hartford, CT 06103-2819
                              860-251-5717
                              860-251-5500 (fax)
                              lyoder@goodwin.com


                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK
```