UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO.: |
|     Plaintiffs, | : | 291CV00180 (RNC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| BOARD OF EDUCATION, et al. | : | |
|     Defendants. | : | DECEMBER 10, 2003 |

### MOTION FOR ENLARGEMENT OF TIME

The plaintiffs move for a one-week enlargement of time to serve their comments to the Expert Advisory Panel Report to the United States District Court on the Expert Advisory Panel and defendants. In support of this motion the plaintiffs represent the following:

1. The Court Order dated November 15, 2003 provides that plaintiffs must submit their comments to the Expert Advisory Panel Report on the Expert Advisory Panel and defendants by no later than December 12, 2003.

2. Plaintiffs are unable to complete and serve their comments by that date due to the fact that plaintiffs' counsel, Attorney David Shaw, has three days of hearings scheduled during the week beginning December 7, 2003 and is required to submit comments to a settlement proposal in *ARC/Connecticut v. O'Meara*, No.3:01 CV 1871 (JBA) by no later than December 12, 2003.

3. Attorney Ralph Urban, counsel for the defendants has been contacted. He indicates he does not oppose a one-week enlargement of time.

GRANTED. So ordered. 12/16/03.