*Held 2 Hours*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

March 2, 2004

2:00 p.m.

CASE NO. **2:91CV180 (RNC)**   **P.J., et al. v. Education, et al.**

COUNSEL OF RECORD:

| | |
|---|---|
| Douglas M. Crockett | Connecticut Legal Services<br>872 Main St., Po Box 258<br>Willimantic, CT 06226<br>860-456-1762 |
| Gregory T. D'Auria | Attorney General's Office<br>55 Elm St., PO Box 120<br>Hartford, CT 06101-0120<br>860-808-5020 |
| Laurie A. Deane | Attorney General's Office<br>55 Elm St.<br>Hartford, CT 06106<br>860-808-5330 |
| Elizabeth A. Foley | Sullivan, Schoen, Campane & Connon<br>646 Prospect Ave.<br>Hartford, CT 06105<br>860-233-2141 |
| Gregory B. Ladewski | Berchem, Moses & Devlin, P.C.<br>75 Broad St.<br>Milford, CT 06460<br>203-783-1200 |
| ✓ Frank J. Laski | Mental Health Legal Advisors Committee<br>294 Washington St.<br>Suite 320<br>Boston, MA 02108<br>617-338-2345 |

| | |
|---|---|
| Paul L. MacNeill | Skelley Rottner, P.C.<br>PO Box 340890<br>Hartford, CT 06134-0890<br>860-561-7077 |
| Martha K. McMillen | 242 Broad St.<br>Wethersfield, CT 06109<br>529-3799 |
| ✓ David C. Shaw | Law Offices of David C. Shaw<br>34 Jerome Ave., Suite 210<br>Bloomfield, CT 06002<br>860-242-1238<br>860-242-1507 (fax)<br>dcshaw@cttel.net |
| ✓ Ralph E. Urban | Attorney General's Office<br>55 Elm St.<br>Hartford, CT 06106<br>860-808-5210<br>860-808-5385 (fax)<br>ralph.urban@po.state.ct.us |
| Linda L. Yoder | Shipman & Goodwin<br>One American Row<br>Hartford, CT 06103-2819<br>860-251-5717<br>860-251-5500 (fax)<br>lyoder@goodwin.com |

                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK