UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

P.J., BY & THROUGH HIS
PARENTS & NEXT FRIENDS
MR. & MRS. W.J., ET AL.,

    Plaintiffs,

v.                                    CASE NO. 2:91CV180 (RNC)

CONNECTICUT DEPARTMENT
OF EDUCATION, ET AL.,

    Defendants.

SCHEDULING ORDER REGARDING
EXPERT ADVISORY PANEL ANNUAL COMMENT

On March 2, 2004, the undersigned held a status conference at which the plaintiffs were represented by attorneys David C. Shaw and Frank J. Laski, and the defendants were represented by Assistant Attorney General Ralph E. Urban. Also present for the defendants were George Dowaliby, State of Connecticut Department of Education Bureau Chief, Bureau of Special Education and Pupil Services, and Ann Louise Thompson and Deborah Richards, consultants to the Bureau of Special Education and Pupil Services.

After lengthy negotiations, this case was resolved by a Settlement Agreement filed on May 22, 2002. (Doc. #463.) The Settlement Agreement requires, *inter alia*, the establishment of an Expert Advisory Panel ("EAP") to advise the parties and the court regarding the implementation of the Settlement Agreement; requires the defendants to submit annual written reports to the court, to the EAP, and to the plaintiffs for review no later than

June 30th of each year;[1] and requires the EAP to submit annual written comment to the court, to the plaintiffs and to the defendants. See Doc. #463 at 5, 12.

The purpose of the March 2, 2004 status conference was to review the Expert Advisory Panel's revised annual written comment to the court submitted on January 30, 2004. In order to further the implementation of the Settlement Agreement, it is hereby ORDERED:

1. The EAP shall submit its next annual written comment to the court, to the plaintiffs and to the defendants by no later than **July 30, 2004**.

2. The defendants shall cause a copy of this order to be delivered to the EAP.

SO ORDERED this 4th day of March, 2004 at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE

---

[1] The Settlement Agreement required the defendants' first report to be filed on September 30, 2002.