UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO.: |
|     Plaintiffs, | : | 291CV00180 (RNC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| BOARD OF EDUCATION, et al. | : | |
|     Defendants. | : | JUNE 8, 2004 |

## **UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**

The plaintiffs move to modify the Scheduling Order entered by this Court on March 4, 2004.  In support of this motion the plaintiffs represent the following:

1. On March 2, 2004 the Court held a status conference to discuss the status of this lawsuit as well as the comments of the Expert Advisory Panel on the Annual Report filed by defendants in June 2003.

2. Following the status conference the Court entered a Scheduling Order that provided the following schedule for filings related to the June 2004 Annual Report of the defendant Connecticut Department of Education:

- The EAP shall submit its next annual written comment to the Court, to the plaintiffs and to the defendants by no later than July 30, 2004

3. A meeting with the EAP was convened on May 5, 2004 to discuss the status of the case.  During that conference the defendant indicated that its data on the placement of class members during the 2003-2004 school year would not be available until September 1, 2004.

4. The EAP indicated during that meeting that it would like its comments on the June 2004 Annual Report of the Connecticut Department of Education to be filed after it receives and fully considers the 2003-2004 data. The parties agreed to submit a Motion to Modify the Scheduling Order in light of the EAP request as follows:

- Annual Report to be filed with the Court by CSDE – June 30, 2004
- Data from the 2003-2004 school year to be provided to the EAP and plaintiffs – September 1, 2004
- Plaintiffs' comments on the defendant's Annual Report – September 8, 2004
- Draft EAP report submitted to defendant for correction of factual errors – September 23, 2004
- CSDE comments on factual inaccuracies to EAP – September 26, 2004
- EAP comments on the Annual Report and recommendations filed with the Court with copies to parties – September 30, 2004.

5. Defendant's counsel, Ralph Urban, Esq., has been contacted and consents to this motion.

6. This the first modification sought of the Court's Scheduling Order.

WHEREFORE, the plaintiffs request that the Court enter the following Scheduling Order as agreed upon by the parties and the EAP:

- Annual Report to be filed with the Court by CSDE – June 30, 2004
- Data from the 2003-2004 school year to be provided to the EAP

and plaintiffs – September 1, 2004

- Plaintiffs' comments on the defendant's Annual Report – September 8, 2004
- Draft EAP report submitted to defendant for correction of factual errors – September 23, 2004
- CSDE comments on factual inaccuracies to EAP – September 26, 2004
- EAP comments on the Annual Report and recommendations filed with the Court with copies to parties – September 30, 2004.

        PLAINTIFFS,

By /S/ *David C. Shaw*
David C. Shaw, Esq.
Fed. Bar No. ct05239
34 Jerome Ave, Suite 210
Bloomfield, CT 06002
Tel. (860) 242-1238
Fax. (860) 242-1507
Email:  davidcshawatty@aol.com

**CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed first class, postage prepaid to all counsel of record on June 8, 2004:

Ralph Urban, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

Frank J. Laski, Esq.
Mental Health Legal Advisors Committee
294 Washington St., Suite 320
Boston, MA  02108


                                          /s/ *David C. Shaw*
                                        David C. Shaw, Esq.