UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO.: |
| Plaintiffs, | : | 291CV00180 (RNC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| BOARD OF EDUCATION, et al. | : | |
| Defendants. | : | JUNE 8, 2004 |

**UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**

The plaintiffs move to modify the Scheduling Order entered by this Court on March 4, 2004. In support of this motion the plaintiffs represent the following:

1. On March 2, 2004 the Court held a status conference to discuss the status of this lawsuit as well as the comments of the Expert Advisory Panel on the Annual Report filed by defendants in June 2003.

2. Following the status conference the Court entered a Scheduling Order that provided the following schedule for filings related to the June 2004 Annual Report of the defendant Connecticut Department of Education:

- The EAP shall submit its next annual written comment to the Court, to the plaintiffs and to the defendants by no later than July 30, 2004

3. A meeting with the EAP was convened on May 5, 2004 to discuss the status of the case. During that conference the defendant indicated that its data on the placement of class members during the 2003-2004 school year would not be available until September 1, 2004.