UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
| Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
| Defendants. | : | SEPTEMBER 3, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The plaintiffs move for a two day enlargement of the time within which their comments to the Expert Advisory Panel on the Third Annual Report of the Connecticut Department of Education are due. In support of this Motion the plaintiffs represent that due to the holiday weekend and three days of hearings plaintiffs' counsel must unexpectedly attend on September 3rd, 7th and 8th, it will not be possible to complete plaintiffs' comments to the Third Annual Report by September 8, 2004.

Opposing counsel, Attorney Urban, has been contacted and indicates he takes no position on this request. Plaintiffs represent that it is their understanding that this two day delay will not otherwise disrupt the schedule for the completion and submission of comments to the Court by the Expert Advisory Panel as provided in the Court Order dated June 15, 2004.

This is the second enlargement of time requested with respect to this time limitation.

WHEREFORE, plaintiffs request that the time within which their comments to the Expert Advisory Panel to the Third Annual Report are due be enlarged to September 10, 2004.

>PLAINTIFFS,
>
>By  /s/ *David C. Shaw*
>David C. Shaw, Esq.
>Fed. Bar No. ct05239
>34 Jerome Ave., Suite 210
>Bloomfield, CT 06002
>(860) 242-1238
>Email   dcshaw@cttel.ent

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to all counsel of record and all members of the Expert Advisory Panel on September 3, 2004:

Ralph Urban, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

Frank J. Laski, Esq.
294 Washington St., Suite 320
Boston, MA 02108

                                                /s/ *David C. Shaw*
                                                  David C. Shaw, Esq.