FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT 2004 SEP -7 A 11: 38

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
| Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
| Defendants. | : | SEPTEMBER 3, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The plaintiffs move for a two day enlargement of the time within which their comments to the Expert Advisory Panel on the Third Annual Report of the Connecticut Department of Education are due. In support of this Motion the plaintiffs represent that due to the holiday weekend and three days of hearings plaintiffs' counsel must unexpectedly attend on September 3rd, 7th and 8th, it will not be possible to complete plaintiffs' comments to the Third Annual Report by September 8, 2004.

Opposing counsel, Attorney Urban, has been contacted and indicates he takes no position on this request. Plaintiffs represent that it is their understanding that this two day delay will not otherwise disrupt the schedule for the completion and submission of comments to the Court by the Expert Advisory Panel as provided in the Court Order dated June 15, 2004.

This is the second enlargement of time requested with respect to this time limitation.

September 8, 2004. Granted. So ordered.

Robert N. Chatigny, U.S.D.J.

FILED 2004 SEP -8 A 9:47 U.S. DISTRICT COURT HARTFORD, CT.