UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
| Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
| Defendants. | : | OCTOBER 1, 2004 |

## NOTICE OF MANUAL FILING

The plaintiffs hereby provide notice of the manual filing of Attachment 1 to Exhibit A, Attachment 1 to Exhibit B and Exhibit C to their Motion for an Award of Costs and Attorneys' Fees and supporting Memorandum filed this date. These documents have not been filed electronically because they could not be converted to an electronic format.

PLAINTIFFS,

By  /s/ *David C. Shaw*
David C. Shaw, Esq.
Fed. Bar No. ct05239
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
(860) 242-1238
Email   dcshaw@cttel.net


By  /s/ *Frank J. Laski* /s/ DCS
Frank J. Laski, Esq.
Mental Health Legal Advisors Committee
294 Washington St., Suite 320
Boston, MA  02108
Tel. (617) 338-2345
Email   flaski@email.mhl.state.ma.us
Fed. Bar No.  ct16180

**CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed first class, postage prepaid to all counsel of record on October 1, 2004:

Ralph Urban, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

                              /s/ *David C. Shaw*
                              David C. Shaw, Esq.