UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al. | : | CIVIL ACTION NO. |
|    *Plaintiffs* | : | 2:91CV00180(RNC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | | |
|    *Defendants* | : | OCTOBER 5, 2004 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

The defendants in the above action respectfully move the Court for an extension of time up and including November 22, 2004 within which to respond to plaintiffs' motion for an award of costs and attorneys' fees. In support of this motion, the defendants respectfully submit:

1. Defendants just received plaintiffs' motion with its accompanying memorandum and lengthy appended materials.

2. Undersigned counsel has a long planned family trip scheduled which will keep him out of state from October 11 through October 19, 2004. In addition, undersigned counsel has three separate court briefs due at the end of October, in addition to numerous hearings and court appearances including an anticipated State Supreme Court argument and an oral argument in the Sheff v. O'Neill litigation in the ensuing weeks.

3. Undersigned counsel will require further time to review plaintiffs' submission, including analysis of the controlling law.

4. Undersigned counsel has attempted to ascertain Attorney Shaw's position with respect to this motion but has been unsuccessful.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

5. This is the first extension of time sought by the defendants for this time limitation.

WHEREFORE, the defendants respectfully urge the Court to grant this motion for extension of time as set forth above.

>
> DEFENDANTS
> STATE OF CONNECTICUT ET AL.
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY: _____
> Ralph E. Urban
> Assistant Attorney General
> Federal Bar No. 00349
> 55 Elm Street
> P.O. Box 120
> Hartford, CT  06141-0120
> Tel: (860) 808-5210
> Fax: (860) 808-5385

## ORDER

The foregoing motion having been duly presented to the Court, it is hereby: GRANTED/DENIED.

_____
United States District Judge

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 5th day of October, 2004, first class postage prepaid to:

David C. Shaw, Esq.
34 Jerome Avenue
Suite 210
Bloomfield, CT  06002

Frank J. Laski, Esq.
Mental Health Legal Advisors Committee
294 Washington Street, Suite 320
Boston, MA  02108

_____
Ralph E. Urban
Assistant Attorney General