**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| P.J., et al. | : | CIVIL ACTION NO. |
| *Plaintiffs* | : | 2:91CV00180(RNC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | | |
| *Defendants* | : | NOVEMBER 15, 2004 |

## AFFIDAVIT OF DEBORAH RICHARDS

Deborah Richards, being duly sworn, does hereby depose and say:

1. I am over the age of eighteen (18) and I understand and appreciate the obligations of an oath.

2. I am employed as a consultant in the Connecticut State Department of Education's Bureau of Special Education. One of my current job duties is to work with and assist the Expert Advisory Panel ("EAP") convened in connection with the Settlement Agreement in the above-captioned action, including coordinating and attending the EAP visits and meetings in Connecticut.

3. The EAP did not visit Connecticut nor hold a meeting with the parties on December 22, 2003.

_____/s/_____
Deborah Richards

Subscribed and sworn to before me this 15th day of November 2004.

_____/s/_____
Karen Flanagan, Commissioner of Superior Court