UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
|     Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
|     Defendants. | : | NOVEMBER 19, 2004 |

## **MOTION FOR ENLARGEMENT OF TIME**

The plaintiffs move for a ten day enlargement of the time to file a Reply to the defendants' Memorandum in Opposition to Plaintiffs' Motion for Further Attorneys' Fees and Costs. In support of this Motion the plaintiffs represent the following:

1. The plaintiffs' Motion for Attorneys' Fees and Costs was filed on October 4, 2004. [Doc. ## 482, 483.]

2. Defendants' Memorandum in Opposition to the Motion for Attorneys' Fees and Costs was filed on November 17, 2004 [Doc. #485].

3. Under Local Rule 7(d) plaintiffs' Reply brief is due on December 1, 2004.

4. Plaintiffs are unable to file their Reply by December 1, 2004 due to plaintiffs' counsel's vacation during the week beginning November 22, 2004 and briefs that are due in *B.H. v. Southington Board of Education*, No. 3:02CV252 (SRU) during that same period of time.

5. Despite good faith attempts, plaintiffs were unable to ascertain the position of opposing counsel, Ralph Urban, Esq., as to this request.

6. This is the first motion for enlargement of time filed with respect to this time limitation.

WHEREFORE, the plaintiffs request a ten day enlargement of the time within which their Reply brief is due such that their brief will be due on December 13, 2004.

PLAINTIFFS,

By   /s/  David C. Shaw
David C. Shaw, Esq.
Fed. Bar No. ct05239
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
(860) 242-1238
Email   dcshaw@cttel.ent

## CERTIFICATION

      This is to certify that a copy of the foregoing was mailed first class, postage prepaid to all counsel of record on November 19, 2004.

Ralph E. Urban, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

Frank J. Laski, Esq.
Mental Health Legal Advisors
294 Washington St., Suite 320
Boston, MA 02108

      /s/  David C. Shaw
      David C. Shaw, Esq.