FILED
2004 NOV 22 P 1: 50
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
|     Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| STATE OF CONNECTICUT, et al. | : | |
|     Defendants. | : | NOVEMBER 19, 2004 |

### MOTION FOR ENLARGEMENT OF TIME

The plaintiffs move for a ten day enlargement of the time to file a Reply to the defendants' Memorandum in Opposition to Plaintiffs' Motion for Further Attorneys' Fees and Costs. In support of this Motion the plaintiffs represent the following:

1. The plaintiffs' Motion for Attorneys' Fees and Costs was filed on October 4, 2004. [Doc. ## 482, 483.]

2. Defendants' Memorandum in Opposition to the Motion for Attorneys' Fees and Costs was filed on November 17, 2004 [Doc. #485].

3. Under Local Rule 7(d) plaintiffs' Reply brief is due on December 1, 2004.

4. Plaintiffs are unable to file their Reply by December 1, 2004 due to plaintiffs' counsel's vacation during the week beginning November 22, 2004 and briefs that are due in *H. v. Southington Board of Education*, No. 3:02CV252 (SRU) during that same period of time.