UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

P.J., et al., : CIVIL NO.
      Plaintiffs, : 291CV00180 (RNC)
v. :
      :
STATE OF CONNECTICUT, et al. :
      Defendants. : DECEMBER 8, 2004

## MOTION FOR ENLARGEMENT OF TIME

The plaintiffs request a one week enlargement of the time within which to file their Reply to Defendants' Memorandum in Opposition to Plaintiffs' Motion for Further Attorneys' Fees and Costs. In support of this Motion the plaintiffs represent the following:

1. The plaintiffs' Motion for Attorneys' Fees and Costs was filed on October 4, 2004. [Doc. ## 482, 483.]

2. Defendants' Memorandum in Opposition to the Motion for Attorneys' Fees and Costs was filed on November 17, 2004 [Doc. #485].

3. Under Local Rule 7(d) plaintiffs' Reply brief was due on December 1, 2004.

4. On November 22, 2004 the plaintiffs moved for an enlargement of the December 1, 2004 date due to counsel's vacation schedule and demands of other cases. [Doc. #487].

5. On November 29, 2004, the Court granted the Motion and ordered the filing of the Reply on December 13, 2004. [Doc. #488].

6. Since then plaintiffs have determined that the transcript of the Status Conference held by the Court on November 19, 2001 may be helpful in addressing defendants' argument that plaintiffs have waived their right to costs and attorneys' fees incurred during the five

December 10, 2004. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.