UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC 20 A 11: 14
DISTRICT COURT
. . .FORD, CT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
| Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
| Defendants. | : | DECEMBER 17, 2004 |

## MOTION TO FILE REPLY BRIEF
## THAT EXCEEDS PAGE LIMIT

The plaintiffs request permission to file a Reply brief that exceeds the ten page limit set forth in paragraph 7(d), Fe. R. Civ. P.  In support of this motion, the plaintiffs represent that defendants' Memorandum in Opposition to Plaintiffs' Motion for an Award of Costs and Attorneys' Fees raises novel and complex issues that were not addressed in Plaintiffs' Motion for an Award of Costs and Attorneys' Fees.  As the proper resolution of these issues is important to the future of this litigation and to securing the benefits of the Settlement Agreement to the class as a whole, plaintiffs request permission to exceed the page limit so that the issues raised by defendants can be fully and completely addressed.

PLAINTIFFS,

By_____
David C. Shaw, Esq.
Fed. Bar No. ct05239
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
(860) 242-1238
Email  dcshaw@cttel.net

By \_\_\_*Frank J. Laski, by /s/*\_\_\_
Frank J. Laski, Esq.
Mental Health Legal Advisors Committee
294 Washington St., Suite 320
Boston, MA  02108
Tel. (617) 338-2345
Email  flaski@email.mhl.state.ma.us
Fed. Bar No.  ct16180

2

## CERTIFICATION

  This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on December 17, 2004.

Ralph Urban, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

              _____
              David C. Shaw, Esq.