UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
| Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
| Defendants. | : | DECEMBER 17, 2004 |

## NOTICE OF MANUAL FILING

The plaintiffs hereby provide notice of the manual filing of Exhibits A through Z to their Reply to Memorandum Opposing an Award of Costs, Expert fees and Attorneys' Fees filed this date. These documents have not been filed electronically because they could not be converted to an electronic format.

    PLAINTIFFS,

    By  /s/  David C. Shaw
    David C. Shaw, Esq.
    Fed. Bar No. ct05239
    34 Jerome Ave., Suite 210
    Bloomfield, CT 06002
    (860) 242-1238
    Email   dcshaw@cttel.net


    By  /s/  Frank J. Laski
    Frank J. Laski, Esq.
    Mental Health Legal Advisors Committee
    294 Washington St., Suite 320
    Boston, MA  02108
    Tel. (617) 338-2345
    Email   flaski@email.mhl.state.ma.us
    Fed. Bar No.  ct16180

## CERTIFICATION

      This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on December 17, 2004.

Ralph Urban, Esq.  
Assistant Attorney General  
State of Connecticut  
P.O. Box 120  
Hartford, CT 06141

                                              __/s/   David C. Shaw_  
                                              David C. Shaw, Esq.