| Shaw | Sergi |
|------|-------|
| Laski | Rubin |
| Dignoti | REV |

5/17/01 Meeting w/ Martinez      ①

Rubin) · Must go to Legislature
· Legislature is infuriated by 10 years of Juan F.
· Needs clear definite end to all parts of it

Top of p.5   Continuous improve forever : impossible
     p.13    "next steps" (d) : no definition to it

Sergi)   $2.4 million = operating expenses for 4 years plus
                             atty. fees
         Panel, new staff, training

Laski)   Always expected it would have to go to the legislature
Shaw)    Believe State's acting in bad faith; put in by the State
         Doesn't buy that its the legislature

Laski)   Burden of DS currently to extend it beyond time set forth in the agreem
Shaw)    Not going to give them a date

Rubin)   DS' weapon is contempt

[Martinez talks to DS seperately]

                                        [replacing III, I.]
                                         of this agreement
Proposal: "Jurisdiction of the court for enforcement" will end
          8 years from empanelment of the EAP."
                                                called for
                                                in Section
30 days notice to class -- looking @ Sept 1, 2001    IX."

∆s meeting w/ Martinez alone:

Ted: w/ πs
Shay: 6 years won't do it
Laski: Reasons: • prevents another lawsuit
• avoiding court order
• time w/in which πs can enforce the consent decree
• not a concession in any other of the consent decrees

"Jurisdiction of the Court for enforcement of this agreement will end 5 years from the empanelment of the EAP called for in Section IX, unless the πs, upon motion to court, establish ∆s have not attained substantial compliance with this agreement. In no event shall the court's jurisdiction over this agreement exceed 8 years begnd empanelment of the EAP."

except that the court for all 8 years from empanelment shall have jurisdiction only to enter motion of

πs: "except plaintiffs may file motions for noncompliance for up to 8 years

George Dowaliby
Northeast Utilities in Berlin, CT

Replace ~~Add to~~ § III, # 1

Jurisdiction of the Court ~~shall end~~ for enforcement of this Agreement will end 5 years from empanelment of the EAP called for in Section IX except that the court, for a period of 8 years from empanelment of the EAP, ~~the court~~ shall have jurisdiction ~~only~~ to entertain plaintiffs' motion for substantial non compliance w/ this Agreement. In no event shall the court's jurisdiction over this Agreement ~~shall~~ exceed 8 years beyond empanelment of EAP.

It's want added) "Defendants shall cooperate w/ plaintiffs' reasonable request to provide data [existing ~~in their possession~~] to enable plaintiffs to assess compliance during the 5 to 6 year period."