UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
| Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT,  et al. | : | |
| Defendants. | : | JANUARY 12, 2005 |

**NOTICE OF MANUAL FILING**

The plaintiffs hereby provide notice of the manual filing of Exhibits A through Q to

their Motion for Order to Enforce Settlement Agreement and supporting Memorandum filed

this date.  These documents have not been filed electronically because they could not be

converted to an electronic format.

PLAINTIFFS,

By  /s/  *David C. Shaw*
David C. Shaw, Esq.
Fed. Bar No. ct05239
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
(860) 242-1238
Email  dcshaw@cttel.net

By  /s/  *Frank J. Laski by DCShaw*
Frank J. Laski, Esq.
Mental Health Legal Advisors Committee
294 Washington St., Suite 320
Boston, MA  02108
Tel. (617) 338-2345
Email  flaski@email.mhl.state.ma.us
Fed. Bar No.  ct16180

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to all counsel of record on January 13, 2005:

Ralph Urban, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

/s/    *David C. Shaw*
David C. Shaw, Esq.