UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

P.J., ET AL.,                            :

    Plaintiffs,                      :

    v.                               :          CASE NO. 2:91CV180 (RNC)

STATE OF CONNECTICUT, BOARD OF            :
EDUCATION, ET AL.,                        :

    Defendants.                      :

2005 JAN 19 P 3: 16

U.S. DISTRICT COURT
HARTFORD, CT.

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for
the following:

___    To confer with the parties and enter the scheduling order required
      by F.R.Civ.P. 16(b);

___    To supervise discovery and resolve discovery disputes;

___    A ruling on all pretrial motions except dispositive motions, as
      permitted by 28 U.S.C. § 636(b)(1)(B);

___    To conduct settlement conferences;

___    To conduct a prefiling conference;

___    To assist the parties in preparing a joint trial memorandum;

_X_    A ruling on the following pending motions:
      Motion for Order to Enforce Settlement Agreement [doc. 495]
      _____
      _____

So ordered.

Dated at Hartford, Connecticut this /9 day of January 2005.



Robert N. Chatigny
United States District Judge