UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al. | : | CIVIL ACTION NO. |
| *Plaintiffs* | : | 2:91CV00180(RNC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | | |
| *Defendants* | : | JANUARY 21, 2005 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' "MOTION TO ENFORCE"

The defendants in the above action respectfully move the Court for an extension of time, up to and including February 22, 2005, to respond to plaintiffs' "motion to enforce settlement agreement," dated January 12, 2005. In support of this motion, the defendants respectfully submit:

1. Undersigned counsel has numerous hearings, State Medical Board proceedings and other court commitments that have and will limit counsel's ability to prepare a response to plaintiffs' motion.

2. Plaintiffs' attorney David Shaw has indicated he has no objection to this motion being granted.

3. This is the first extension of time sought for the subject time limitation.

WHEREFORE, the defendants respectfully request that this motion be granted.

DEFENDANTS
STATE OF CONNECTICUT ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Ralph E. Urban
Assistant Attorney General
Federal Bar No. 00349
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385

## **ORDER**

The foregoing motion having been duly presented to the Court, it is hereby ORDERED: GRANTED/DENIED.

_____
United States District Court

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 21st day of January, 2005, first class postage prepaid to:

The Honorable Donna Martinez
United States Magistrate Judge
450 Main Street
Hartford, CT 06103

David C. Shaw, Esq.
34 Jerome Avenue
Suite 210
Bloomfield, CT 06002

Frank J. Laski, Esq.
Mental Health Legal Advisors Committee
294 Washington Street, Suite 320
Boston, MA 02108

Ralph E. Urban
Assistant Attorney General