UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al. | : | CIVIL ACTION NO. |
| *Plaintiffs* | : | 2:91CV00180(RNC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
| *Defendants* | : | OCTOBER 5, 2004 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

The defendants in the above action respectfully move the Court for an extension of time up and including November 22, 2004 within which to respond to plaintiffs' motion for an award of costs and attorneys' fees. In support of this motion, the defendants respectfully submit:

1. Defendants just received plaintiffs' motion with its accompanying memorandum and lengthy appended materials.

2. Undersigned counsel has a long planned family trip scheduled which will keep him out of state from October 11 through October 19, 2004. In addition, undersigned counsel has three separate court briefs due at the end of October, in addition to numerous hearings and court appearances including an anticipated State Supreme Court argument and an oral argument in the Sheff v. O'Neill litigation in the ensuing weeks.

3. Undersigned counsel will require further time to review plaintiffs' submission, including analysis of the controlling law.

4. Undersigned counsel has attempted to ascertain Attorney Shaw's position with respect to this motion but has been unsuccessful.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**