498

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al. | : | CIVIL ACTION NO. |
| *Plaintiffs* | : | 2:91CV00180(RNC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
| *Defendants* | : | JANUARY 21, 2005 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' "MOTION TO ENFORCE"

The defendants in the above action respectfully move the Court for an extension of time, up to and including February 22, 2005, to respond to plaintiffs' "motion to enforce settlement agreement," dated January 12, 2005. In support of this motion, the defendants respectfully submit:

1. Undersigned counsel has numerous hearings, State Medical Board proceedings and other court commitments that have and will limit counsel's ability to prepare a response to plaintiffs' motion.

2. Plaintiffs' attorney David Shaw has indicated he has no objection to this motion being granted.

3. This is the first extension of time sought for the subject time limitation.

WHEREFORE, the defendants respectfully request that this motion be granted.

*[handwritten margin note: granted. 1/27/05]*

*[FILED stamp: 2005 JAN 28 A 8:08 US DISTRICT COURT]*