P.J. et al
Case 2:91-cv-00180-RNC    Document 508    Filed 08/08/2005    Page 1 of 1
FILED
2005 AUG -8  P 12:46
DISTRICT COURT
HARTFORD, CT.

Plaintiffs,

v.

STATE OF CONNECTICUT BOARD OF
EDUCATION, et al.,

Defendants.

CASE NO. 2:91CV00180 (RNC)

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___ To conduct settlement conferences (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motions (orefm.):
Motion for an Award of Costs and Attorneys' Fees (Doc. # 482)

So ordered.

Dated at Hartford, Connecticut this _7_ day of August 2005.

Robert N. Chatigny
United States District Judge