UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO.: |
| Plaintiffs, | : | 291CV00180 (RNC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| BOARD OF EDUCATION, et al. | : | |
| Defendants. | : | DECEMBER 14, 2005 |

## MOTION TO SUPPLEMENT MOTION FOR ATTORNEYS' FEES

Plaintiffs' Motion for Attorneys' Fees and supporting memorandum were filed with the Court on October 4, 2004. [Doc. #482, #483.] That Motion was supported by an Affidavit from Francis J. Brady, Esq. that expressed his opinion that the complex litigation rate in Connecticut for an attorney with at least twenty-five years of experience was in the range of $365 to $400 per hour. Since October 2004, the complex litigation rate for an attorney with thirty years of experience in Connecticut has increased to the range of $385 to $415 per hour. Plaintiffs respectfully move to supplement their Motion for Attorneys' Fees by adding the updated Affidavit of Francis J. Brady, Esq. dated December 13, 2005 to the record so that documentation as to his opinion as to the current rates is in the record.

PLAINTIFFS,

By /s/   David C. Shaw
David C. Shaw, Esq.
Law Offices of David C. Shaw LLC
34 Jerome Ave, Suite 210
Bloomfield, CT 06002
Tel. (860) 242-1238
Email:  dcshaw@cttel.net
Fed. Bar No. ct05239

December 13, 2005

## UPDATED AFFIDAVIT OF FRANCIS J. BRADY

I, FRANCIS J. BRADY, being first duly sworn according to law, hereby depose and state the following:

1. This Affidavit is intended to update my original Affidavit submitted in this matter in July of 2004.

2. I have been a practicing attorney in Hartford, Connecticut since 1974. I have practiced with the law firm of Murtha Cullina LLP, or its predecessor, since June 3, 1974 and have been a partner in that law firm since July 1, 1980.

3. I graduated from Worcester Polytechnic Institute in 1967 (B.S.M.E.), from George Washington University Law School in 1973 (J.D.), and from Harvard Law School in 1974 (L.L.M.).

4. I have been admitted to practice in the State of Connecticut, the United States District Court for the District of Connecticut, the United States Court of Appeals for the Second Circuit and the United States Supreme Court.

5. Murtha Cullina LLP has offices in Hartford, New Haven and Stamford, Connecticut, as well as Boston and Woburn, Massachusetts. There are 122 attorneys firm wide of which 61 attorneys reside in the Hartford office.

6. During the course of my thirty-one years of professional experience, I have been engaged principally in the area of complex civil litigation before the Connecticut Superior Court and the United States District Court for the District of Connecticut.

7. I served as president of the Hartford County Bar Association for the period April 2000 through April 2001. That association consists of approximately 2,200 attorneys and judges, with the attorneys based in Hartford County. I served as a member of the Board of Directors of that association for many years prior thereto.

8. I served as Co-Chairman of the Federal Practice Section of the Connecticut Bar Association for the period June 2002 through June 2004. I served as a member of the Executive Committee of that Section for many years prior thereto. I have been a member of the Connecticut Bar Association's House of Delegates for several years and have served on a number of bar association committees.

9. I was appointed by then Chief Judge Dorsey as Chair of the Civil Justice Advisory Group to the United States District Court and served in that capacity from 1996 to 1999.

10. Throughout my thirty-one years of practice, I have been responsible for billing clients for legal services.

11. At various times, I have participated in the setting of billing rates for this firm's litigation department for attorney and paralegal work.

12. I also have had occasion to review market analyses of attorney billing rates from time to time.

13. As a result of my thirty-one years of practice and experience in reviewing billing rates and my interaction with other lawyers directly in civil litigation and otherwise through professional and court appointed organizations, I am familiar with rates charged by Connecticut based law firms for attorneys and paralegals for complex civil litigation.

14. In my opinion, the prevailing rate charged by Connecticut based law firms for complex civil litigation for an attorney with thirty years of experience is within the range of $385.00 to $415.00 per hour. My 2004 hourly rate equals $400.00, and my 2006 hourly rate has been set at $450.00.

15. In my opinion, the range of hourly rates described in paragraph 14 is consistent with the prevailing rates charged for comparable representation by Connecticut based law firms in complex civil litigation in the United States District Court for the District of Connecticut and in the Connecticut Superior Court.

_____
Francis J. Brady

STATE OF CONNECTICUT        :
                            : ss.  Hartford        December 13, 2005
COUNTY OF HARTFORD          :

Subscribed and sworn to before me this 13th day of December, 2005.

_____
Notary Public
My Commission Expires:

MARGARET J. COLIN
NOTARY PUBLIC
MY COMMISSION EXPIRES JULY 31, 2006

3

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to all counsel of record on December 14, 2005:

Ralph Urban, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141


      /s/ David C. Shaw
David C. Shaw, Esq.