UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al. | : | CIVIL ACTION NO. |
|    *Plaintiffs* | : | 2:91CV00180(RNC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | | |
|    *Defendants* | : | DECEMBER 20, 2005 |

## OBJECTION TO PLAINTIFFS' SUPPLEMENTAL AFFIDAVIT

The defendants respectfully object to plaintiffs' submission of the supplemental affidavit of Francis J. Brady in support of plaintiffs' motion for attorneys' fees and costs.

For all the reasons set forth in defendants' memorandum in opposition to plaintiffs' motion for attorneys' fees and costs, plaintiffs are not entitled to attorneys' fees and costs. Moreover, even if they were -- which they are not -- any delay in the adjudication or payment of any such fees would not be attributable to the defendants, and they should not be caused to suffer for any such delay.

DEFENDANTS
STATE OF CONNECTICUT ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: ____/s/_____
Ralph E. Urban
Assistant Attorney General
Federal Bar No. 00349
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 20th day of December, 2005, first class postage prepaid to:

The Honorable Donna Martinez
United States Magistrate Judge
450 Main Street
Hartford, CT  06103

David C. Shaw, Esq.
34 Jerome Avenue
Suite 210
Bloomfield, CT  06002

Frank J. Laski, Esq.
Mental Health Legal Advisors Committee
294 Washington Street, Suite 320
Boston, MA  02108

              _____/s/_____
              Ralph E. Urban
              Assistant Attorney General