C

George Dowaliby
Northeast Utilities in Berlin, CT

Replace ~~Jurisdiction~~ Add to § III, #1

Jurisdiction of the Court ~~shall end~~ for enforcement of this Agreement will end 5 years from empanelment of the EAP called for in Section IX, except that the court, for a period of 8 years from empanelment of the EAP, ~~the court~~ shall have jurisdiction ~~only~~ to entertain plaintiffs' motion for substantial non compliance w/ this Agreement. In no event shall the court's jurisdiction over this Agreement ~~shall~~ exceed 8 years beyond empanelment of EAP.

reasonable request
existing
in their possession?

★
★  It's not  "Defendants shall cooperate w/ plaintiffs to provide data to enable
★  added)   plaintiffs to assess compliance during ~~this~~ the 5 to 6 year period."
★