

LAW OFFICES OF
**DAVID C. SHAW**
179 ALLYN STREET, SUITE 407
HARTFORD, CT 06103

*telephone: (860) 724-2771*
*fax: (860) 724-2306*

David C. Shaw
Andrew A. Feinstein

December 10, 2001

<u>VIA FACSIMILE</u>
<u>AND FIRST CLASS MAIL</u>

Ralph Urban, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

      Re:    <u>P.J. v. SDE</u>

Dear Ralph:

Thank you for your letter dated December 7, 2001. Following up on the conversation you had with Frank Laski today we would suggest the following changes to the second paragraph of your letter.

Our proposal is that the second paragraph should read:

Under controlling law, the defendants do not interpret Section X of the agreement to preclude the Court from awarding reasonable attorneys' fees and costs to the plaintiffs <u>to the extent they are found to be prevailing party in any action to show that</u> defendants had failed to substantially comply with the consent decree.

The additional language covers the possible, indeed likely, situation of the parties settling enforcement disputes without a Court hearing or finding. Of course, because your proposed letter does not rule out all circumstances under which Section X may arguably constitute a waiver, and the argument may be made in the future, plaintiffs wish to make clear that our position is and will be that Section X does not constitute a waiver of claims for attorneys' fees and costs otherwise properly brought before the Court under the existing case law.

Ralph Urban, Esq.
December 10, 2001
Page two


As you know, I will be undergoing surgery next week.  We hope this will be
resolved before that, but if that is not possible, I would appreciate it if you would respond
directly to Frank Laski, with a copy to my office.

                          Sincerely,

                          *[signature]*

                          David C. Shaw

DCS:cs
cc: Honorable Donna F. Martinez
    Frank J. Laski, Esq.