## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al. | : | CIVIL ACTION NO. |
| *Plaintiffs* | : | 2:91CV00180(RNC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | | |
| *Defendants* | : | DECEMBER 21, 2006 |

## **APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT.

Please enter my appearance for the defendants, STATE OF CONNECTICUT, ET AL.

        DEFENDANTS
        STATE OF CONNECTICUT, ET AL.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:   /s/Darren P. Cunningham
        Darren P. Cunningham
        Assistant Attorney General
        Federal Bar No. ct25380
        55 Elm Street
        P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5210
        Fax: (860) 808-5385
        darren.cunningham@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 21st day of December, 2006, first class postage prepaid to:

The Honorable Donna Martinez
United States Magistrate Judge
450 Main Street
Hartford, CT  06103

David C. Shaw, Esq.
34 Jerome Avenue
Suite 210
Bloomfield, CT  06002

Frank J. Laski, Esq.
Mental Health Legal Advisors Committee
294 Washington Street, Suite 320
Boston, MA   02108

/s/Darren P. Cunningham
Darren P. Cunningham
Assistant Attorney General