UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| P.J., ET AL., | : |
| Plaintiffs, | : |
| v. | : CIVIL NO. 2:91CV180(RNC) |
| STATE OF CONNECTICUT, ET AL., | : |
| Defendant. | : |

REFERRAL TO MAGISTRATE JUDGE
------

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

_____ For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge;

_____ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

_____ To supervise discovery and resolve discovery disputes;

_____ To conduct an early settlement conference;

_____ To conduct a prefiling conference;

_____ A hearing on damages and attorney fees;

\_\_X\_\_ A ruling on the following pending motion: Motion for Orders Relating to Discovery (Doc. #519).

So ordered.

Dated at Hartford, Connecticut this _____ day of January 2007.

/s/
Robert N. Chatigny, U.S.D.J.