# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al. | : | CIVIL ACTION NO. |
|     PLAINTIFFS, | : | 2:91cv00180 (RNC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| BOARD OF EDUCATION; | : | |
| COMMISSIONER OF EDUCATION, | : | |
|     DEFENDANTS. | : | JANUARY 22, 2007 |

## MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned moves this Honorable Court for permission to withdraw his Appearance as counsel for the State of Connecticut Board of Education and Commissioner of Education in this matter. In support of this motion, the undersigned represents the following:

1. Assistant Attorney General Darren P. Cunningham has filed an Appearance in this case on behalf of these Defendants and will now represent them.

                                    FOR THE DEFENDANTS,

                                    RICHARD BLUMENTHAL
                                    ATTORNEY GENERAL

                          By:    /s/ Ralph E. Urban
                                RALPH E. URBAN
                                Assistant Attorney General
                                University of Connecticut
                                343 Mansfield Road, Unit 2177
                                Storrs, CT  06269-2177
                                Tel. No. (860) 486-4241
                                Fax No. (860) 486-4369
                                Fed. Bar No. ct.00349
                                E-mail: ralph.urban@uconn.edu

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this 22nd day of January 2007 to:

The Honorable Donna Martinez
United States Magistrate Judge
450 Main Street
Hartford, CT 06103

David C. Shaw, Esq.
34 Jerome Avenue
Suite 210
Bloomfield, CT 06002

Frank J. Laski, Esq.
Mental Health Legal Advisors Committee
294 Washington Street, Suite 320
Boston, MA 02108

Darren P. Cunningham
Assistant Attorney General
Office of the Attorney General
55 Elm Street
Hartford, CT 06106

   /s/ Ralph E. Urban
RALPH E. URBAN
Assistant Attorney General