## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

P.J., et al.                          :      CIVIL ACTION NO.
    PLAINTIFFS,                :      2:91cv00180 (RNC)
                                :

      v.                              :

STATE OF CONNECTICUT                  :
BOARD OF EDUCATION;                   :
COMMISSIONER OF EDUCATION,            :
    DEFENDANTS.                 :      JANUARY 22, 2007

### MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned moves this Honorable Court for permission

to withdraw his Appearance as counsel for the State of Connecticut Board of Education and

Commissioner of Education in this matter.  In support of this motion, the undersigned represents

the following:

    1.      Assistant Attorney General Darren P. Cunningham has filed an Appearance in
           this case on behalf of these Defendants and will now represent them.

                             FOR THE DEFENDANTS,

                             RICHARD BLUMENTHAL
                             ATTORNEY GENERAL

                    By:    /s/ Ralph E. Urban
                           RALPH E. URBAN
                           Assistant Attorney General
                           University of Connecticut
                           343 Mansfield Road, Unit 2177
                           Storrs, CT  06269-2177
                           Tel. No. (860) 486-4241
                           Fax No. (860) 486-4369
                           Fed. Bar No. ct.00349
                           E-mail: ralph.urban@uconn.edu

January 24, 2007.  Granted.  So ordered.

Robert N. Chatigny, U.S.D.J.