UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
|     Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
|     Defendants. | : | MARCH 1, 2007 |

### MOTION FOR COURT APPROVAL AND
### ENTRY OF STIPULATED DISCOVERY ORDER

The plaintiffs move for approval and entry of the attached Stipulated Discovery Order.

PLAINTIFFS,

By _____
David C. Shaw, Esq.
The Law Offices of David C. Shaw, LLC
Fed. Bar No. ct05239
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Tel. (860) 242-1238
Email  dcshaw@cttel.net

*[Handwritten notation in left margin: "GRANTED. So ordered. /s/ 3/5/07"]*