

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
|     Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
|     Defendants. | : | FEBRUARY 28, 2007 |

## STIPULATED DISCOVERY ORDER

The parties agree that the Connecticut State Department of Education (CSDE) has supplied the data from the 2005-2006 school year from which the plaintiffs have drawn the sample to be used by the plaintiff experts or their designees to review, in addition to other materials, to assist the Court in addressing issues relating to the defendant's compliance with the Settlement Agreement. The sample of students by name and district will be provided to the CSDE by March 5, 2007.

1. The sample selected for review includes a simple random sample of 120 students from the original eight target districts identified in 2002-2003 and the additional sixteen target districts identified in 2003-2004 as reported in the Fourth Annual Report. Students who were eligible for sample selection were defined by the Connecticut Department of Education as class members whose parents had not withdrawn permission and who had non-missing comp identification numbers for 2005 based on the 2005-2006 data provided by the state and who spent at least some time with their non-disabled peers and were attending grades Kindergarten

and above.

The school districts for the children selected include Ansonia, Bridgeport, Bristol, Danbury, East Hartford, East Haven, Enfield, Hamden, Hartford, Manchester, Meriden, Milford, New Britain, New Haven, New London, Norwalk, Norwich, Shelton, Stamford, Wallingford, Waterbury, West Haven, and Windsor.

II. The parties are authorized to conduct discovery by their experts or their designees of the special education programs of class members and visit the twenty-three school districts listed above for that purpose. They are also authorized to visit any private or quasi-public programs, facilities or other school district facilities that are assisting or providing educational services at the request of these local school districts where a student in the sample is attending. During the site visits, the parties' experts or their designees shall be permitted, to review and copy (at no expense to the local school districts) class members' records and documents related to the program, have access to contact information of the sample's parents in order to request interviews, observe the child's special education program, interview teachers, administrators and other school personnel involved in the supervision or delivery of special education or related services to the class-member. CSDE may designate one person to accompany plaintiffs' experts during the site visit. The parties agree that plaintiffs will provide the defendants with copies of the protocols to be used in the observations, interviews and file reviews prior to the first visit. The parties further agree that all efforts will be made to proceed in a manner so as not

2

to interrupt the educational services being provided.

III. The Commissioner of the defendant, Connecticut Department of Education, is ordered to notify the above school districts using a letter of notification agreed upon by the parties at the earliest practicable date but, in no event later than March 15, 2007, of the Court Order, and to urge the local school districts to cooperate with the parties in discovery, and to provide Attorney David C. Shaw, 34 Jerome Avenue, Suite 210, Bloomfield, Connecticut 06002, and Attorney Darren P. Cunningham, P.O. Box 20, Hartford, Connecticut 06141-0120, with respect to a list of class members in the sample to be supplied by plaintiffs by no later than March 25, 2007 the following information:

A. whether the student is currently enrolled in the school district;

B. copies of all documents generated through the planning and placement team meetings (e.g. PPT minutes, IEP planning documents, description of educational placement, professional evaluations, etc.) for each child during the last five school years;

C. whether the student attends school within the school district, and, if so, the name and address of the school he/she attends;

D. the name and location of the school the student attends if he/she does not attend school within the school district.

IV. The experts or their designees shall identify themselves and their affiliation before speaking with staff at local school districts.

V.  Experts or their designees shall use personably identifiable information obtained through discovery only in connection with this case and shall not disclose such information to anyone other than counsel or the Court. Each expert or designee shall sign a confidentiality statement previously agreed to by the parties prior to gaining access to personally identifiable information about special education students.

DEFENDANT,

By _____
Darren P. Cunningham, Esq.
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141-0120
Fed. Bar No. ct25380
Tel. (860) 808-5210
Fax. (860) 808-5385
Email: Darren.cunningham@po.state.ct.us

PLAINTIFFS,

By _____
David C. Shaw, Esq.
The Law Offices of David C. Shaw, LLC
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Fed Bar No. ct05239
Tel. (860) 242-1238
Fax. (860) 242-1507
Email: dcshaw@cttel.net

By _____
Frank J. Laski, Esq.
Mental Health Legal Advisors Committee
399 Washington St., 4th Floor
Boston, MA 02108
Fed. Bar No. ct16180
Tel. (617) 338-2345
Fax. (617) 338-2347
Email: flaski@mhlac.org

BY THE COURT,

_____
Hon. Donna F. Martinez
United States Magistrate Judge

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on March 1, 2007.

Darren P. Cunningham
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

Frank J. Laski, Esq.
Mental Health Legal Advisors Committee
399 Washington St., 4th Fl.
Boston, MA 02108

David C. Shaw, Esq.