UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
450 MAIN STREET
HARTFORD, CT 06103
May 16, 2007

David C. Shaw, Esq.
34 Jerome Ave., Suite 210
Bloomfield, CT 06002

Dear D. Shaw, Esq :

RE: Case No: 2:91CV180 (RNC)
P.J. v. Educ.

As this case has been disposed of in this court:
(XX) Enclosed are the following Plaintiff's Exhibits:
1 & 2-marked for ID.

Please acknowledge receipt of the documents on the copy of this letter and return to the Hartford Clerk's Office.

Thank you for your cooperation.

Sincerely,
KEVIN F. ROWE, CLERK

/s/
Robert Wood
Deputy Clerk

Enclosure (S):

ACKNOWLEDGMENT: _____

DATE: 5/17/07