# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
| Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
| Defendants. | : | MARCH 30, 2007 |

### MOTION FOR DISCLOSURE AND PRODUCTION

The plaintiffs, pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure and Rule 26 of the Local Civil Rules, and Section I.3. of the Settlement Agreement, hereby propound the following Interrogatories and Requests for Production to be answered by the defendants under oath, within thirty days of the date of service hereof.

The word "document" as used herein includes all writings, drawings, graphs, charts, photographs, phonorecords, computer data bases, CD Roms, and other data compilations from which information can be obtained and translated, if necessary, into a reasonably usable form. These documents include any material stored in any other electronic manner as well.

### INTERROGATORIES:

1. The plaintiffs' review of the 2005-2006 computer data produced by defendants, together with the data produced on school years prior to 2005-2006, reveals that 2727 students move in and out of the data set two or more times during the five

year period up to and including the 2005-2006 school year. Our analysis, attached as Exhibit A, reveals, for example, that student with COMPID # ACAMPA1207882 first appeared in the data set in 1998, then disappeared from the data set in the year 2000, then reappeared in the data set thereafter. Please confirm that the plaintiffs' analysis arrayed in Exhibit A is accurate.

**ANSWER**

2.  If, in your opinion, Exhibit A is not an accurate depiction of students who have moved in and out of the data set, please provide an analysis of why you believe Exhibit A is not accurate, and the person most knowledgeable about whether Exhibit A is accurate.

**ANSWER**

3. Please explain why each of the students listed on Exhibit A appear, disappear and reappear in the data set.

**ANSWER**

4. The data set also reveals that many students appear in the data set for one or more years, then exit the data never to return. Please identify each student who has so appeared and then exited the data set.

**ANSWER**

5. For each student identified in response to interrogatory 4, please provide the following information:

    a.  Exit date;

    b.  Exit reason (categories in Handbook p. 27);

    c.  On exit reason, please identify which class members were reclassified into another disability type, and the IDEA disability category into which each such class member was reclassified into; and

    d.  For class members who no longer receive special education (exit reason = 4), please explain why. If this information is not available in the PCI data, please explain why not.

**ANSWER**

## REQUESTS FOR PRODUCTION

1. Produce a copy of the all guidance given to local school districts on including, but not limited to the November 2004 CSDE guidance to school districts regarding how to appropriately report the education location for high school aged students who are attending what the Connecticut Department of Education ("CSDE") has termed "age appropriate programs".

**ANSWER**

2. Produce the February 2007 computer data on class members in the same form that the 2005-2006 and previous data was provided to plaintiffs for computer analysis.

**ANSWER**

3. Produce the June 2007 data on class members when it is received from local school districts in the same form the 2005-2006 computer data was provided to plaintiffs for computer analysis.

**ANSWER**

    4. Produce all data or students who have been exited, whether from the PCI data base or other CSD data bases.

**ANSWER**

                                        PLAINTIFFS,


                                        By  /S/ David C. Shaw
                                        David C. Shaw, Esq.
                                        The Law Offices of David C. Shaw, LLC
                                        Fed. Bar No. ct05239
                                        34 Jerome Ave., Suite 210
                                        Bloomfield, CT 06002
                                        Tel. (860) 242-1238
                                        Fax. (860) 242-1507
                                        Email  dcshaw@cttel.net

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on March 30, 2007:

Darren P. Cunningham
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

                                                           /s/ David C. Shaw
                                                    David C. Shaw, Esq.