# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
| Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
| Defendants. | : | AUGUST 21, 2007 |

## PROTECTIVE ORDER

To protect the privacy of students in the State of Connecticut any documents or data produced by the defendants through discovery, which include the names, other personally identifying information and/or information covered by the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et. seq.* ("IDEA") and/or the Family Educational Rights and Privacy Act, 20 U.S.C.A. §§ 1232g ("FERPA") shall be treated in the following manner:

1. Documents or computer data which include the names and other personally identifying information about students who, on or after December 1, 1999, carried the label of either mental retardation or intellectual disability, or their parents, shall be disclosed only to counsel for the parties, and their expert consultants and the parties. Such information shall not be redisclosed by counsel, or their experts, except as authorized below.

2. Counsel for the parties may disclose and discuss discovery responses and data containing personally identifying information about students who, on or after December 1, 1999, carried the label of either mental retardation or intellectual disability, with their expert consultants, but only to the limited extent necessary to litigate this case.

3. Should attorneys for the parties find it necessary to disclose documents or data

protected by this order to persons other than their experts, they shall give appropriate notice to opposing counsel. If, within ten (10) business days of such notice, opposing counsel fails to give approval to such disclosure, the counsel advocating the disclosure shall make an appropriate application to the Court.

4. Any persons to whom disclosure is to be made pursuant to paragraphs 2 and 3 of this Protective Order, other than counsel, shall first read this Protective Order and shall be strictly bound by the obligation not to redisclose documents or data containing personally identifying information about students who, on or after December 1, 1999, were labeled with mental retardation or intellectual disability, except to the extent authorized herein, and shall sign the form attached hereto acknowledging knowledge of this Protective Order, of their responsibility not to disclose documents or data with personally identifying information, and of the fact that they may be subject to contempt of Court if they violate their responsibilities under this Order.

5. Counsel shall retain and make copies of all Acknowledgements of Duty Not to Disclose completed by their clients or expert consultants available to opposing counsel.

7. All documents which include the names of students with the label of mental retardation or intellectual disability or their parents, or other personally identifying information about them, shall be sealed when filed with the Court.

8. At the conclusion of this lawsuit all records and documents disclosed during the litigation and subject to this Protective Order will be returned to the party who produced them. In the alternative, counsel may certify to all counsel that he/she has destroyed all records that are

subject to this Protective Order.

Dated at Hartford, Connecticut, this        day of              2007.

                                                          Hon. Robert C. Chatigny
                                                         United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
|     Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
|     Defendants. | : | AUGUST 21, 2007 |

## ACKNOWLEDGEMENT OF DUTY NOT TO DISCLOSE

I, _____, am assisting counsel for the Plaintiffs/Defendants _____ in this action.

I have read the Protective Order in this case, and I understand that I am barred from divulging to anyone the names or other identifying information about Connecticut students who, on or after December 1, 1999, carried the label of either mental retardation or intellectual disability or their parents, which I have, or will, become aware of as a result of discovery in this case.

I understand that my responsibility extends to not divulging such identifying information to anyone other than counsel, the parties or experts retained in this case.

I further understand that I may be in contempt of court if I violate the terms of the Protective Order.

_____

Signed and sworn to before me this _____ day of _____ 2007.

_____
Notary Public