EXHIBIT F

Percent of CT K-12 ID/MR Students spending 79-100% of their time with Non-Disabled Peers

| District Number | District Name | 1998-1999 CSDE Data | | 1999-2000 CSDE Data | | 2000-2001 CSDE Data | | 2001-2002 CSDE Data | | 2002-2003 CSDE Data | | 2003-2004 CSDE Data | | 2004-2005 CSDE Data | | 2005-2006 CSDE Data | | PRELIMINARY 2006-2007 CSDE Data | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Count of ID/MR Students | ID/MR 79-100% TWNDP | Count of ID/MR Students | ID/MR 79-100% TWNDP | Count of ID/MR Students | ID/MR 79-100% TWNDP | Count of ID/MR Students | ID/MR 79-100% TWNDP | Count of ID/MR Students | ID/MR 79-100% TWNDP | Count of ID/MR Students | ID/MR 79-100% TWNDP | Count of ID/MR Students | ID/MR 79-100% TWNDP | Count of ID/MR Students | ID/MR 79-100% TWNDP | Count of ID/MR Students | ID/MR 79-100% TWNDP |
| 1009 | ERG I | 1732 | 5.9 | 1613 | 7.1 | 1467 | 10.7 | 1354 | 9.4 | 1220 | 9.8 | 1091 | 10.7 | 964 | 15.6 | 924 | 41.9 | 42 | 58.5 |
| 1010 | ERG NA | 46 | 58.7 | 64 | 73.4 | 80 | 76.3 | 73 | 80.8 | 79 | 77.2 | 85 | 83.5 | 83 | 86.7 | 49 | 87.8 | 827 | 83.3 |
| 9999 | Connecticut | 4103 | 9.2 | 3939 | 9.6 | 3759 | 10.8 | 3682 | 11.1 | 3544 | 11.5 | 3369 | 13.5 | 3173 | 19.4 | 2975 | 33.8 | 2794 | 44.4 |