UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

P.J., et al.,                          :
                                       :
    Plaintiff,                         :
                                       :    CASE NO. 2:91CV180 (RNC)
V.                                     :
                                       :
CT BOARD OF EDUCATION, ET AL.,         :
                                       :
    Defendant.                         :

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

_____    For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge;

_____    To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

_____    To supervise discovery and resolve discovery disputes;

_____    To conduct a settlement conference;

_____    To conduct a prefiling conference;

_____    A hearing on damages and attorney fees;

\_\_X\_\_    A ruling on the following pending motion(s):

    Motion to Compel [doc. 532]

    So ordered.

Dated at Hartford, Connecticut this 28 day of August 2007.

                                          Robert N. Chatigny, U.S.D.J.