UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
|    *Plaintiffs*, | : | 291CV00180(RNC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
|    *Defendants* | : | SEPTEMBER 12, 2007 |

**MOTION ON CONSENT FOR EXTENSION OF TIME**

     The defendants in the above action respectfully move the Court for an extension of time, up to and including September 25, 2007, to respond to Plaintiff's "Motion to Compel" dated August 21, 2007. In support of this motion, the defendants respectfully submit:

     1. Undersigned counsel has numerous hearings and other court commitments that have and will limit counsel's ability to prepare a response to Plaintiff's motion.

     2. Plaintiff's attorney David Shaw has indicated that he has no objection to this motion being granted.

     3. This is the first extension of time sought for the subject time limitation.

     4. Defendants continue to produce materials that may refine and limit the scope of the parties' differences. See D. Conn. L. Civ. R. 37. For example, on August 31, 2007 – after the filing of the Motion to Compel – defendants produced exit data requested in the Plaintiff's Motion for Disclosure and Production dated May 22, 2007. Additionally, defendants are also planning to respond to Plaintiff's Motion for Disclosure and Production dated June 22, 2007 by October 1, 2007.

     WHEREFORE, the defendants respectfully request that this motion be granted.

1

DEFENDANTS
STATE OF CONNECTICUT ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

/s/_____
Darren P. Cunningham
Assistant Attorney General
Federal Bar No. ct25380
P. O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5210
Fax: (860) 808-5385

## **ORDER**

The foregoing motion having been duly presented to the Court, it is hereby

ORDERED: GRANTED/DENIED.

_____
United States District Court

2

# **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 12th day of September, 2007, first class postage prepaid to:

The Honorable Donna Martinez
United States Magistrate Judge
450 Main Street
Hartford, CT 06103

David C. Shaw, Esq
34 Jerome Avenue
Suite 210
Bloomfield, CT 06002

Frank Laski, Esq
Mental Health Legal Advisors Committee
294 Washington St.
Suite 320
Boston, MA 02108

/s/_____
Darren P. Cunningham
Assistant Attorney General

3