UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
| Plaintiffs, | : | 291CV00180(RNC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
| *Defendant* | : | September 21, 2007 |

**DEFENDANT'S RESPONSES TO PLAINTIFF'S MOTION
FOR DISCLOSURE AND PRODUCTION DATED JUNE 22, 2007**

The defendants are requested to respond to the following discovery requests, under oath, pursuant to Rules 33 and 34, Fed. R. Civ. P. and Rules 33 and 34 of the Rules of the United States District Court for the District of Connecticut.

**INTRODUCTION**

Defendants, State of Connecticut et al, ("Defendants") hereby object and respond to "Plaintiff's Motion for Disclosure and Production Dated June 22, 2007." Defendants reserve their right to object to the admission in evidence of any and all of the information produced herein on any ground. Defendants answers are based upon information acquired through September 21, 2007. Accordingly, defendants responses are subject to change as defendants acquire additional information and complete their review and analysis of information obtained.

To respond to Plaintiff's requests the Defendants have caused inquiry to be made of certain of its employees for all information as is reasonably likely to be responsive to Plaintiff's requests.

## INTERROGATORIES:

1.      Please provide the definitions for each of the variables in the EXCEL spreadsheet titled "DOE VARLIST PCI 98-05 UPDATE.xls" (attached as exhibit A) and either the missing values filled in for each year or an explanation of why this information is not available.

## ANSWER AND OBJECTION

The defendants are providing answers to Interrogatory #1 for each of the 242 variables listed in Plaintiff's Exhibit A worksheet entitled "98-05 SUMMARY DOWN".

Answers to Interrogatory #1 are contained in the attached Microsoft Access Database entitled "Response to Motion for Disclosure and Production dated 6_22_07.mdb". Answers to Interrogatory #1 are contained in the table "DEFENDANT'S RESPONSES 98-05 SUMMARY DOWN" and can also be viewed more concisely in the form entitled "FORM 1_DEFENDANT'S 98-05 SUMMARY DOWN Interrogatories #1 and #2."

Where known, the definitions for each variable listed in the Plaintiff's Exhibit A have been provided. Where unknown, the defendants acknowledge that the variable was created by the CSDE data manager for data cleaning or aggregate level reporting. The CSDE has engaged in due diligence and concludes that no written guidance on unknown variables exists and that the current data analyst cannot make an educated guess as to variable's definition.

In cases where the defendants have been able to locate data identified as "missing" by the Plaintiffs, the data are provided in tables also contained in the Microsoft Database entitled "Response to Motion for Disclosure and Production dated 6_22_07.mdb". The tables are labeled by year and entitled "Missing Variables."[1] In cases where the defendants have not been able to locate missing variables, data were not collected or calculated by data manager in the years that the data are missing.

Please note that, as with other databases previously provided to the Plaintiffs, the records of students who reported to the state that they did not want their child's information released to the Plaintiffs have been removed.

---

[1] In reviewing the request for missing data, it was discovered that a more recent, cleaner version of the 2005 PCI data exists. We are providing the plaintiffs with that data in the table entitled "PRE-K – 21 CLASS MEMBERS 2005_UPDATED" contained in the Microsoft Access Database entitled "Response to Motion for Disclosure and Production dated 6_22_07.mdb". PRE-K – 21 CLASS MEMBERS 2005_UPDATED replaces the "PCI Class Member Data 2005.mdb" file received by the plaintiffs on February 5, 2007. The PRE-K – 21 CLASS MEMBERS 2005_UPDATED table contains all updated 2005 Class Member PCI data, including the available missing variables requested under Interrogatory #1.

2.	Please provide a descriptive variable label for each variable in "DOE VARLIST PCI 98-05 UPDATE.xls" (attached as Exhibit A) and an explanation of how each variable was created (e.g. what did you count) each year, including a description of any changes in the variable's name or how it was measured that may have occurred each time a change was made.

**ANSWER AND OBJECTION**

The defendants are able to provide answers to Interrogatory #2 for each of the 242 variables listed in Plaintiff's Exhibit A worksheet entitled "98-05 SUMMARY DOWN."

