UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
|    *Plaintiffs*, | : | 291CV00180(RNC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
|    *Defendants* | : | SEPTEMBER 25, 2007 |

**MOTION ON CONSENT FOR EXTENSION OF TIME**

     The defendants in the above action respectfully move the Court for an extension of time, up to and including September 28, 2007, to respond to Plaintiffs' "Motion to Compel" dated August 21, 2007. In support of this motion, the defendants respectfully submit:

     1. Undersigned counsel has been working diligently to respond to Plaintiffs' Motion to Compel. Undersigned counsel has been in near constant communication with personnel from the State Department of Education that are most intimately familiar with the relevant issues.

     2. Plaintiff's attorney David Shaw has indicated that he has no objection to this motion being granted.

     3. This is the second extension of time sought for the subject time limitation.

     4. Defendants continue to produce materials that may refine and limit the scope of the parties' differences. See D. Conn. L. Civ. R. 37. For example, on September 21, 2007 – after both defendants last motion for extension of time and plaintiffs' Motion to Compel-- defendants produced data and answers requested in the Plaintiff's Motion for Disclosure and Production dated June 22, 2007.

     5. More time is required in order to aid the court in its determination of the pending discovery issues.

WHEREFORE, the defendants respectfully request that this motion be granted.

DEFENDANTS
STATE OF CONNECTICUT ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

/s/_____
Darren P. Cunningham
Assistant Attorney General
Federal Bar No. ct25380
P. O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5210
Fax: (860) 808-5385

## ORDER

The foregoing motion having been duly presented to the Court, it is hereby

ORDERED: GRANTED/DENIED.

_____
United States District Court

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 25th day of September, 2007, first class postage prepaid to:

The Honorable Donna Martinez
United States Magistrate Judge
450 Main Street
Hartford, CT 06103

David C. Shaw, Esq
34 Jerome Avenue
Suite 210
Bloomfield, CT 06002

Frank Laski, Esq
Mental Health Legal Advisors Committee
294 Washington St.
Suite 320
Boston, MA 02108

/s/_____
Darren P. Cunningham
Assistant Attorney General

3