**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
| *Plaintiffs*, | : | 291CV00180(RNC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
| *Defendants* | : | DECEMBER 19, 2007 |

**DEFENDANTS' MOTION SEEKING LEAVE TO FILE SUPPLEMENTAL**
**RESPONSE TO PLAINTIFFS' "MOTION TO COMPEL"**

Defendants in the above action respectfully request permission to amend their response

(Doc. #541) to plaintiffs' "Motion to Compel," (Doc. #532) and accompanying memorandum

(Doc. #533).

Plaintiffs' pending motion is the result of a discovery dispute. On December 18, 2007, in

accordance with Federal Rule of Civil Procedure 26(e)[1] and according to schedule,[2] defendants

furnished plaintiffs with a supplemental response to plaintiffs March 30, 2007 "Motion for

Disclosure and Production." Defendants believe that this disclosure will seriously narrow or

possibly moot plaintiffs pending "Motion to Compel" and that the court would benefit greatly

from reviewing its contents before considering plaintiffs' motion. Moreover, defendants believe

---

[1] That rule provides, in pertinent part:

> (e) Supplementation of Disclosures and Responses.
> (1) In General.
> A party who has made a disclosure under Rule 26(a) — or who has responded to an interrogatory, request for production, or request for admission — must supplement or correct its disclosure or response:
> (A) in a timely manner if the party learns that in some material respect the disclosure or response is incomplete or incorrect, and if the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing; or
> (B) as ordered by the court.

[2] Defendants have repeatedly represented that they would provide plaintiffs with a longitudinal database this fall that would avoid the sharing of confidential information. See, e.g., "Defendants' Memorandum in Opposition to Plaintiffs' 'Motion to Compel,'" Doc. # 541 at 4-5.

1

that providing the court with a copy of their recent disclosure is consistent with the spirit of

Local Rule of Civil Procedure 37(b) which requires that in the event of a discovery dispute each

side shall provide the court with "a specific verbatim listing of each of the items of discovery

sought or opposed, and immediately following each specification shall set forth the reason why

the item should be allowed or disallowed."  Indeed, it may be that upon reviewing these

materials plaintiffs will voluntarily withdraw their pending motion.  In any event, it is

respectfully requested that defendants be permitted to supplement their initial response.


DEFENDANTS

STATE OF CONNECTICUT ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL


/s/_____
Darren P. Cunningham
Assistant Attorney General
Federal Bar No. ct25380
P. O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5210
Fax: (860) 808-5385
darren.cunningham@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of

the Federal Rules of Civil Procedure on this 19th day of December, 2007, first class postage

prepaid to:


The Honorable Donna Martinez
United States Magistrate Judge
450 Main Street
Hartford, CT 06103

David C. Shaw, Esq
34 Jerome Avenue, Suite 210
Bloomfield, CT 06002

Frank Laski, Esq
Mental Health Legal Advisors Committee
294 Washington St., Suite 320
Boston, MA 02108


_____/s/_____
Darren P. Cunningham
Assistant Attorney General