UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. 2:91cv00180 (RNC) |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al | : | |
| *Defendants* | : | JANUARY 8, 2008 |

**NOTICE OF FILING OF DEFENDANTS' SUPPLEMENTAL
RESPONSE TO PLAINTIFF'S MOTION TO COMPEL**

By Order of the Court, Martinez, J, <u>Defendants' Motion Seeking Leave To File Supplemental Response To The Plaintiffs' "Motion To Compel"</u> was granted on December 21, 2007. (Doc. #544). Therefore, the defendants in the above action respectfully amend their supplemental response to plaintiffs' March 30, 3007 "Motion for Disclosure and Production" to include the attached "Defendant's Supplemental Response to Plaintiff's Motion for Disclosure and Production dated March 30, 2007."

Defendants' contend that the disclosure of this response will seriously narrow or possibly moot plaintiffs pending "Motion to Compel" and that the court would benefit greatly from reviewing its contents before considering plaintiffs' pending motion. In addition, the defendants' recent disclosure is consistent with the spirit of Local Rule of Civil Procedure 37(b) which requires that in the event of a discovery dispute each side shall provide the court with "a specific verbatim listing of each of the items of discovery sought or opposed, and immediately

following each specification shall set forth the reason why the item should be allowed or disallowed."

Defendants continue to assert and their previous responses to Plaintiffs' Motion to Compel demonstrate, that they have made every reasonable effort to provide plaintiffs with the information and data requested consistent with the parties' Settlement Agreement, directives of the United States Department of Education ("USDOE"), and fair resource allocation.

DEFENDANTS

STATE OF CONNECTICUT, ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:  /s/ _____
Darren P. Cunningham
Assistant Attorney General
Federal Bar No. ct25380
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5210
Fax:  (860) 808-5385
darren.cunningham@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 8th day of January, 2008, first class postage prepaid to:

The Honorable Donna Martinez
United States Magistrate Judge
450 Main Street
Hartford, CT  06103

David C. Shaw, Esq.
34 Jerome Avenue, Suite 210
Bloomfield, CT  06002

Frank Laski, Esq.
Mental Health Legal Advisors Committee
294 Washington St., Suite 320
Boston, MA 02108

_____
Darren P. Cunningham
Assistant Attorney General