## Longitudinal Class Member Database

The following document contains descriptions of the data elements contained in a database which was compiled by the Connecticut State Department of Education (CSDE) in an effort to retrospectively capture longitudinal data on Connecticut Public School Students who are members of the class of students protected under the PJ et. al. v. State of Connecticut Class Action Settlement Agreement. This database tracks data relevant to the goals of the Settlement Agreement for students that were ever reported to the CSDE as having mental retardation/intellectual disability from the years 1998 through 2006.

From 1998 through 2005, data on Connecticut public school students with disabilities was collected via the state's electronic data collection application called PC-ISSIS (Person Computer-Integrated Special Student Information System). PC-ISSIS was never designed to track student level information over time. In PC-ISSIS, the identifier used to tag individual student records, the Composite or "Comp" ID, was extremely susceptible to data entry error and, by nature of its design, was not capable of uniquely identifying a student (in other words, duplicate compids were possible and permissible). The present longitudinal database of class members was compiled using both programmed and manual data matching procedures for student level data across multiple years of PC-ISSIS data. Manual cleaning of the data and matching of the data over time was necessary to account for the errors made to the COMPID for the same student over time.

In 2006, the CSDE developed and implemented a new data collection application for the purpose of collecting data on Connecticut public school students with disabilities. This system is called SEDAC (Special Education Data Application and Collection). In many ways, SEDAC is a more reliable and precise data collection tool than PC-ISSIS. Beginning with the 2006 SEDAC system, data collected on students with disabilities was linked to each student's State Assigned Student Identifier (SASID), a unique identification number assigned to each Connecticut Public School student, as well as students that are placed privately by parents and are served under service plans, rather than an IEP. While the SASID cannot be retrofit to every student who was reported in PC-ISSIS, moving forward the CSDE will be able to more reliably track student data over time.

The following code book provides definitions for each of the variables contained in the longitudinal database of class members. From 1998-2005, the data were collected in much the same manner and little changed in their definitions over time. In 2006, SEDAC changed the way that certain data elements were reported. This impacted the way that some of the 2006 data merged into the longitudinal database. An example of this is the fact that, in PC-ISSIS, school districts were asked to report data on students currently receiving services under an IEP in their school district, as well as students who had received services under an IEP in their school district the previous year but who had exited from their district. SEDAC only required that information be reported for active students with disabilities, not students who had exited. The information on students who exited special education was collected manually at a later point in time, but, because of federal reporting requirements, this information was only collected for students who were

1

ages 14 or older.  In order to complete the longitudinal database of class members, 2005 "active" class members reported in PCI who were not reported in SEDAC and who were not reported via the manual collected of exit data on students ages 14 or older, had to be followed up on.  Phone calls were made to districts for this group of students.  As a result, different from the way exit data were reported in PC-ISSIS in previous years, the 2006 exit data contained in the longitudinal database of class members does not contain any of the information from the student's most recent IEP before their exit.  Instead, the information on 2006 exited students is limited to the reason for their exit.  These reasons are explained in the code book below.

I hope that you find the following information helpful.  If you have any questions or concerns about this document or the related database, please do not hesitate to contact Heather Levitt Doucette at 860-713-6867.

## Longitudinal Database of Class Members Codebook

ULDID
> Unique Longitudinal Database ID.  Each record in this database corresponds to one student and was assigned a unique 5-digit ID for the purpose of identifying the records within this database only.  The ULDID does not correspond to any other data on Connecticut Public School Students.

COMPID
> Composite ID
> Student's composite identification code
> > The first 5 letters of the student's last name + The first letter of the student's first name + The student's date of birth (mmddyy) + The student's sex (1=Male; 2=Female)

PROB_MATCH_COMPID
> A Probable Match Composite ID is a COMPID that may have been used in some year's of data that is different from the COMPID used in other year's of data, even though the data were reported on the same student.  To the extent possible, demographic data contained in the database across the years, as well as information obtained through phone calls to districts, permitted the resolution of previously unmatched or "lost" information on students across successive years of data by determining that students may have been reported under an alternate, "probable match" COMPID in different years.  In the Longitudinal Class Member Database, the COMPID field has been created to represent the official COMPID for the records in this database, while the PROB_MATCH_COMPID field contains any and all alternate COMPIDs that were uncovered during the matching of student data across years

SASID
> SASID
> Student's unique State Assigned Student Identifier.  Only available for students whose data were reported in the 2006 year.

UNDISCLOSURE
> Undisclosure
> 1 = Record was redacted due to parental request that the student's information not be disclosed.  The only data that are contained for these students are the ULDID, STATUS, EXITREAS and SPECNEED data in each year the data were reported for these students.

1998_SPECNEED
    Special Need 1998
    Special need reported for the student
    1 = Intellectual Disability (Mental Retardation)
    2 = Hearing Impairment
    3 = Speech or Language Impairment
    4 = Visual Impairment
    5 = Emotional Disturbance
    6 = Orthopedic Impairment
    7 = Other Health Impairment (OHI)
    8 = Specific Learning Disability (SLD)
    9 = Deaf-Blindness
    10 = Multiple Disabilities
    11 = Autism
    12 = Traumatic Brain Injury
    15 = Developmental Delay - Use limited to
      ages 3-5 as of Dec 1 of funding year
    16 = Intellectually Gifted
    17 = Talented in the Arts
    18 = Regular Education - applying for
      grant type 4
    71 = ADD/ADHD - Attention Deficit Disorder/
      Attention Deficit Hyperactive Disorder
    81 = Neurological Impairment

1998_PCT_WNDP
    Percent of Time with Nondisabled Peers 1998
    Calculated using the fields NDPEERHR and TOTSCHHR: PCT_WNDP =
      NONDISABLED PEER HOURS/TOTAL SCHOOL HOURS x 100

1998_ETHNIC
    Ethnicity 1998
    Student's primary ethnic background
    1 = American Indian; 2 = Asian American; 3 = Black, not of Hispanic Origin; 4 =
      White, not of Hispanic Origin; 5 = Hispanic

1998_EXITREAS
    Exit Reason 1998
    The reason the student left special education or the school system
    1 = Graduated with diploma
    2 = Received a certificate of completion or fulfillment of IEP
    3 = Dropped out
    4 = Transferred to regular education
    5 = Deceased
    6 = Reached maximum age
    7 = Moved, known to be continuing
    8 = Moved, not known to be continuing

