UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
|     Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
|     Defendants. | : | FEBRUARY 4, 2008 |

## MOTION FOR PERMISSION TO FILE SUPPLEMENTAL BRIEF

The Plaintiffs request permission to file a response to the Defendant's Supplemental Response to the Plaintiffs' Motion to Compel, filed on January 9, 2008. [Doc. # 545] In support of this motion the plaintiffs represent that on January 9, 2008 the Defendant Connecticut Department of Education ("CSDE") filed a Supplemental Memorandum in Opposition to Plaintiffs' Motion to Compel. [Doc. # 532] ("Supplemental Response."). The Defendants' Supplemental Response was filed more than four months after the Motion to Compel was filed and well after briefs were submitted. Defendants assert in that Supplemental Response that CSDE recently provided plaintiffs with a newly created longitudinal data base on all class members and that that data base will enable plaintiffs to track all class members and assess why the class has been reduced in size by more than 1000 class members since this case was settled. In light of this new disclosure defendants argue that Plaintiffs' Motion to Compel should be denied.

Plaintiffs have asked their experts to review this data base to determine if it will provide all the information plaintiffs need to fulfill their obligation as class representatives, or whether

the data requested in their Motion to Compel is still needed.

Plaintiffs request permission to file a reply to the Defendants' Supplemental Response on or before March 11, 2008. This should allow Plaintiffs' experts sufficient time to review this new data base and advise Plaintiffs' counsel as to whether the defendants' new data base provides plaintiffs with the data they need to assess defendants' compliance with the Settlement Agreement.

Darren Cunningham, Esq., counsel for the Defendants, has been contacted. He consents to this request.

PLAINTIFFS,

By_____
David C. Shaw, Esq.
The Law Offices of David C. Shaw, LLC
Fed. Bar No. ct05239
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Tel. (860) 242-1238
Fax. (860) 242-1507
Email: dcshaw@cttel.net

2

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on February 4, 2008:

Darren P. Cunningham
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

_____
David C. Shaw, Esq.