UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| P.J., et al., | | : | CIVIL NO. |
| | Plaintiffs, | : | 291CV00180 (RNC) |
| v. | | : | |
| | | : | |
| STATE OF CONNECTICUT, et al. | | : | |
| | Defendants | : | APRIL 15, 2008 |

## MOTION TO MANUALLY FILE

Please take notice that the Plaintiffs have manually filed Exhibits A through Q, listed

below, to their Memorandum in Support of Motion for Orders to Remedy Substantial Non-

Compliance with Settlement Agreement.  These exhibits have not been filed electronically

because their size exceeds 1.5 megabytes and would require all but five of these exhibits to be

broken into multiple parts.

Exhibit A      Plaintiffs' Comments (10/18/02) to CSDE 1st Annual Report of 9/30/02

Exhibit B      EAP Report (11/03/03) to CSDE 2nd Annual Report of 6/30/03

Exhibit B.1    Plaintiffs' Comments (12/18/03) to EAP Report of 11/3/03

Exhibit C      EAP Report (01/30/04) to CSDE 2nd Annual Report of 6/30/03 Revised

Exhibit D      Plaintiffs' Comments (09/10/04) to CSDE 3rd Annual Report of 6/30/04

Exhibit E      EAP Report (09/30/04) to CSDE 3rd Annual Report of 6/30/04

Exhibit F      Plaintiffs' Comments (07/26/05) to CSDE 4th Annual Report of 6/30/05

Exhibit G      EAP Report (09/30/05) to CSDE 4th Annual Report of 6/30/05

Exhibit H      EAP Final Report 2/2007

Exhibit I      05/25/04 Letter from Atty. Ralph Urban to Atty. David Shaw

Exhibit J        07/20/04 Letter from Atty. David Shaw to Atty. Ralph Urban

Exhibit K        Data – Percent of CT K-12 ID/MR Students Spending 79-100%
                 Of their time with Non-Disabled Peers

Exhibit L        10/29/97 Letter from Atty. David Shaw to Atty. Darren Cunningham

Exhibit M        11/05/07 Letter from Atty. David Shaw to Atty. Darren Cunningham

Exhibit N        12/07/07 Letter from Atty. Cunningham to Atty. David Shaw

Exhibit O        Data – Mean/Median Amount of Time CT K-12 ID/MR Students
                 Spend with Non-Disabled Peers

Exhibit P        Data – Home School Enrollment for CT K-12 ID/MR Students

Exhibit Q        Data – Extra Curricular Participation by CT K-12 ID/MR Students


PLAINTIFFS,

By _____          By _____
David C. Shaw, Esq.                    Frank J. Laski, Esq.
The Law Offices of David C. Shaw, LLC  Mental Health Legal Advisors Committee
Fed. Bar No. ct05239                   Fed Bar No. ct 16180
34 Jerome Ave., Suite 210              399 Washington St., 4th Fl.
Bloomfield, CT 06002                   Boston, MA 02108
Tel. (860) 242-1238                    Tel. (617) 338-2345
Fax. (860) 242-1507                    Fax. (617) 338-2347
Email: dcshaw@cttel.net                Email: flaski@mhlac.org

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on April 15, 2008.


Darren P. Cunningham
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141


_____
David C. Shaw, Esq.