```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

P.J., ET AL.,                           :
                                        :
    Plaintiffs,                       :
                                        :
V.                                      :   NO. 2:91CV180 (RNC)
                                        :
STATE OF CONNECTICUT, ET AL.,           :
                                        :
    Defendants.                       :

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

_____   For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge;

_____   To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

_____   To supervise discovery and resolve discovery disputes;

_____   To conduct an early settlement conference;

_____   To conduct a prefiling conference;

_____   A hearing on damages and attorney fees;

\_\_\_X\_\_\_   A ruling on the following pending motion(s):

    Motion for Orders to Remedy Substantial Non-Compliance with Settlement Agreement [doc. 549]

    So ordered.

Dated at Hartford, Connecticut this <u>21st</u> day of April 2008.

                                      /s/ RNC
                            Robert N. Chatigny, U.S.D.J.