UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
| *Plaintiffs*, | : | 291CV00180(RNC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
| *Defendants* | : | May 6, 2008 |

## JOINT MOTION FOR DESIGNATION INTO ELECTRONIC FILING SYSTEM

The plaintiffs and defendants through counsel respectfully request that the above-captioned matter be designated into the Electronic Filing System and that the electronic filing of all papers be effective immediately upon notice from the Court. Plaintiffs' counsel has authorized the undersigned to represent that he joins in this motion to designate the instant matter as an E-file case. If, for any reason, the court would prefer to retain this case without such an e-file designation, the parties will continue to file papers with the clerk's office.

DEFENDANTS
STATE OF CONNECTICUT ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

*Darren P. Cunningham*
Darren P. Cunningham
Assistant Attorney General
Federal Bar No. ct25380
P. O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5210
Fax: (860) 808-5385

1

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Joint Motion for Designation into Electronic Filing System was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 7th day of May, 2008 first class postage prepaid to:

The Honorable Donna Martinez
United States Magistrate Judge
450 Main Street
Hartford, CT 06103

David C. Shaw, Esq
34 Jerome Avenue
Suite 210
Bloomfield, CT 06002

Frank Laski, Esq
Mental Health Legal Advisors Committee
294 Washington St.
Suite 320
Boston, MA 02108

Darren P. Cunningham
Assistant Attorney General

2