UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| P.J., et al., <br> *Plaintiffs*, | : CIVIL NO. <br> : 291CV00180(RNC) |
| v. | : |
| STATE OF CONNECTICUT, et al. <br> *Defendants* | : May 6, 2008 |

### JOINT MOTION FOR DESIGNATION INTO ELECTRONIC FILING SYSTEM

The plaintiffs and defendants through counsel respectfully request that the above-captioned matter be designated into the Electronic Filing System and that the electronic filing of all papers be effective immediately upon notice from the Court. Plaintiffs' counsel has authorized the undersigned to represent that he joins in this motion to designate the instant matter as an E-file case. If, for any reason, the court would prefer to retain this case without such an e-file designation, the parties will continue to file papers with the clerk's office.

DEFENDANTS
STATE OF CONNECTICUT ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Darren P. Cunningham
Assistant Attorney General
Federal Bar No. ct25380
P. O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5210
Fax: (860) 808-5385

May 7, 2008. Granted. So ordered.
/s/ Robert N. Chatigny, USDJ
Robert N. Chatigny, U.S.D.J.