UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
|    *Plaintiffs*, | : | 2:91CV00180(RNC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
|    *Defendants* | : | May 8, 2008 |

## MOTION FOR EXTENSION OF TIME

The defendants in the above action respectfully move the Court, (1) for an extension of time, up to and including August 21, 2008 to respond to Plaintiffs' "Motion for Orders to Remedy Substantial Non-Compliance with Settlement Agreement" (hereafter "Motion") dated April 15, 2008, and (2) a delay until after August 25, 2008 for the Oral Argument currently set by the court for June 26, 2008.

In support of this motion, the defendants respectfully submit:

1. The issues raised in the Motion are numerous and comprehensive and will require considerable time, research and analysis on the part of the State Department of Education ("CSDE") personnel to appropriately set forth a response to the issues regarding compliance with the governing Settlement Agreement.

2. A new CSDE data person has been hired who will oversee the collection and analysis of data related to the Settlement Agreement. This new person started on April 25 and will require a significant amount of time for training on the present data needs particular to the Settlement Agreement along with a general understanding of the underlying lawsuit.

1

3. The former data person assigned to the Settlement Agreement will be leaving on maternity leave in June; thereby making it critical that ample time be given from now through June to appropriately meet the training needs of her successor.

4. The CSDE's designee for the P.J. Settlement Agreement has recently assumed a promotion and while continuing to be actively involved with the issues related to the Settlement Agreement, some of the responsibilities currently assigned to her will be reassigned to another education consultant. This transition requires training and will encompass a significant amount of time over the next few months.

5. In the next few weeks the undersigned is scheduled to argue two motions to dismiss in state court, argue a contested involuntary conservatorship petition in state probate court, represent the Department of Social Services in two Medicaid eligibility hearings, represent several state boards and commissions at their regular meetings, and likely argue an administrative appeal in state court.

6. Plaintiffs' attorney David Shaw has indicated that he objects to this motion insofar as it seeks an extension of the argument date currently set and an extension of the responsive filing beyond June 26, 2008. Attorney Shaw consents only to an extension of the time required to file defendants' response until June 26, 2008.

7. This is the first extension of time sought for the subject time limitation. Defendants' response is currently due May 6, 2008.

8. More time is required in order to aid the court in its determination of the pending issues.

WHEREFORE, the defendants respectfully request that this motion be granted.

DEFENDANTS
STATE OF CONNECTICUT ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

/s/ *Darren P. Cunningham*
Darren P. Cunningham
Assistant Attorney General
Federal Bar No. ct25380
P. O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5210
Fax: (860) 808-5385

## ORDER

The foregoing motion having been duly presented to the Court, it is hereby

ORDERED: GRANTED/DENIED.

_____
United States District Court

3

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 8th day of May, 2008 first class postage prepaid to:

The Honorable Donna Martinez
United States Magistrate Judge
450 Main Street
Hartford, CT 06103

David C. Shaw, Esq
34 Jerome Avenue
Suite 210
Bloomfield, CT 06002

Frank Laski, Esq
Mental Health Legal Advisors Committee
294 Washington St.
Suite 320
Boston, MA 02108

/s/ Darren P. Cunningham
Darren P. Cunningham
Assistant Attorney General