```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

P.J., et al.,                         :
                                      :
        Plaintiffs,               :
                                      :
   v.                                 :   Civil No. 2:91Cv180(RNC)
                                      :
STATE OF CONNECTICUT, et al.,         :
                                      :
        Defendants.               :
_____:

### RULING AND ORDER

On March 16, 2008, the plaintiffs filed a Motion for Order to Remedy Substantial Non-Compliance with the Settlement Agreement (hereinafter "Motion for Order") previously reached in this case. See Doc. # 549. On March 21, 2008, Judge Chatigny referred that motion to the undersigned. See Doc. # 551.

The undersigned scheduled oral argument on the Motion for Order for June 26, 2008. See Doc. # 552. On May 8, 2008, the defendants filed a Motion for Extension of Time, by which they seek an extension of time to respond to plaintiffs' Motion for Order and a delay of the scheduled oral argument until after August 25, 2008. See Doc. # 556. Judge Chatigny referred that motion to the undersigned on May 8, 2008. See Doc. # 556.

The plaintiffs object to defendant's Motion for Extension of Time. See Doc. # 558. On May 28, 2008, the undersigned scheduled a Telephonic Status Conference to discuss scheduling and related issues. See Doc. # 557. During the conference, the parties agreed that before the plaintiffs' Motion for Order can

be resolved, the court must first address questions regarding discovery. The plaintiffs claim they are entitled to discovery; the defendants oppose discovery. Therefore, it is hereby ORDERED:

    1. The hearing scheduled for June 26, 2008 is continued and shall be rescheduled in due course.

    2. The defendants' Motion for Extension of Time (Doc. # 556) is DENIED.

    3. Regarding plaintiffs' assertion that they are entitled to additional discovery prior a hearing on their Motion for Order, the parties shall confer in good faith in an effort to resolve any discovery issues. After conferring in good faith, if outstanding discovery issues still exist, the plaintiffs shall file a motion in which they set forth with particularity each type of discovery sought and the authority for granting their discovery request. Any such motion shall be filed on or before June 18, 2008.

    SO ORDERED.

    Dated at Hartford, Connecticut, this 2nd day of June, 2008.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge