UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
|     Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
|     Defendants. | : | JUNE 12, 2008 |

## MOTION FOR ENLARGEMENT OF TIME

The Plaintiffs request an enlargement of time from June 18, 2008 to July 15, 2008 to file a motion that describes each type of discovery Plaintiffs' seek in support of their Motion to Enforce the Settlement Agreement as ordered on June 2, 2008 [Doc. #561]. In support of this request, the Plaintiffs represent the following:

1. On June 2, 2008, the Court entered an Order that required Plaintiffs to confer with Defendants in a good faith attempt to resolve discovery disputes and file a motion by no later than June 18, 2008 that sets forth with particularity each type of discovery sought and the authority for granting the discovery request. [Doc. #561]

2. On June 12, 2008, Plaintiffs served a Motion for Disclosure and Production and Notices of Deposition on the Defendants.

3. The Motion for Disclosure and Production requests that the Defendants identify the persons most knowledgeable about Defendants' efforts to monitor and oversee the implementation of the Settlement Agreement, and seeks to have two of Plaintiffs' experts

interview CSDE employees and contractors responsible for monitoring and oversight of the implementation of the Settlement Agreement.

4. Plaintiffs have also served Notices of Deposition on Defendants.

5. While it is unclear when Defendants will respond to the Notices of Deposition and Motion for Disclosure and Production, Plaintiffs' motion seeking orders from the Court cannot be completed by June 18, 2008.

6. Plaintiffs therefore request an enlargement of time until July 15, 2008 to comply with the Court Order dated June 2, 2008.

7. Despite good faith efforts, counsel was unable to determine Attorney Cunningham's position on this request.

8. This is the first enlargement of time requested with respect to this time limitation.

WHEREFORE, the Plaintiffs request that the time within which their discovery motion under Court Order dated June 2, 2008 is due be enlarged from June 18, 2008 to July 15, 2008.

PLAINTIFFS,

By_____
David C. Shaw, Esq.
The Law Offices of David C. Shaw, LLC
Fed. Bar No. ct05239
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Tel. (860) 242-1238
Fax. (860) 242-1507
Email: dcshaw@cttel.net

2

## CERTIFICATION

      This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on June 12, 2008:

Darren P. Cunningham
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

                                                                                         David C. Shaw, Esq.