**ANSWER**

16. Identify the person or persons most knowledgeable about the efforts CSDE has made to provide training programs to enable parents of class members to effectively advocate for the education of their disabled children in the lease restrictive environment. Settlement Agreement §VII.

**ANSWER**

### REQUEST FOR PRODUCTION/INSPECTION:

1. The Plaintiffs request, pursuant to Rules 26(b)(1) and 34, Fed. R. Civ. P. and Sections I and III of the Settlement Agreement, to have their experts, Cheryl Jorgensen and Mark Mlawer, visit Connecticut and interview the employees of the Defendants, contractors of Defendants and agencies that have been requested to help with the implementation of the Settlement Agreement and are identified in response to Interrogatories ## 1-16 above to assess the adequacy of the oversight and monitoring of local school districts undertaken by Defendants

under the Settlement Agreement.

In the course of their visits these experts will interview the persons identified in response to interrogatories ## 1-6. They will also review and request copies of Defendants' documents and/or data relating to the implementation of the Settlement Agreement. Interviews will also be conducted with class members and their families and/or guardians provided they consent to such interviews.

**ANSWER**

PLAINTIFFS,

By _____
David C. Shaw, Esq.  Fed. Bar No. ct05239
Law Offices of David C. Shaw, LLC
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Tel: (860) 242-1238
Email  dcshaw@cttel.net

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on June 12, 2008.

Darren P. Cunningham
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

_____
David C. Shaw, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
| Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
| Defendants. | : | JUNE 12, 2008 |

### NOTICE OF DEPOSITION

The plaintiffs hereby provide notice that they intend to take the deposition of the **CONNECTICUT STATE DEPARTMENT OF EDUCATION** who is requested, pursuant to Rule 30(b)(6), to designate the person(s)[1] most knowledgeable about the following matters to testify, and to produce that person or persons most knowledgeable about these matters at a deposition on **JUNE 30, 2008 at 10:00 a.m.** at the Law Offices of David C. Shaw, LLC, 34 Jerome Avenue, Suite 210, Bloomfield, Connecticut.

1. The efforts Defendants have made to prepare a list of public school students in Connecticut who on or after December 2, 1999 carried the label of either mental retardation or intellectual disability and who are eligible for special education. Settlement Agreement § I.3.

2. The efforts Defendants have made to update the list of public school students in Connecticut who on or after December 2, 1999 carried the label of either mental retardation or

---

[1] Those person(s) designated should include any person(s) or individual(s) who are employed by the State or a person who is employed by a contractor or agency who has been asked by Defendants to help implement the Settlement Agreement.

intellectual disability and who are eligible for special education. Settlement Agreement § I.3.

3. The CSDE's efforts and progress that have been achieved relating to Goal # 1 of Section of the Settlement Agreement.

4. The CSDE's efforts and progress that have been achieved relating to Goal # 2 of Section II of the Settlement Agreement.

5. The CSDE's efforts and progress that have been made relating to Goal #3 of Section II of the Settlement Agreement.

6. The CSDE's efforts and progress that have been achieved relating to Goal # 4 of Section II of the Settlement Agreement.

7. The CSDE's efforts and progress that have been achieved relating to Goal # 5 of Section II of the Settlement Agreement.

8. Whether the progress on goals #1 and #4 of the Settlement Agreement constitutes "meaningful continuous improvement."

9. Whether the progress on goals #2, #3, and #5 of the Settlement Agreement constitutes "continuous improvement"

10. The efforts CSDE has made to establish a monitoring system to collect, analyze, and use quantitative and qualitative information and data to identify problems and provide consistent feedback to all LEAs on their performance in achieving the five stated goals of the Settlement Agreement. Settlement Agreement §V.1.

11. The efforts CSDE has made to monitor the participation and progress of students

with mental retardation or intellectual disability in the general curriculum, use of out-of-district placements, and use of, promising practices with respect to the education of class members with non-disabled students. Settlement Agreement §V.2.

12. The efforts CSDE has made to monitor the availability of supplementary aids and services to support the regular class placements of students with intellectual disabilities or mental retardation. Settlement Agreement § V.2.

13. The focused monitoring that has been instituted to identify and provide solutions to those local school districts that have failed to make progress under the Settlement Agreement.

14. The efforts CSDE has made to design and implement a system of technical assistance that is available to all school districts to enable them to extend and improve education in regular classes for students with mental retardation or intellectual disability. Settlement Agreement § VI.1.

15. The efforts CSDE has made to provide, as a component of technical assistance, a sufficient number of qualified specialists to assist LEAs in carrying out their training, supervision and support responsibilities specified in the Settlement Agreement. Settlement Agreement § VI. 1.

16. The efforts CSDE has made to provide training programs to enable parents of class members to effectively advocate for the education of their disabled children in the lease restrictive environment. Settlement Agreement §VII.

These depositions will be taken upon oral examination, pursuant to Federal Rules of

Civil Procedures, before Post Reporting Service. The deposition will continue from day to day until completed, subject to such adjournment as may be agreed upon by counsel. Opposing counsel is invited to attend and cross-examine the witness. The testimony will be used for discovery purposes and may be introduced at trial.

PLAINTIFFS

By _____
David C. Shaw, Esq. Fed. Bar No. ct05239
Law Offices of David C. Shaw LLC
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Tel. (860) 242-1238
Fax. (860) 242-1507

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on June 12, 2008.

Darren P. Cunningham
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

_____
David C. Shaw, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
|     Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
|     Defendants. | : | JUNE 12, 2008 |

## NOTICE OF DEPOSITION

Please take notice that the plaintiffs will take the oral deposition of **ANNE LOUISE THOMPSON** pursuant to Rule 30(a) and (b) of the Federal Rules of Civil Procedure, on **JULY 3, 2008, at 10:00 a.m.** at the Law Offices of David C. Shaw, LLC, 34 Jerome Avenue, Suite 210, Bloomfield, Connecticut.

Pursuant to Fed. R. Civ. P. 30 and 34, deponent is requested to bring the following documents[1] to the deposition:

1. Documents necessary to help you answer questions about the status of the implementation of the Settlement Agreement in this matter.

The deposition will be taken upon oral examination, pursuant to Federal Rules of Civil Procedures, before Post Reporting Service. The deposition will continue from day to day until completed, subject to such adjournment as may be agreed upon by counsel. Opposing counsel is invited to attend and cross-examine the witness. The testimony will be used for discovery

---

[1] The word "document" as used herein includes all writings, drawings, graphs, charts, photographs, phonorecords, computer data bases, CD Roms, and other data compilations from which information can be obtained and translated, if necessary, into a reasonably usable form. These documents include any material stored in any other electronic manner as well.

purposes and may be introduced at trial.

PLAINTIFFS

By _____
David C. Shaw, Esq. Fed. Bar No. ct05239
Law Offices of David C. Shaw LLC
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Tel. (860) 242-1238
Fax. (860) 242-1507
Email dcshaw@cttel.net

2