## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class, postage prepaid mail to counsel of record on June 12, 2008:

Darren P. Cunningham
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

_____
David C. Shaw, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
|     Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
|     Defendants. | : | JUNE 12, 2008 |

**NOTICE OF DEPOSITION**

Please take notice that the plaintiffs will take the oral deposition of **DEB RICHARDS**, pursuant to Rule 30(a) and (b) of the Federal Rules of Civil Procedure, on **JULY 7, 2008 at 10:00 a.m.** at the Law Offices of David C. Shaw, LLC, 34 Jerome Avenue, Suite 210, Bloomfield, Connecticut.

Pursuant to Fed. R. Civ. P. 30 and 34, deponent is requested to bring the following documents[1] to the deposition:

1. Documents necessary to help you answer questions bout the status of the implementation of the Settlement Agreement in this matter.

The deposition will be taken upon oral examination, pursuant to Federal Rules of Civil Procedures, before Post Reporting Service. The deposition will continue from day to day until completed, subject to such adjournment as may be agreed upon by counsel. Opposing counsel is invited to attend and cross-examine the witness. The testimony will be used for discovery

---

[1] The word "document" as used herein includes all writings, drawings, graphs, charts, photographs, phonorecords, computer data bases, CD Roms, and other data compilations from which information can be obtained and translated, if necessary, into a reasonably usable form. These documents include any material stored in any other electronic manner as well.

purposes and may be introduced at trial.

PLAINTIFFS

By *[signature]*
David C. Shaw, Esq. Fed. Bar No. ct05239
Law Offices of David C. Shaw LLC
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Tel. (860) 242-1238
Fax. (860) 242-1507
Email dcshaw@cttel.net

## CERTIFICATION

    This is to certify that a copy of the foregoing was sent via first class, postage prepaid mail to counsel of record on June 12, 2008:

Darren P. Cunningham
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

                                                                                                                             _____
                                                                                                                              David C. Shaw, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
| Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
| Defendants. | : | JUNE 12, 2008 |

## NOTICE OF DEPOSITION

Please take notice that the plaintiffs will take the oral deposition of **BRIAN CUNNANE**, pursuant to Rule 30(a) and (b) of the Federal Rules of Civil Procedure, on **JULY 8, 2008, at 10:00 a.m.** at the Law Offices of David C. Shaw, LLC, 34 Jerome Avenue, Suite 210, Bloomfield, Connecticut.

Pursuant to Fed. R. Civ. P. 30 and 34, deponent is requested to bring the following documents[1] to the deposition:

1. Documents necessary to help you answer questions about the status of the implementation of the Settlement Agreement in this matter.

The deposition will be taken upon oral examination, pursuant to Federal Rules of Civil Procedures, before Post Reporting Service. The deposition will continue from day to day until completed, subject to such adjournment as may be agreed upon by counsel. Opposing counsel is invited to attend and cross-examine the witness. The testimony will be used for discovery

---

[1] The word "document" as used herein includes all writings, drawings, graphs, charts, photographs, phonorecords, computer data bases, CD Roms, and other data compilations from which information can be obtained and translated, if necessary, into a reasonably usable form. These documents include any material stored in any other electronic manner as well.

purposes and may be introduced at trial.

PLAINTIFFS

By _____
David C. Shaw, Esq. Fed. Bar No. ct05239
Law Offices of David C. Shaw LLC
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Tel. (860) 242-1238
Fax. (860) 242-1507
Email dcshaw@cttel.net

## CERTIFICATION

This is to certify that a copy of the foregoing was sent first class, postage prepaid mail to counsel of record on June 12, 2008:

Darren P. Cunningham
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

_____
David C. Shaw, Esq.