# EXHIBIT  B

THE LAW OFFICES OF DAVID C. SHAW, LLC

34 Jerome Ave., Suite 210
Bloomfield, Connecticut 06002

David C. Shaw
dcshaw@cttel.net

Telephone: (860) 242-1238
Facsimile: (860) 242-1507
www.davidshawatty.com

June 18, 2008

Darren Cunningham, Esq.
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, Connecticut 06141

Re: *P.J. v. State of Connecticut,* No. 291CV00180(RNC)

Dear Darren:

In addition to the depositions, expert visits and other discovery we requested on June 12, 2008, Plaintiffs believe it is necessary to conduct an expert review of class attrition including, but not limited to, a sample of class members who have been reclassified to other disabilities groups and not taken into account in CSDE's assessments of progress under the Settlement Agreement. We anticipate conducting these same expert reviews under the same conditions and procedures we agreed to for our recent expert visitations in local school districts.

Please advise as to whether CSDE will have an objection to this discovery so that we can resolve all of your objections to our discovery requests at the same time. If CSDE has an objection, please indicate the basis for your objection.

Thank you.

Sincerely,

David Shaw

cc. Frank Laski, Esq.

EXHIBIT  C

RICHARD BLUMENTHAL
ATTORNEY GENERAL



55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Tel: (860) 808-5210
Fax: (860) 808-5385

Office of The Attorney General
**State of Connecticut**

June 19, 2008

David Shaw, Esq.
The Law Offices of David C. Shaw, LLC
34 Jerome Avenue, Suite 210
Bloomfield, Connecticut 06002

RE: <u>P.J. v. State of Connecticut</u>, No,. 291CV00180(RNC)

Dear David:

   I am in receipt of your various discovery requests. I am working with SDE on a response to you that will outline our view with respect to each request. Unfortunately, Anne Louise is out of the office for the rest of the week and Lynn Toper will be away next week thru Wednesday. But, I will endeavor to get you a complete response as soon as possible especially given the upcoming deposition requests. I note that Judge Martinez denied your motion for an extension of time and that therefore yesterday was the deadline for motions.

                    Very truly yours,

                    Darren P. Cunningham
                    Assistant Attorney General

DPC:lm

cc: Anne Louise Thompson,S.D.E.
    Lynn Toper, S.D.E.