# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
| Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
| Defendants. | : | JUNE 12, 2008 |

## MOTION FOR DISCLOSURE AND PRODUCTION

The Plaintiffs move for disclosure and production pursuant to Rules 30 through 37, Fed. R. Civ. P. and Sections I and III of the Settlement Agreement.

## INTERROGATORIES:

1. Identify[1] the person or persons most knowledgeable about the efforts Defendants have made to prepare a list of public school students in Connecticut who on or after December 2, 1999 carried the label of either mental retardation or intellectual disability and who are eligible for special education. Settlement Agreement § I.3.

**ANSWER**

2. Identify the person or persons most knowledgeable about the efforts Defendants have

---

[1] When requested to identify a person or individual who is employed by the State or a person who is employed by a contractor or agency who has been asked by Defendants to help implement the Settlement Agreement, the Defendants are requested to provide the name, business address and a description of the information the person has that is responsive to this interrogatory.

2

made to update the list of public school students in Connecticut who on or after December 2, 1999 carried the label of either mental retardation or intellectual disability and who are eligible for special education.  Settlement Agreement § I.3.

**ANSWER**

3.  Identify the person or persons most knowledgeable about CSDE's efforts and progress that has been achieved relating to Goal # 1 of Section of the Settlement Agreement.

**ANSWER**

4.  Identify the person or persons most knowledgeable about CSDE's efforts and progress that has been achieved relating to Goal # 2 of Section II of the Settlement Agreement.

**ANSWER**

5.  Identify the person or persons most knowledgeable about CSDE's efforts and progress that has been made relating to Goal #3 of Section II of the Settlement Agreement.

**ANSWER**

6. Identify the person or persons most knowledgeable about CSDE's efforts and progress that has been achieved relating to Goal # 4 of Section II of the Settlement Agreement.

**ANSWER**

7. Identify the person or persons most knowledgeable about CSDE's efforts and progress that has been achieved relating to Goal # 5 of Section II of the Settlement Agreement.

**ANSWER**

8. Identify the person or persons most knowledgeable about whether the progress on

goals #1 and #4 of the Settlement Agreement constitute "meaningful continuous improvement."

**ANSWER**

9. Identify the person or persons most knowledgeable about whether the progress on goals #2, #3, and #5 of the Settlement Agreement constitute "continuous improvement"

**ANSWER**

10. Identify the person or persons most knowledgeable about the efforts CSDE have made to establish a monitoring system to collect, analyze, and use quantitative and qualitative information and data to identify problems and provide consistent feedback to all LEAs on their performance in achieving the five stated goals of the Settlement Agreement. Settlement Agreement §V.1.

**ANSWER**

11. Identify the person or persons most knowledgeable about the efforts CSDE has made to monitor the participation and progress of students with mental retardation or intellectual disability in the general curriculum, use of out-of-district placements, and use of, promising practices with respect to the education of class members with non-disabled students. Settlement Agreement §V.2.

**ANSWER**

12. Identify the person or persons most knowledgeable about the efforts CSDE has made to monitor the availability of supplementary aids and services to support the regular class placements of students with intellectual disabilities or mental retardation. Settlement Agreement § V.2.

**ANSWER**

13. Identify the person or persons most knowledgeable about the focused monitoring

that has been instituted for Districts that have not made continuous improvement pursuant to § V.3 of the Settlement Agreement.

**ANSWER**

14. Identify the person or persons most knowledgeable about the efforts CSDE has made to design and implement a system of technical assistance that is available to all school districts to enable them to extend and improve education in regular classes for students with mental retardation or intellectual disability.  Settlement Agreement § VI.1.

**ANSWER**

15.  Identify the person or persons most knowledgeable about the efforts CSDE has made to provide, as a component of technical assistance, a sufficient number of qualified specialists to assist LEAs in carrying out their training, supervision and support responsibilities specified in the Settlement Agreement. Settlement Agreement § VI. 1.

**ANSWER**

16. Identify the person or persons most knowledgeable about the efforts CSDE has made to provide training programs to enable parents of class members to effectively advocate for the education of their disabled children in the lease restrictive environment. Settlement Agreement §VII.

**ANSWER**

### REQUEST FOR PRODUCTION/INSPECTION:

1. The Plaintiffs request, pursuant to Rules 26(b)(1) and 34, Fed. R. Civ. P. and Sections I and III of the Settlement Agreement, to have their experts, Cheryl Jorgensen and Mark Mlawer, visit Connecticut and interview the employees of the Defendants, contractors of Defendants and agencies that have been requested to help with the implementation of the Settlement Agreement and are identified in response to Interrogatories ## 1-16 above to assess the adequacy of the oversight and monitoring of local school districts undertaken by Defendants under the Settlement Agreement.

In the course of their visits these experts will interview the persons identified in response to interrogatories ## 1-6. They will also review and request copies of Defendants' documents and/or data relating to the implementation of the Settlement Agreement. Interviews will also be conducted with class members and their families and/or guardians provided they consent to such interviews.

**ANSWER**

>
> PLAINTIFFS,
>
> By   /s/  David C. Shaw
> David C. Shaw, Esq.   Fed. Bar No. ct05239
> Law Offices of David C. Shaw, LLC
> 34 Jerome Ave., Suite 210
> Bloomfield, CT 06002
> Tel:  (860) 242-1238
> Email   dcshaw@cttel.net

## CERTIFICATION

  This is to certify that a copy of the foregoing was mailed first class, postage prepaid to counsel of record on June 12, 2008.


Darren P. Cunningham
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141


                  /s/  David C. Shaw
                David C. Shaw, Esq.