# EXHIBIT B2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
|     Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, et al. | : | |
|     Defendants. | : | JUNE 12, 2008 |

## NOTICE OF DEPOSITION

Please take notice that the plaintiffs will take the oral deposition of **BRIAN CUNNANE,** pursuant to Rule 30(a) and (b) of the Federal Rules of Civil Procedure, on **JULY 8, 2008, at 10:00 a.m**. at the Law Offices of David C. Shaw, LLC, 34 Jerome Avenue, Suite 210, Bloomfield, Connecticut.

Pursuant to Fed. R. Civ. P. 30 and 34, deponent is requested to bring the following documents[1] to the deposition:

1. Documents necessary to help you answer questions about the status of the implementation of the Settlement Agreement in this matter.

The deposition will be taken upon oral examination, pursuant to Federal Rules of Civil Procedures, before Post Reporting Service. The deposition will continue from day to day until completed, subject to such adjournment as may be agreed upon by counsel. Opposing counsel is invited to attend and cross-examine the witness. The testimony will be used for discovery

---

[1] The word "document" as used herein includes all writings, drawings, graphs, charts, photographs, phonorecords, computer data bases, CD Roms, and other data compilations from which information can be obtained and translated, if necessary, into a reasonably usable form. These documents include any material stored in any other electronic manner as well.

2

purposes and may be introduced at trial.

                                            PLAINTIFFS

                                            By   /s/  David C. Shaw
                                            David C. Shaw, Esq. Fed. Bar No. ct05239
                                            Law Offices of David C. Shaw LLC
                                            34 Jerome Ave., Suite 210
                                            Bloomfield, CT 06002
                                            Tel. (860) 242-1238
                                            Fax. (860) 242-1507
                                            Email  dcshaw@cttel.net

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent first class, postage prepaid mail to counsel of record on June 12, 2008:

Darren P. Cunningham
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141

    /s/  David C. Shaw
David C. Shaw, Esq.