Answers to Interrogatory #2 are contained in the Microsoft Access Database entitled "Response to Motion for Disclosure and Production dated 6_22_07.mdb". Answers to Interrogatory #2 are contained in the table "DEFENDANT'S RESPONSES 98-05 SUMMARY DOWN" and can also be viewed more concisely in the form entitled "FORM 1_DEFENDANT'S 98-05 SUMMARY DOWN Interrogatories #1 and #2."

Where possible, the CSDE has provided the definition for the variables listed in "DOE VARLIST PCI 98-05 UPDATE.xls" in the response to Interrogatory 1. Although a descriptive variable label was not used by the CSDE during data collection or analysis, the CSDE has provided a suggestion for a descriptive variable label wherever the variables definition is known. Suggestions for variable labels, an explanation of how each variable was created (e.g. what was counted) each year, including a description of any changes in the variable's name or how it was measured that may have occurred each time a change was made, are provided in the table "DEFENDANT'S RESPONSES 98-05 SUMMARY DOWN" and can also be viewed more concisely in the form entitled "FORM 1_DEFENDANT'S 98-05 SUMMARY DOWN Interrogatories #1 and #2."

In cases where the defendants have been able to locate data identified as "missing" by the Plaintiffs, the data are provided in tables also contained in the Microsoft Database entitled "Response to Motion for Disclosure and Production dated 6_22_07.mdb". The tables are labeled by year and entitled "Missing Variables". In cases where the defendants have not been able to locate missing variables, the explanation is provided in the table "DEFENDANT'S RESPONSES 98-05 SUMMARY DOWN" and can also be viewed more concisely in the form entitled "FORM 1_DEFENDANT'S 98-05 SUMMARY DOWN Interrogatories #1 and #2."

3.  Please fill in the data for the missing years in the spreadsheet entitled "DOE VARLIST PCI 98-05 UPDATE.xls" (attached as Exhibit A). Each cell in the worksheet titled "98-05 ACROSS" represents a year, and the gray cells indicate that the year is missing data. Please provide a full explanation if the data are not available for a given variable in a given year.

**ANSWER AND OBJECTION**

The defendants are able to provide answers to Interrogatory #3 for all of the variables listed in Plaintiff's Exhibit A worksheet entitled "98-05 ACROSS".

Answers to Interrogatory #3 are contained in the Microsoft Access Database entitled "Response to Motion for Disclosure and Production dated 6_22_07.mdb". Answers to Interrogatory #3 are contained in the table "DEFENDANT'S RESPONSES 98-05 ACROSS" and can also be viewed more concisely in the form entitled "FORM 2_DEFENDANT'S 98-05 ACROSS Interrogatories #3 and #4."

In cases where the defendants have been able to locate data identified as "missing" by the Plaintiffs, the data are provided in tables also contained in the Microsoft Database entitled "Response to Motion for Disclosure and Production dated 6_22_07.mdb". The tables are labeled by year and entitled "Missing Variables". In cases where the defendants have not been able to locate missing variables, the data were not collected or calculated by the data manager in that year. "DEFENDANT'S RESPONSES 98-05 ACROSS" and can also be viewed more concisely in the form entitled "FORM 2_DEFENDANT'S 98-05 ACROSS Interrogatories #3 and #4."

4.  The following variables in "DOE VARLIST PCI 98-05 UPDATE.xls" (attached as Exhibit A) have what appear to be discrepancies in their variable names. The rows with the discrepant variable names are colored in orange (with one exception). The orange cells indicate the variables that appear to belong to the series. However, the variable name is not identical to the other variables in the series. A few examples of this are as follows:

      CHOICE, CHOOSE, CHOSEN
      CITY_TOW_TOWN

>    EDNAM,EDNAME
>    F_AGE21DN, F_AGE21D
>    NONNEXUS, NONEXUS
>    OLD_COMP, OLD_COMPID
>    OTH_AGN, OTH_AGNCY

The exception with the same color scheme is MR (1998) vs. ID (2000-2003) from the PCI Handbook. Our understanding is that ID is the renamed version of MR. Please confirm that we have interpreted these variables correctly. If not, please provide the correct definition of these variables.