1998_RESP_DIS
    Responsible School District 1998
    The district responsible for the education of the student
1998_GRADE
    Grade 1998
    The student's CURRENT grade number as of December 1 of 1998
    01 - 12 = Grade 1 - Grade 12; 13 = preschool; 14 = kindergarten
1998_SEX
    Sex 1998
    Student's sex
    1 = Male; 2 = Female
1998_AGE
    Age 1998
    Student's age as of December 1 of 1998
1998_TOTSCHR
    Total School Hours 1998
    Total number of hours per week , to the nearest tenth of an hour, the student is
        required to be in attendance
1998_SPEDINHR
    Hours of Special Education Instruction 1998
    The number of hours of special education instruction , to the nearest tenth of an
        hour, provided for the student as indicated on the student's IEP
1998_NDPEERHR
    Nondisabled Peer Hours 1998
    The total hours per week, to the nearest tenth of an hour, that the student spends
        with non-disabled peers
1998_FED3WNDP
    Three Federally Defined Categories for Percent of Time with Nondisabled Peers
        1998
    1 = Regular Class Setting=79.1-100% Time with Nondisabled Peers(PCT_WNDP)
    2 = Resource Room=40.1 - 79.0% Time with Nondisabled Peers(PCT_WNDP)
    3 = Separate Class=0-40% Time with Nondisabled Peers(PCT_WNDP)

1998_EDLOC
    Education Location 1998
    The location where student is being educated, ranges 01-99
    01 = In district;
    02 = Other public school district
    14 = Regional Educational Service Center
    21 = Parochial/Private - private funds
    22 = Quasi-Public - Endowed Academy
    61 = Approved Private Special Education School
    68 = Head Start
    69 = Community based Pre-Kindergarten, e.g.: Nursery School
    81 = Group Home or Shelter
    82 = Other Private Agency
    83 = Hospital or Homebound – Special education in home
    99 = Out of State

1998_RESP_SCH
    Responsible School 1998
    Student's current enrolled school

1998_EDFACCOD
    Education Facility Code 1998
    7 digit educational facility codes
EDLOC + District Code + Code indicated which school level or type

1998_ERG1000
    Education Reference Groups 1998
    Education Reference Group (ERG) A through I

1998_F_FED321
    If a student record was counted as a student with a disability aged 3-21 years as of
     December 1 of 1998
    1 = age 3 through 21 years; 0 = else

1998_STATUS
    Status 1998
    Record status: "Active Record" or "Not yet Identified as Class Member"

1998_ACTIVE_CLASS_MEMBER
    Active status 1998
    Active status: "1998 Active" indicates that this student carried the label of ID/MR
in the 1998 data (1998_STATUS="Active Record" and 1998_SPECNEED=1)

1999_SPECNEED
  Special Need 1999
  Special need reported for the student
  1 = Intellectual Disability (Mental Retardation)
  2 = Hearing Impairment
  3 = Speech or Language Impairment
  4 = Visual Impairment
  5 = Emotional Disturbance
  6 = Orthopedic Impairment
  7 = Other Health Impairment (OHI)
  8 = Specific Learning Disability (SLD)
  9 = Deaf-Blindness
  10 = Multiple Disabilities
  11 = Autism
  12 = Traumatic Brain Injury
  15 = Developmental Delay - Use limited to
      ages 3-5 as of Dec 1 of funding year
  16 = Intellectually Gifted
  17 = Talented in the Arts
  18 = Regular Education - applying for
      grant type 4
  71 = ADD/ADHD - Attention Deficit Disorder/
      Attention Deficit Hyperactive Disorder
  81 = Neurological Impairment
1999_PCT_WNDP
  Percent of Time with Nondisabled Peers 1999
  Calculated using the fields NDPEERHR and TOTSCHHR: PCT_WNDP =
      NONDISABLED PEER HOURS/TOTAL SCHOOL HOURS x 100
1999_ETHNIC
  Ethnicity 1999
  Student's primary ethnic background
  1 = American Indian; 2 = Asian American; 3 = Black, not of Hispanic Origin; 4 =
      White, not of Hispanic Origin; 5 = Hispanic
1999_EXITREAS
  Exit Reason 1999
  The reason the student left special education or the school system
  1 = Graduated with diploma
  2 = Received a certificate of completion or fulfillment of IEP
  3 = Dropped out
  4 = Transferred to regular education
  5 = Deceased
  6 = Reached maximum age
  7 = Moved, known to be continuing
  8 = Moved, not known to be continuing

1999_EXITDATE
    Exit Date 1999
    The date when student exited special education
1999_RESP_DIS
    Responsible School District 1999
    The district responsible for the education of the student
1999_GRADE
    Grade 1999
    The student's CURRENT grade number as of December 1 of 1999
    01 - 12 = Grade 1 - Grade 12; 13 = preschool; 14 = kindergarten
1999_SEX
    Sex 1999
    Student's sex
    1 = Male; 2 = Female
1999_AGE
    Age 1999
    Student's age as of December 1 of 1999
1999_TOTSCHHR
    Total School Hours 1999
    Total number of hours per week , to the nearest tenth of an hour, the student is
      required to be in attendance
1999_SPEDINHR
    Hours of Special Education Instruction 1999
    The number of hours of special education instruction , to the nearest tenth of an
      hour, provided for the student as indicated on the student's IEP
1999_NDPEERHR
    Nondisabled Peer Hours 1999
    The total hours per week, to the nearest tenth of an hour, that the student spends
      with non-disabled peers
1999_FED3WNDP
    Three Federally Defined Categories for Percent of Time with Nondisabled Peers
      1999
    1 = Regular Class Setting=79.1-100% Time with Nondisabled Peers(PCT_WNDP)
    2 = Resource Room=40.1 - 79.0% Time with Nondisabled Peers(PCT_WNDP)
    3 = Separate Class=0-40% Time with Nondisabled Peers(PCT_WNDP)