## ANSWER AND OBJECTION

The defendants are able to provide answers to Interrogatory #4 for all of the variables listed in Plaintiff's Exhibit A worksheet entitled "98-05 ACROSS".

Answers to Interrogatory #4 are contained in the Microsoft Access Database entitled "Response to Motion for Disclosure and Production dated 6_22_07.mdb". Answers to Interrogatory #4 is contained in the table "DEFENDANT'S RESPONSES 98-05 ACROSS" and can also be viewed more concisely in the form entitled "FORM 2_DEFENDANT'S 98-05 ACROSS Interrogatories #3 and #4."

The defendants are able to confirm that: The variable CITY_TOW in the 2003 and 2004 databases is CITY_TOWN in the subsequent year's data; the variable EDNAME in the 1998 database is EDNAM in subsequent years' data; the variable F_AGE21DN in the 2002 database is F_AG21 in all other years' data; the variable NONNEXUS in 1998 is NONEXUS in all subsequent years of data; the variable OLD_COMPID in 2005 is OLD_COMP is all previous years of data; the variable OTH_AGNC in the 2004 database is OTH_AGNCY in the subsequent year's data. The defendants also confirm that the variable MR in the 1998 database is renamed ID in subsequent years of data. Furthermore, there is only one other variable beyond the few examples identified by the plaintiffs that had a name change over time. The variable EDATBOE changed to EDATHOME in 2002; in 2002 EDATBOE and EDATHOME were both calculated and are the same for all active students with disabilities.

 The defendants cannot confirm that the variables CHOICE, CHOOSE and CHOSEN are the same variable and have the same meaning over time.

5

# REQUEST FOR PRODUCTION

1. Please provide the codebook or codebooks and related documents in the possession or control of the Connecticut Department of Education that accurately define the value of labels for each of the categorical variables in the data set reflected in the spreadsheet entitled "DOE VARLIST PCI 98=05 UPDATE.xls" (attached as Exhibit A).

## ANSWER AND OBECTION

The 2002 PCI Codebook was provided to the plaintiffs when the 1998-2004 PCI Class Member data were originally provided in 2006. Additionally, the updated 2005 PCI Handbook was provided to the plaintiffs along with the **Defendant's Responses to Plaintiff's Motion for Disclosure and Production** of May 22, 2007 that was submitted to the plaintiffs on September 1, 2007. The PCI Handbook describes some, but not all, of the variables contained in the PCI database as this handbook was developed to assist districts who were submitting data for the December 1 special education data collection only and not for the purpose of subsequent data cleaning or variable calculation. Once the data are received by the state, various data cleaning procedures, including re-coding and calculation of variables, are undertaken by the data manager to fit the data to federal and state reporting requirements. There is no documentation regarding the logic used to create, calculate or name variables used for data cleaning and other aggregate reporting purposes. The data manager who was responsible for conducting these procedures from 1998 through 2005 had been on medical leave since February 7, 2006 and subsequently retired as of August 1, 2007. In her absence, current CSDE staff has made a good faith effort to utilize existing knowledge and expertise of special education data to determine the meaning and purpose of obsolete variables created by the data manager for data cleaning and aggregate reporting purposes.

## OATH

I, HEATHER Levitt Doucette, hereby certify that I have reviewed the "Plaintiff's Motion for Disclosure and Production" dated June 22, 2007 and the responses, including all answers and objections, contained above and that they are true and accurate to the best of my knowledge and belief.

*[signature]*

THE DEFENDANT
STATE OF CONNECTICUT

Subscribed and sworn to me before this 21 day of September 2007.

*[signature]*
Darren P. Cunningham
Commissioner of the Superior Court

## CERTIFICATION

     I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this __21st__ day of September, 2007, first class postage prepaid to:

David Shaw, Esq
34 Jerome Ave.
Suite 210
Bloomfield, CT 06002-2463

                                                    /s/
                                         Darren P. Cunningham
                                         Assistant Attorney General