1999_EDLOC
    Education Location 1999
    The location where student is being educated, ranges 01-99
    01 = In district;
    02 = Other public school district
    14 = Regional Educational Service Center
    21 = Parochial/Private - private funds
    22 = Quasi-Public - Endowed Academy
    61 = Approved Private Special Education School
    68 = Head Start
    69 = Community based Pre-Kindergarten, e.g.: Nursery School
    81 = Group Home or Shelter
    82 = Other Private Agency
    83 = Hospital or Homebound – Special education in home
    99 = Out of State
1999_RESP_SCH
    Responsible School 1999
    Student's current enrolled school
1999_EDFACCOD
    Education Facility Code 1999
    7 digit educational facility codes
1999_ERG1000
    Education Reference Groups 1999
    Education Reference Group (ERG) A through I
1999_F_FED321
    If a student record was counted as a student with a disability aged 3-21 years as of
      December 1 of 1999
    1 = age 3 through 21 years; 0 = else
1999_NEWLY_IDENTIFIED
    Newly identified in 1999
1999_STATUS
    Status 1999
    Record status: "Active Record"; or "Not yet Identified as Class Member"; or "Exit
      1999"; or "Missing from 1999"
1999_ACTIVE_CLASS_MEMBER
    Active status 1999
    Active status: "1999 Active" indicates that this student carried the label of ID/MR
in the 1999 data (1999_STATUS="Active Record" and 1999_SPECNEED=1)

2000_SPECNEED
    Special Need 2000
    Special need reported for the student
    1 = Intellectual Disability (Mental Retardation)
    2 = Hearing Impairment
    3 = Speech or Language Impairment
    4 = Visual Impairment
    5 = Emotional Disturbance
    6 = Orthopedic Impairment
    7 = Other Health Impairment (OHI)
    8 = Specific Learning Disability (SLD)
    9 = Deaf-Blindness
    10 = Multiple Disabilities
    11 = Autism
    12 = Traumatic Brain Injury
    15 = Developmental Delay - Use limited to
        ages 3-5 as of Dec 1 of funding year
    16 = Intellectually Gifted
    17 = Talented in the Arts
    18 = Regular Education - applying for
        grant type 4
    71 = ADD/ADHD - Attention Deficit Disorder/
        Attention Deficit Hyperactive Disorder
    81 = Neurological Impairment
2000_PCT_WNDP
    Percent of Time with Nondisabled Peers 2000
    Calculated using the fields NDPEERHR and TOTSCHHR: PCT_WNDP =
        NONDISABLED PEER HOURS/TOTAL SCHOOL HOURS x 100
2000_ETHNIC
    Ethnicity 2000
    Student's primary ethnic background
    1 = American Indian; 2 = Asian American; 3 = Black, not of Hispanic Origin; 4 =
        White, not of Hispanic Origin; 5 = Hispanic
2000_EXITREAS
    Exit Reason 2000
    The reason the student left special education or the school system
    1 = Graduated with diploma
    2 = Received a certificate of completion or fulfillment of IEP
    3 = Dropped out
    4 = Transferred to regular education
    5 = Deceased
    6 = Reached maximum age
    7 = Moved, known to be continuing
    8 = Moved, not known to be continuing

2000_EXITDATE
    Exit Date 2000
    The date when student exited special education
2000_RESP_DIS
    Responsible School District 2000
    The district responsible for the education of the student
2000_GRADE
    Grade 2000
    The student's CURRENT grade number as of December 1 of 2000
    01 - 12 = Grade 1 - Grade 12; 13 = preschool; 14 = kindergarten
2000_SEX
    Sex 2000
    Student's sex
    1 = Male; 2 = Female
2000_AGE
    Age 2000
    Student's age as of December 1 of 2000
2000_TOTSCHHR
    Total School Hours 2000
    Total number of hours per week , to the nearest tenth of an hour, the student is
      required to be in attendance
2000_SPEDINHR
    Hours of Special Education Instruction 2000
    The number of hours of special education instruction , to the nearest tenth of an
      hour, provided for the student as indicated on the student's IEP
2000_NDPEERHR
    Nondisabled Peer Hours 2000
    The total hours per week, to the nearest tenth of an hour, that the student spends
      with non-disabled peers
2000_FED3WNDP
    Three Federally Defined Categories for Percent of Time with Nondisabled Peers
      2000
    1 = Regular Class Setting=79.1-100% Time with Nondisabled Peers(PCT_WNDP)
    2 = Resource Room=40.1 - 79.0% Time with Nondisabled Peers(PCT_WNDP)
    3 = Separate Class=0-40% Time with Nondisabled Peers(PCT_WNDP)

2000_EDLOC
>   Education Location 2000
>   The location where student is being educated, ranges 01-99
>   01 = In district;
>   02 = Other public school district
>   14 = Regional Educational Service Center
>   21 = Parochial/Private - private funds
>   22 = Quasi-Public - Endowed Academy
>   61 = Approved Private Special Education School
>   68 = Head Start
>   69 = Community based Pre-Kindergarten, e.g.: Nursery School
>   81 = Group Home or Shelter
>   82 = Other Private Agency
>   83 = Hospital or Homebound – Special education in home
>   99 = Out of State

2000_RESP_SCH
>   Responsible School 2000
>   Student's current enrolled school

2000_EDFACCOD
>   Education Facility Code 2000
>   7 digit educational facility codes

2000_ERG1000
>   Education Reference Groups 2000
>   Education Reference Group (ERG) A through I

2000_F_FED321
>   If a student record was counted as a student with a disability aged 3-21 years as of December 1 of 2000
>   1 = age 3 through 21 years; 0 = else

2000_NEWLY_IDENTIFIED
>   Newly identified in 2000

2000_STATUS
>   Status 2000
>   Record status: "Active Record"; or "Not yet Identified as Class Member"; or "Exit 1999"; or "Exit 2000"; or "Missing from 1999"; or "Missing from 2000"

2000_ACTIVE_CLASS_MEMBER
>   Active status 2000
>   Active status: "2000 Active" indicates that this student carried the label of ID/MR in the 2000 data (2000_STATUS="Active Record" and 2000_SPECNEED=1)

2001_SPECNEED

    Special Need 2001

    Special need reported for the student

    1 = Intellectual Disability (Mental Retardation)

    2 = Hearing Impairment

    3 = Speech or Language Impairment

    4 = Visual Impairment

    5 = Emotional Disturbance

    6 = Orthopedic Impairment

    7 = Other Health Impairment (OHI)

    8 = Specific Learning Disability (SLD)

    9 = Deaf-Blindness

    10 = Multiple Disabilities

    11 = Autism

    12 = Traumatic Brain Injury

    15 = Developmental Delay - Use limited to
       ages 3-5 as of Dec 1 of funding year

    16 = Intellectually Gifted

    17 = Talented in the Arts

    18 = Regular Education - applying for
       grant type 4

    71 = ADD/ADHD - Attention Deficit Disorder/
       Attention Deficit Hyperactive Disorder

    81 = Neurological Impairment

2001_PCT_WNDP

    Percent of Time with Nondisabled Peers 2001

    Calculated using the fields NDPEERHR and TOTSCHHR: PCT_WNDP =
      NONDISABLED PEER HOURS/TOTAL SCHOOL HOURS x 100

2001_ETHNIC

    Ethnicity 2001

    Student's primary ethnic background

    1 = American Indian; 2 = Asian American; 3 = Black, not of Hispanic Origin; 4 =
      White, not of Hispanic Origin; 5 = Hispanic

2001_EXITREAS

    Exit Reason 2001

    The reason the student left special education or the school system

    1 = Graduated with diploma

    2 = Received a certificate of completion or fulfillment of IEP

    3 = Dropped out

    4 = Transferred to regular education

    5 = Deceased

    6 = Reached maximum age

    7 = Moved, known to be continuing

    8 = Moved, not known to be continuing

2001_EXITDATE
    Exit Date 2001
    The date when student exited special education

2001_RESP_DIS
    Responsible School District 2001
    The district responsible for the education of the student

2001_GRADE
    Grade 2001
    The student's CURRENT grade number as of December 1 of 2001
    01 - 12 = Grade 1 - Grade 12; 13 = preschool; 14 = kindergarten

2001_SEX
    Sex 2001
    Student's sex
    1 = Male; 2 = Female

2001_AGE
    Age 2001
    Student's age as of December 1 of 2001

2001_TOTSCHHR
    Total School Hours 2001
    Total number of hours per week , to the nearest tenth of an hour, the student is
      required to be in attendance

2001_SPEDINHR
    Hours of Special Education Instruction 2001
    The number of hours of special education instruction , to the nearest tenth of an
      hour, provided for the student as indicated on the student's IEP

2001_NDPEERHR
    Nondisabled Peer Hours 2001
    The total hours per week, to the nearest tenth of an hour, that the student spends
      with non-disabled peers

2001_FED3WNDP
    Three Federally Defined Categories for Percent of Time with Nondisabled Peers
      2001
    1 = Regular Class Setting=79.1-100% Time with Nondisabled Peers(PCT_WNDP)
    2 = Resource Room=40.1 - 79.0% Time with Nondisabled Peers(PCT_WNDP)
    3 = Separate Class=0-40% Time with Nondisabled Peers(PCT_WNDP)

2001_EDLOC
 Education Location 2001
 The location where student is being educated, ranges 01-99
 01 = In district;
 02 = Other public school district
 14 = Regional Educational Service Center
 21 = Parochial/Private - private funds
 22 = Quasi-Public - Endowed Academy
 61 = Approved Private Special Education School
 68 = Head Start
 69 = Community based Pre-Kindergarten, e.g.: Nursery School
 81 = Group Home or Shelter
 82 = Other Private Agency
 83 = Hospital or Homebound – Special education in home
 99 = Out of State
2001_RESP_SCH
 Responsible School 2001
 Student's current enrolled school
2001_EDFACCOD
 Education Facility Code 2001
 7 digit educational facility codes
2001_ERG1000
 Education Reference Groups 2001
 Education Reference Group (ERG) A through I
2001_F_FED321
 If a student record was counted as a student with a disability aged 3-21 years as of
   December 1 of 2001
 1 = age 3 through 21 years; 0 = else
2001_NEWLY_IDENTIFIED
 Newly identified in 2001
2001_STATUS
 Status 2001
 Record status: "Active Record"; or "Not yet Identified as Class Member"; or "Exit
   1999"; or "Exit 2000"; or "Exit 2001"; or "Missing from 1999"; or "Missing from
   2000"; or "Missing from 2001"
2001_ACTIVE_CLASS_MEMBER
 Active status 2001
 Active status: "2001 Active" indicates that this student carried the label of ID/MR
in the 2001 data (2001_STATUS="Active Record" and 2001_SPECNEED=1)
2001_EDATBOE
 If the child is attending their home school 2001
 1 = attending home school; 0 = else

2001_EXTRA
    Extracurricular 2001
    If the student participates in extracurricular activities
    1 = Participates in Extracurricular Activities
    2 = Does NOT Participate in Extracurricular Activities

2002_FNAME
    First Name 2002
    Student's first name

2002_LNAME
    Last Name 2002
    Student's last name

2002_SPECNEED
    Special Need 2002
    Special need reported for the student
    1 = Intellectual Disability (Mental Retardation)
    2 = Hearing Impairment
    3 = Speech or Language Impairment
    4 = Visual Impairment
    5 = Emotional Disturbance
    6 = Orthopedic Impairment
    7 = Other Health Impairment (OHI)
    8 = Specific Learning Disability (SLD)
    9 = Deaf-Blindness
    10 = Multiple Disabilities
    11 = Autism
    12 = Traumatic Brain Injury
    15 = Developmental Delay - Use limited to
      ages 3-5 as of Dec 1 of funding year
    16 = Intellectually Gifted
    17 = Talented in the Arts
    18 = Regular Education - applying for
      grant type 4
    71 = ADD/ADHD - Attention Deficit Disorder/
      Attention Deficit Hyperactive Disorder
    81 = Neurological Impairment

2002_PCT_WNDP
    Percent of Time with Nondisabled Peers 2002
    Calculated using the fields NDPEERHR and TOTSCHHR: PCT_WNDP =
      NONDISABLED PEER HOURS/TOTAL SCHOOL HOURS x 100

2002_ETHNIC
    Ethnicity 2002
    Student's primary ethnic background
    1 = American Indian; 2 = Asian American; 3 = Black, not of Hispanic Origin; 4 =
      White, not of Hispanic Origin; 5 = Hispanic

2002_EXITREAS
    Exit Reason 2002
    The reason the student left special education or the school system
    1 = Graduated with diploma
    2 = Received a certificate of completion or fulfillment of IEP
    3 = Dropped out
    4 = Transferred to regular education
    5 = Deceased
    6 = Reached maximum age
    7 = Moved, known to be continuing
    8 = Moved, not known to be continuing
2002_EXITDATE
    Exit Date 2002
    The date when student exited special education
2002_RESP_DIS
    Responsible School District 2002
    The district responsible for the education of the student
2002_GRADE
    Grade 2002
    The student's CURRENT grade number as of December 1 of 2002
    01 - 12 = Grade 1 - Grade.12; 13=preschool; 14=kindergarten
2002_SEX
    Sex 2002
    Student's sex
    1 = Male; 2 = Female
2002_AGE
    Age 2002
    Student's age as of December 1 of 2002
2002_TOTSCHHR
    Total School Hours 2002
    Total number of hours per week , to the nearest tenth of an hour, the student is
        required to be in attendance
2002_SPEDINHR
    Hours of Special Education Instruction 2002
    The number of hours of special education instruction , to the nearest tenth of an
        hour, provided for the student as indicated on the student's IEP
2002_NDPEERHR
    Nondisabled Peer Hours 2002
    The total hours per week, to the nearest tenth of an hour, that the student spends
        with non-disabled peers
2002_FED3WNDP
    Three Federally Defined Categories for Percent of Time with Nondisabled Peers
        2002
    1 = Regular Class Setting=79.1-100% Time with Nondisabled Peers(PCT_WNDP)
    2 = Resource Room=40.1 - 79.0% Time with Nondisabled Peers(PCT_WNDP)
    3 = Separate Class=0-40% Time with Nondisabled Peers(PCT_WNDP)

2002_EDLOC
  Education Location 2002
  The location where student is being educated, ranges 01-99
  01 = In district;
  02 = Other public school district
  14 = Regional Educational Service Center
  21 = Parochial/Private - private funds
  22 = Quasi-Public - Endowed Academy
  61 = Approved Private Special Education School
  68 = Head Start
  69 = Community based Pre-Kindergarten, e.g.: Nursery School
  81 = Group Home or Shelter
  82 = Other Private Agency
  83 = Hospital or Homebound – Special education in home
  99 = Out of State
2002_RESP_SCH
  Responsible School 2002
  Student's current enrolled school
2002_EDFACCOD
  Education Facility Code 2002
  7 digit educational facility codes
2002_ERG1000
  Education Reference Groups 2002
  Education Reference Group (ERG) A through I
2002_F_FED321
  If a student record was counted as a student with a disability aged 3-21 years as of
    December 1 of 2002
  1 = age 3 through 21 years; 0 = else
2002_NEWLY_IDENTIFIED
  Newly identified in 2002
2002_STATUS
  Status 2002
  Record status: "Active Record"; or "Not yet Identified as Class Member"; or "Exit
    1999"; or "Exit 2000"; or "Exit 2001; or "Exit 2002"; or "Missing from 1999"; or
    "Missing from 2000"; or "Missing from 2001"; or "Missing from 2002"
2002_ACTIVE_CLASS_MEMBER
  Active status 2002
  Active status: "2002 Active" indicates that this student carried the label of ID/MR
in the 2002 data (2002_STATUS="Active Record" and 2002_SPECNEED=1)[1]
2002_EDATBOE[1]
  If the child is attending their home school 2002
  1 = attending home school; 0 = else

---

[1] The data collected to determine a child's home school attendance status was collected for the first time in 2002

2002_EXTRA[2]

    Extracurricular 2002

    If the student participates in extracurricular activities

    1 = Participates in Extracurricular Activities

    2 = Does NOT Participate in Extracurricular Activities

2003_FNAME

    First Name 2003

    Student's first name

2003_LNAME

    Last Name 2003

    Student's last name

2003_SPECNEED

    Special Need 2003

    Special need reported for the student

    1 = Intellectual Disability (Mental Retardation)

    2 = Hearing Impairment

    3 = Speech or Language Impairment

    4 = Visual Impairment

    5 = Emotional Disturbance

    6 = Orthopedic Impairment

    7 = Other Health Impairment (OHI)

    8 = Specific Learning Disability (SLD)

    9 = Deaf-Blindness

    10 = Multiple Disabilities

    11 = Autism

    12 = Traumatic Brain Injury

    15 = Developmental Delay - Use limited to
        ages 3-5 as of Dec 1 of funding year

    16 = Intellectually Gifted

    17 = Talented in the Arts

    18 = Regular Education - applying for
        grant type 4

    71 = ADD/ADHD - Attention Deficit Disorder/
        Attention Deficit Hyperactive Disorder

    81 = Neurological Impairment

2003_PCT_WNDP

    Percent of Time with Nondisabled Peers 2003

    Calculated using the fields NDPEERHR and TOTSCHHR: PCT_WNDP =
        NONDISABLED PEER HOURS/TOTAL SCHOOL HOURS x 100

---

[2] The data collected to determine whether a child participates in extracurricular activities was collected for the first time in 2002

2003_ETHNIC
 Ethnicity 2003
 Student's primary ethnic background
 1 = American Indian; 2 = Asian American; 3 = Black, not of Hispanic Origin; 4 =
 White, not of Hispanic Origin; 5 = Hispanic
2003_EXITREAS
 Exit Reason 2003
 The reason the student left special education or the school system
 1 = Graduated with diploma
 2 = Received a certificate of completion or fulfillment of IEP
 3 = Dropped out
 4 = Transferred to regular education
 5 = Deceased
 6 = Reached maximum age
 7 = Moved, known to be continuing
2003_EXITDATE
 Exit Date 2003
 The date when student exited special education
2003_RESP_DIS
 Responsible School District 2003
 The district responsible for the education of the student
2003_GRADE
 Grade 2003
 The student's CURRENT grade number as of December 1 of 2003
 01 - 12 = Grade 1 - Grade 12; 13 = preschool; 14 = kindergarten
2003_SEX
 Sex 2003
 Student's sex
 1 = Male; 2 = Female
2003_AGE
 Age 2003
 Student's age as of December 1 of 2003
2003_TOTSCHHR
 Total School Hours 2003
 Total number of hours per week , to the nearest tenth of an hour, the student is
 required to be in attendance
2003_SPEDINHR
 Hours of Special Education Instruction 2003
 The number of hours of special education instruction , to the nearest tenth of an
 hour, provided for the student as indicated on the student's IEP
2003_NDPEERHR
 Nondisabled Peer Hours 2003
 The total hours per week, to the nearest tenth of an hour, that the student spends
 with non-disabled peers

2003_FED3WNDP
   Three Federally Defined Categories for Percent of Time with Nondisabled Peers
     2003
   1 = Regular Class Setting=79.1-100% Time with Nondisabled Peers(PCT_WNDP)
   2 = Resource Room=40.1 - 79.0% Time with Nondisabled Peers(PCT_WNDP)
   3 = Separate Class=0-40% Time with Nondisabled Peers(PCT_WNDP)
2003_EDLOC
   Education Location 2003
   The location where student is being educated, ranges 01-99
   01 = In district;
   02 = Other public school district
   14 = Regional Educational Service Center
   21 = Parochial/Private - private funds
   22 = Quasi-Public - Endowed Academy
   61 = Approved Private Special Education School
   68 = Head Start
   69 = Community based Pre-Kindergarten, e.g.: Nursery School
   81 = Group Home or Shelter
   82 = Other Private Agency
   83 = Hospital or Homebound – Special education in home
   99 = Out of State
2003_RESP_SCH
   Responsible School 2003
   Student's current enrolled school
2003_EDFACCOD
   Education Facility Code 2003
   7 digit educational facility codes
2003_ERG1000
   Education Reference Groups 2003
   Education Reference Group (ERG) A through I
2003_F_FED321
   If a student record was counted as a student with a disability aged 3-21 years as of
     December 1 of 2003
   1=age 3 through 21 years; 0=else
2003_NEWLY_IDENTIFIED
   Newly identified in 2003
2003_STATUS
   Status 2003
   Record status: "Active Record"; or "Not yet Identified as Class Member"; or "Exit
     1999"; or "Exit 2000"; or "Exit 2001; or "Exit 2002"; or "Exit 2003"; or
     "Missing from 1999"; or "Missing from 2000"; or "Missing from 2001";
     "Missing from 2002"; or "Missing from 2003"
2003_ACTIVE_CLASS_MEMBER
   Active status 2003
   Active status: "2003 Active" indicates that this student carried the label of ID/MR
in the 2003 data (2003_STATUS="Active Record" and 2003_SPECNEED=1)

2003_EDATBOE
    If the child is attending their home school 2003
    1 = attending home school; 0 = else
2003_EXTRA
    Extracurricular 2003
    If the student participates in extracurricular activities
    1 = Participates in Extracurricular Activities
    2 = Does NOT Participate in Extracurricular Activities
2004_FNAME
    First Name 2004
    Student's first name
2004_LNAME
    Last Name 2004
    Student's last name
2004_SPECNEED
    Special Need 2004
    Special need reported for the student
    1 = Intellectual Disability (Mental Retardation)
    2 = Hearing Impairment
    3 = Speech or Language Impairment
    4 = Visual Impairment
    5 = Emotional Disturbance
    6 = Orthopedic Impairment
    7 = Other Health Impairment (OHI)
    8 = Specific Learning Disability (SLD)
    9 = Deaf-Blindness
    10 = Multiple Disabilities
    11 = Autism
    12 = Traumatic Brain Injury
    15 = Developmental Delay - Use limited to
      ages 3-5 as of Dec 1 of funding year
    16 = Intellectually Gifted
    17 = Talented in the Arts
    18 = Regular Education - applying for
      grant type 4
    71 = ADD/ADHD - Attention Deficit Disorder/
      Attention Deficit Hyperactive Disorder
    81 = Neurological Impairment
2004_PCT_WNDP
    Percent of Time with Nondisabled Peers 2004
    Calculated using the fields NDPEERHR and TOTSCHHR: PCT_WNDP =
    NONDISABLED PEER HOURS/TOTAL SCHOOL HOURS x 100

22

2004_ETHNIC
    Ethnicity 2004
    Student's primary ethnic background
    1 = American Indian; 2 = Asian American; 3 = Black, not of Hispanic Origin; 4 =
      White, not of Hispanic Origin; 5 = Hispanic
2004_EXITREAS
    Exit Reason 2004
    The reason the student left special education or the school system
    1 = Graduated with diploma
    2 = Received a certificate of completion or fulfillment of IEP
    3 = Dropped out
    4 = Transferred to regular education
    5 = Deceased
    6 = Reached maximum age
    7 = Moved, known to be continuing
    8=Old code for Moved, unknown to be continuing code, should be considered drop
out
2004_EXITDATE
    Exit Date 2004
    The date when student exited special education
2004_RESP_DIS
    Responsible School District 2004
    The district responsible for the education of the student
2004_GRADE
    Grade 2004
    The student's CURRENT grade number as of December 1 of 2004
    01 - 12 = Grade 1 - Grade 12; 13 = preschool; 14 = kindergarten
2004_SEX
    Sex 2004
    Student's sex
    1 = Male; 2 = Female
2004_AGE
    Age 2004
    Student's age as of December 1 of 2004
2004_TOTSCHHR
    Total School Hours 2004
    Total number of hours per week , to the nearest tenth of an hour, the student is
      required to be in attendance
2004_SPEDINHR
    Hours of Special Education Instruction 2004
    The number of hours of special education instruction , to the nearest tenth of an
      hour, provided for the student as indicated on the student's IEP
2004_NDPEERHR
    Nondisabled Peer Hours 2004
    The total hours per week, to the nearest tenth of an hour, that the student spends
      with non-disabled peers

2004_FED3WNDP
　　Three Federally Defined Categories for Percent of Time with Nondisabled Peers
　　　2004
　　1 = Regular Class Setting=79.1-100% Time with Nondisabled Peers(PCT_WNDP)
　　2 = Resource Room=40.1 - 79.0% Time with Nondisabled Peers(PCT_WNDP)
　　3 = Separate Class=0-40% Time with Nondisabled Peers(PCT_WNDP)
2004_EDLOC
　　Education Location 2004
　　The location where student is being educated, ranges 01-99
　　01 = In district;
　　02 = Other public school district
　　14 = Regional Educational Service Center
　　21 = Parochial/Private - private funds
　　22 = Quasi-Public - Endowed Academy
　　61 = Approved Private Special Education School
　　68 = Head Start
　　69 = Community based Pre-Kindergarten, e.g.: Nursery School
　　81 = Group Home or Shelter
　　82 = Other Private Agency
　　83 = Hospital or Homebound – Special education in home
　　99 = Out of State
2004_RESP_SCH
　　Responsible School 2004
　　Student's current enrolled school
2004_EDFACCOD
　　Education Facility Code 2004
　　7 digit educational facility codes
2004_ERG1000
　　Education Reference Groups 2004
　　Education Reference Group (ERG) A through I
2004_F_FED321
　　If a student record was counted as a student with a disability aged 3-21 years as of
　　　December 1 of 2004
　　1 = age 3 through 21 years; 0 = else
2004_NEWLY_IDENTIFIED
　　Newly identified in 2004
2004_STATUS
　　Status 2004
　　Record status: "Active Record"; or "Not yet Identified as Class Member"; or "Exit
　　　1999"; or "Exit 2000"; or "Exit 2001; or "Exit 2002"; or "Exit 2003";or "Exit
　　　2004"; or "Missing from 1999"; or "Missing from 2000"; or "Missing from
　　　2001"; "Missing from 2002"; or "Missing from 2003"; or "Missing from 2004"
2004_ACTIVE_CLASS_MEMBER
　　Active status 2004
　　Active status: "2004 Active" indicates that this student carried the label of ID/MR
in the 2004 data (2004_STATUS="Active Record" and 2004_SPECNEED=1)

2004_EDATBOE
    If the child is attending their home school 2004
    1 = attending home school; 0 = else
2004_EXTRA
    Extracurricular 2004
    If the student participates in extracurricular activities
    1 = Participates in Extracurricular Activities
    2 = Does NOT Participate in Extracurricular Activities
2005_FNAME
    First Name 2005
    Student's first name
2005_LNAME
    Last Name 2005
    Student's last name
2005_SPECNEED
    Special Need 2005
    Special need reported for the student
    1 = Intellectual Disability (Mental Retardation)
    2 = Hearing Impairment
    3 = Speech or Language Impairment
    4 = Visual Impairment
    5 = Emotional Disturbance
    6 = Orthopedic Impairment
    7 = Other Health Impairment (OHI)
    8 = Specific Learning Disability (SLD)
    9 = Deaf-Blindness
    10 = Multiple Disabilities
    11 = Autism
    12 = Traumatic Brain Injury
    15 = Developmental Delay - Use limited to
        ages 3-5 as of Dec 1 of funding year
    16 = Intellectually Gifted
    17 = Talented in the Arts
    18 = Regular Education - applying for
        grant type 4
    71 = ADD/ADHD - Attention Deficit Disorder/
        Attention Deficit Hyperactive Disorder
    81 = Neurological Impairment
2005_PCT_WNDP
    Percent of Time with Nondisabled Peers 2005
    Calculated using the fields NDPEERHR and TOTSCHHR: PCT_WNDP =
        NONDISABLED PEER HOURS/TOTAL SCHOOL HOURS x 100

2005_ETHNIC
  Ethnicity 2005
  Student's primary ethnic background
  1 = American Indian; 2 = Asian American; 3 = Black, not of Hispanic Origin; 4 = White, not of Hispanic Origin; 5 = Hispanic
2005_EXITREAS
  Exit Reason 2005
  The reason the student left special education or the school system
  1 = Graduated with diploma
  2 = Received a certificate of completion or fulfillment of IEP
  3 = Dropped out
  4 = Transferred to regular education
  5 = Deceased
  6 = Reached maximum age
  7 = Moved, known to be continuing
  8=Old code for Moved, unknown to be continuing code, should be considered drop out
2005_EXITDATE
  Exit Date 2005
  The date when student exited special education
2005_RESP_DIS
  Responsible School District 2005
  The district responsible for the education of the student
2005_GRADE
  Grade 2005
  The student's CURRENT grade number as of December 1 of 2005
  01 - 12 = Grade 1 - Grade 12; 13 = preschool; 14 = kindergarten
2005_SEX
  Sex 2005
  Student's sex
  1 = Male; 2 = Female
2005_AGE
  Age 2005
  Student's age as of December 1 of 2005
2005_TOTSCHHR
  Total School Hours 2005
  Total number of hours per week , to the nearest tenth of an hour, the student is required to be in attendance
2005_SPEDINHR
  Hours of Special Education Instruction 2005
  The number of hours of special education instruction , to the nearest tenth of an hour, provided for the student as indicated on the student's IEP
2005_NDPEERHR
  Nondisabled Peer Hours 2005
  The total hours per week, to the nearest tenth of an hour, that the student spends with non-disabled peers

26

2005_FED3WNDP
    Three Federally Defined Categories for Percent of Time with Nondisabled Peers 2005
    1 = Regular Class Setting=79.1-100% Time with Nondisabled Peers(PCT_WNDP)
    2 = Resource Room=40.1 - 79.0% Time with Nondisabled Peers(PCT_WNDP)
    3 = Separate Class=0-40% Time with Nondisabled Peers(PCT_WNDP)
2005_EDLOC
    Education Location 2005
    The location where student is being educated, ranges 01-99
    01 = In district;
    02 = Other public school district
    14 = Regional Educational Service Center
    21 = Parochial/Private - private funds
    22 = Quasi-Public - Endowed Academy
    61 = Approved Private Special Education School
    68 = Head Start
    69 = Community based Pre-Kindergarten, e.g.: Nursery School
    81 = Group Home or Shelter
    82 = Other Private Agency
    83 = Hospital or Homebound – Special education in home
    99 = Out of State
2005_RESP_SCH
    Responsible School 2005
    Student's current enrolled school
2005_EDFACCOD
    Education Facility Code 2005
    7 digit educational facility codes
2005_ERG1000
    Education Reference Groups 2005
    Education Reference Group (ERG) A through I
2005_F_FED321
    If a student record was counted as a student with a disability aged 3-21 years as of December 1 of 2005
    1 = age 3 through 21 years; 0 = else
2005_NEWLY_IDENTIFIED
    Newly identified in 2005
2005_STATUS
    Status 2005
    Record status: "Active Record"; or "Not yet Identified as Class Member"; or "Exit 1999"; or "Exit 2000"; or "Exit 2001; or "Exit 2002"; or "Exit 2003"; or "Exit 2004"; or "Exit 2005"; or "Missing from 1999"; or "Missing from 2000"; or "Missing from 2001"; "Missing from 2002"; or "Missing from 2003"; or "Missing from 2004"; or "Missing from 2005"

2005_ACTIVE_CLASS_MEMBER
    Active status 2005
    Active status: "2005 Active" indicates that this student carried the label of ID/MR
in the 2005 data (2005_STATUS="Active Record" and 2005_SPECNEED=1)
2005_EDATBOE
    If the child is attending their home school 2005
    1 = attending home school; 0 = else
2005_EXTRA
    Extracurricular 2005
    If the student participates in extracurricular activities
    1 = Participates in Extracurricular Activities
    2 = Does NOT Participate in Extracurricular Activities
2006_FNAME
    First Name 2006
    Student's first name
2006_LNAME
    Last Name 2006
    Student's last name
2006_SPECNEED
    Special Need 2006
        Student's special need category, ranges 1-18
    1 = Intellectual Disability (Mental Retardation)
    2 = Hearing Impairment
    3 = Speech or Language Impairment
    4 = Visual Impairment
    5 = Emotional Disturbance
    6 = Orthopedic Impairment
    7 = Other Health Impairment (OHI)
    7A = ADD/ADHD - Attention Deficit Disorder/
        Attention Deficit Hyperactive Disorder -
        (Sub-Category of OHI)
    8 = Specific Learning Disability (SLD)
    8A = Neurological Impairment - (Sub-Category of SLD)
    9 = Deaf-Blindness
    10 = Multiple Disabilities
    11 = Autism
    12 = Traumatic Brain Injury
    15 = Developmental Delay - Use limited to
        ages 3-5 as of Dec 1 of funding year
    16 = Intellectually Gifted
    17 = Talented in the Arts
    18 = Regular Education - applying for
        grant type 4

2006_PCT_WNDP
> Percent of Time with Nondisabled Peers 2006
> Calculated using the fields NDPEERHR and TOTSCHHR: PCT_WNDP =
> NONDISABLED PEER HOURS/TOTAL SCHOOL HOURS x 100

2006_ETHNIC
> Ethnicity 2006
> Student's primary ethnic background
> 1 = American Indian; 2 = Asian American; 3 = Black, not of Hispanic Origin; 4 =
> White, not of Hispanic Origin; 5 = Hispanic

2006_EXITREAS
> Exit Reason 2006
> The reason the student left special education or the school system
> 1 = Graduated with diploma
> 2 = Received a certificate of completion or fulfillment of IEP
> 3 = Dropped out
> 4 = Transferred to regular education
> 5 = Deceased
> 6 = Reached maximum age
> 7 = Moved, known to be continuing

2006_EXITDATE
> Exit Date 2006
> The date when student exited special education

2006_RESP_DIS
> Responsible School District 2006
> The district responsible for the education of the student

2006_GRADE
> Grade 2006
> The student's CURRENT grade number as of December 1 of 2006
> 01 - 12 = Grade 1 - Grade 12; 13 = preschool; 14 = kindergarten

2006_SEX
> Sex 2006
> Student's sex
> 1 = Male; 2 = Female

2006_AGE
> Age 2006
> Student's age as of October 1 of 2006

2006_TOTSCHHR
> Total School Hours 2006
> Total number of hours per week , to the nearest tenth of an hour, the student is
> required to be in attendance

2006_SPEDINHR
> Hours of Special Education Instruction 2006
> The number of hours of special education instruction , to the nearest tenth of an
> hour, provided for the student as indicated on the student's IEP

2006_NDPEERHR
>    Nondisabled Peer Hours 2006
>    The total hours per week, to the nearest tenth of an hour, that the student spends with non-disabled peers

2006_FED3WNDP
>    Three Federally Defined Categories for Percent of Time with Nondisabled Peers 2006
>    1 = Regular Class Setting=79.1-100% Time with Nondisabled Peers(PCT_WNDP)
>    2 = Resource Room=40.1 - 79.0% Time with Nondisabled Peers(PCT_WNDP)
>    3 = Separate Class=0-40% Time with Nondisabled Peers(PCT_WNDP)

2006_EDLOC[3]
>    Education Location 2006
>    The location where student is being educated
>    11=Public School District
>    12=Public School District (Regional)
>    13=Charter or inter-district magnet
>    14=RESC
>    15=State Agencies (Unified School District #1, Unified School District #2, DMR, DSS, DMHAS, etc..)
>    16=CT Technical High School System
>    21=Private/Parochial
>    22=Endowed and Incorporated Academies (Norwich Free Academy, Gilbert School, Woodstock Academy)
>    61 = Approved Private Special Education School
>    68 = Head Start
>    69 = Community based Pre-Kindergarten, e.g.: Nursery School
>    81 = Group Home or Shelter
>    82=Community/transitional programs
>    83 = Hospital or Homebound – Special education in home
>    99 = Out of State

2006_RESP_SCH
>    Responsible School 2006
>    Student's current enrolled school

2006_EDFACCOD[4]
>    Education Facility Code 2006
>    7 digit educational facility codes

---

[3] In 2006, the EDLOC variable was derived from the institution codes used by the CSDE's Public School Information System (PSIS), a student data collection for all students in Connecticut. As a result, there is slight variation in the coding structure for the 2006_EDLOC data as compared to previous years EDLOC data.

[4] In PCI, the EDFACCOD field was not required, since a student's location could be determined by using the students EDLOC, RESP_DIS and RESP_SCH codes to determine the facility code. When SEDAC was implemented, a students EDFACCOD could be directly determined from the facility code reported in the Public School Information System (PSIS). This facility code is used in the 2006_EDFACCOD field.

2006_ERG1000
    Education Reference Groups 2006
    Education Reference Group (ERG) A through I
2006_F_FED321
    If a student record was counted as a student with a disability aged 3-21 years as of
      December 1 of 2006
    1 = age 3 through 21 years; 0 = else
2006_NEWLY_IDENTIFIED
    Newly identified in 2006
2006_STATUS
    Status 2006
    Record status: "Active Record"; or "Not yet Identified as Class Member"; or "Exit
      1999"; or "Exit 2000"; or "Exit 2001; or "Exit 2002"; or "Exit 2003"; or "Exit
      2004"; or "Exit 2005";or "Exit 2006"; or "Missing from 1999"; or "Missing from
      2000"; or "Missing from 2001"; "Missing from 2002"; or "Missing from 2003";
      or "Missing from 2004"; or "Missing from 2005"; or "Missing from 2006"
2006_ACTIVE_CLASS_MEMBER
    Active status 2006
    Active status: "2006 Active" indicates that this student carried the label of ID/MR
in the 2006 data (2006_STATUS="Active Record" and 2006_SPECNEED=1)
2006_EDATBOE
    If the child is attending their home school 2006
    1 = attending home school; 0 = else
2006_EXTRA
    Extracurricular 2006
    If the student participates in extracurricular activities
    1 = Participates in Extracurricular Activities
    2 = Does NOT Participate in Extracurricular Activities