EXHIBIT  G

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
| Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT,  et al. | : | |
| Defendants. | : | JULY 14, 2008 |

<u>AFFIDAVIT OF HEATHER HAMMER, Ph.D.</u>

I, Heather Hammer, Ph.D., being first duly sworn according to law, hereby depose and

state the following:

1.  I have a Doctorate in sociology and have taught methods of statistics at the University

of Hawaii for twelve years, have published time series analysis in the American Sociological

Review and have been a Senior Study Director at Temple University Institute for Survey

Research since August 1999.  A copy of my curriculum vitae is attached.

3.  I have been retained as an expert witness by the Plaintiffs in *P.J. v. State of

Connecticut*, No. 2:91CV00180 (RNC) since the summer of 2006.

4.  I have reviewed all the electronic data files provided by the Connecticut Department

of Education related to the *P.J. v. State of Connecticut* case.

5.  I have also reviewed the four annual reports and attachments prepared by the

Defendants relating to the *P.J.* lawsuit and participated in three conference calls with state

officials responsible for implementing the *P.J.* lawsuit.

6. I learned from my review of the electronic data and from my conversations with state officials that prior to the time I was retained as an expert that the Connecticut Department of Education claimed it had no way to track class members from year to year in their data base. However, we were able to do so with a significant amount of effort.

7. Once we were able to link the class members over time we were able to determine that class members were floating in and out of the data, and were exiting the data, never to return. Our analysis revealed that several hundred class members moved in and out of the data set or were exited never to return. However, the defendants were not able to verify or discount our findings and were not able to explain how this could have occurred.

8. Following our analysis, the defendants built their own longitudinal data set. To our dismay, we learned that among early cohorts as many as one-third of the students who had been classified as intellectually disabled had been reclassified and were dropped from consideration in defendants' assessment of progress on Goals 1-5 of the Settlement Agreement.

9. Defendants have not provided an explanation as to why so many students have been reclassified or how this impacts defendants' reports of progress under the Settlement Agreement.

10. I also have determined, based on a review of defendants' data set, that over the life of the Settlement Agreement there has been significant reduction (over twenty percent) in the number of students who are identified as intellectually disabled and attend Connecticut public schools.

11. In my opinion, the significant reduction in the number of students identified as

2

intellectually disabled and the large number of class members who have been reclassified and/or were found to have floated in and out of the data set, casts serious doubt on defendants' claim that they have made meaningful progress in placing students with intellectual disabilities in regular classes in their home schools.

12.  In light of the defendants' inability to explain these alarming findings, it is my opinion that a review of a sample of students who have been reclassified or otherwise not properly taken into account in defendants' reports of progress is necessary to properly evaluate defendants' progress and what if anything should be done to correct the huge deficiencies in accountability that have existed throughout the six year life of the Settlement Agreement.

*Heather Hammer*

Heather Hammer

Subscribed and sworn to before me this 15th day of July 2008.

*Laura Savage*

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LAURA L. SAVAGE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires January 23, 2011

3

# HEATHER HAMMER, Ph.D.

**246 West Upsal Street, Apt. A202, Philadelphia, PA 19119**
**Phone: (215) 849-1078**

## A.    Education and Training

| | |
|---|---|
| 1985-88 | Visiting Scholar, University of Michigan Inter-university Consortium for Political and Social Research Summer Program in Quantitative Methods, Ann Arbor, MI |

- Hierarchical Modeling
- Structural Equation Modeling
- Categorical Data Analysis

| | |
|---|---|
| 1984 | Ph.D., Sociology, University of Alberta, Canada |
| 1980 | M.A., Political Science, University of Alberta, Canada |
| 1978 | B.A. Honors, First Class, Political Science, University of Alberta, Canada |

## B.    Work History

| | |
|---|---|
| 2006-present | Owner, Heather Hammer Research Consulting, Philadelphia, PA |
| 1999-present | Senior Study Director, Institute for Survey Research, Temple University |
| 1999 | Senior Associate, TATC Management Consulting, Washington, DC |
| 1998-2005 | Independent Research Consultant |
| 1997-1998 | Vice President, Litigation Services, Frederick Schneiders Research, Washington, DC |
| 1996-1997 | Manager, Dispute Analysis Division, Price Waterhouse, L.L.P., Washington, DC |
| 1991-1996 | Owner, Heather Hammer Research Consulting, Honolulu, Hawaii |
| 1990-1991 | Research Associate, Institute for Social Research, University of Hawaii |
| 1987-1988 | Research Associate, Institute for Social Research, University of Hawaii |
| 1984-1996 | Assistant Professor of Sociology, University of Hawaii |

## C.    Honors

| | |
|---|---|
| 1991-1992 | College of Social Sciences Summer Research Stipend |
| 1989-1991 | University of Hawaii Nominations for Teaching Excellence (also, 1996) |
| 1986 | University of Hawaii Merit Increment Award |
| 1985-1987 | University of Hawaii Foundation Travel Award (also, 1992 & 1994) |
| 1984 & 1986 | University of Hawaii Research and Training Revolving Fund Awards |
| 1982-1984 | Alberta Heritage Trust Fund, Ralph Steinhauer Award of Distinction |
| 1979-1984 | Social Sciences and Humanities Research Council of Canada, Doctoral Fellowship |
| 1979-1982 | Social Sciences and Humanities Research Council of Canada, Killam Scholarship |
| 1978-1989 | Canada Council M.A. Special Scholarship |
| 1978-1979 | Province of Alberta Graduate Studies Scholarship |
| 1978 | B.A. in Political Science, First Class Honors |
| 1976-1977 | Department of Political Science Honors Readership |
| 1974-1977 | Province of Alberta Scholarship for Academic Achievement |

D.    Selected Peer-Reviewed Publications

1.    Heather Hammer (*in press*, June 2008). Children Missing Involuntarily or for Benign Reasons.  *International Encyclopedia of Interpersonal Violence.*  Thousand Oaks, CA: Sage.

2.    Heather Hammer (*in press*, June 2008). Child Abductions, Family.  *International Encyclopedia of Interpersonal Violence.*  Thousand Oaks, CA: Sage.

3.    Heather Hammer (*in press*, June 2008). Child Abductions, Nonfamily.  *International Encyclopedia of Interpersonal Violence.*  Thousand Oaks, CA: Sage.

4.    Heather Hammer (*in press*, June 2008). Runaway and Thrownaway Children.  *International Encyclopedia of Interpersonal Violence.*  Thousand Oaks, CA: Sage

5.    Heather Hammer, Hee-Choon Shin, and Lorraine E. Porcellini (2003).  A comparison of Taylor Series and JK1 Resampling Methods of Variance Estimation.  *2003 Hawaii International Conference on Statistics Proceedings.*

6.    Heather Hammer (February 1997).  Symbolic exclusion in statistical literature: The impact of gendered language*.  American Statistician* 51:1, pp. 13-19.

7.    Heather Hammer and John Gartrell (1986).  American penetration and Canadian development: A case study of mature dependency.  *American Sociological Review* 51, 2, pp. 201-213.

8.    Heather Hammer (1986).  New methods of modeling the world system: Analyzing the interaction of history and structural position.  *Comparative Social Research* 9, 301-329.

9.    Heather Hammer (1984).  Comment on dependency theory and Taiwan: Analysis of a deviant case.  *American Journal of Sociology* 89, 4, 932-936.

E.    Other Publications

1.    David Finkelhor, Heather Hammer, and Andrea J. Sedlak (*in press* 2008).  *Sexually Assaulted Children: National Estimates and Characteristics.*  Office of Juvenile Justice and Delinquency Prevention Bulletin Series. Washington, DC: U.S. Department of Justice, Office of Juvenile Justice and Delinquency Prevention.

2.    Heather Hammer, David Finkelhor, and Andrea J. Sedlak (*forthcoming* 2008).  *Caretaker Satisfaction with the Response of Law Enforcement to Missing Child Type Episodes: National Estimates and Characteristics.* Office of Juvenile Justice and Delinquency Prevention Bulletin Series.  Washington, DC: U.S. Department of Justice, Office of Juvenile Justice and Delinquency Prevention.

3.    Heather Hammer, Andrea J. Sedlak, and David Finkelhor (2006).  *Second National Incidence Studies of Missing, Abducted, Runaway, and Thrownaway Children (NISMART-2) Household Survey Methods Technical Report.*  Washington, DC: U.S. Department of Justice, Office of Juvenile Justice and Delinquency Prevention.

4.    Heather Hammer and Michael K. Barr (2006).  *Second National Incidence Studies of Missing, Abducted, Runaway, and Thrownaway Children (NISMART-2) Public Use Data User's Manual.*  Hammer and Barr. Washington, DC: U.S. Department of Justice, Office of Juvenile Justice and Delinquency Prevention.

5.    Heather Hammer, Andrea J. Sedlak, and David Finkelhor (2006).  *Second National Incidence Studies of Missing, Abducted, Runaway, and Thrownaway Children (NISMART-2) Final Report.*  Washington, DC: U.S. Department of Justice, Office of Juvenile Justice and Delinquency Prevention.

6.    Andrea J. Sedlak, Dana J. Schultz, Janis Sayer, Heather Hammer, and David Finkelhor (2006).  *Stereotypical Kidnappings: National Estimates and Case Profiles.*  Washington, DC: U.S. Department of Justice, Office of Juvenile Justice and Delinquency Prevention.

7.    Andrea J. Sedlak, David Finkelhor, and Heather Hammer (2005).  *National Estimates of Children Missing Involuntarily or for Benign Reasons.*  Office of Juvenile Justice and Delinquency Prevention Bulletin Series.

Washington, DC: U.S. Department of Justice, Office of Juvenile Justice and Delinquency Prevention. Available online at www.ojjdp.ncjrs.org.

8.  Heather Hammer, Hee-Choon Shin, and Lorraine E. Porcellini.  *A Comparison of Taylor Series and JK1 Resampling Methods for Variance Estimation.*  2003 Hawaii International Conference on Statistics Conference Proceedings.

9.  United States White House.  *Personal Safety for Children: A Guide for Parents* (2002).  Features and acknowledges our special analysis, pages 2-3.  Published by the White House for distribution to all students in the U.S., in English and Spanish.  Available online at www.missingkids.com.

10.  Andrea J. Sedlak, David Finkelhor, Heather Hammer, and Dana Schultz (2002).  *National Estimates of Missing Children: An Overview.*  Office of Juvenile Justice and Delinquency Prevention Bulletin Series. Washington, DC: U.S. Department of Justice, Office of Juvenile Justice and Delinquency Prevention. Available online at www.ojjdp.ncjrs.org.

11.  Heather Hammer, Andrea J. Sedlak, and David Finkelhor (2002).  *Runaway/Thrownaway Children: National Estimates and Characteristics.*  Office of Juvenile Justice and Delinquency Prevention Bulletin Series. Washington, DC: U.S. Department of Justice, Office of Juvenile Justice and Delinquency Prevention. Available online at www.ojjdp.ncjrs.org.

12.  David Finkelhor, Heather Hammer, and Andrea J. Sedlak (2002).  *Nonfamily Abducted Children: National Estimates and Characteristics.*  Office of Juvenile Justice and Delinquency Prevention Bulletin Series. Washington, DC: U.S. Department of Justice, Office of Juvenile Justice and Delinquency Prevention. Available online at www.ojjdp.ncjrs.org.

13.  Heather Hammer, David Finkelhor, and Andrea J. Sedlak (2002).  *Family Abducted Children: National Estimates and Characteristics.*  Office of Juvenile Justice and Delinquency Prevention Bulletin Series. Washington, DC: U.S. Department of Justice, Office of Juvenile Justice and Delinquency Prevention. Available online at www.ojjdp.ncjrs.org.

14.  Heather Hammer, David Finkelhor, Andrea J. Sedlak, and Lorraine E. Porcellini (2004).  *National Estimates of Missing Children: Selected Trends, 1988-1999.*  Office of Juvenile Justice and Delinquency Prevention Bulletin Series.  Washington, DC: U.S. Department of Justice, Office of Juvenile Justice and Delinquency Prevention. Available online at www.ojjdp.ncjrs.org.

15.  Heather Hammer and Colette Browne (June 1991).  *How big is the gender gap?* Hawaii Bar News, 20-21.

F.    Recent Conference Presentations for OJJDP (2001-2005)

1.  San Diego International Conference on Child and Family Maltreatment.  January 24-28, 2005.  San Diego, CA.  Sexually Assaulted Children and Adolescents: National Estimates and Characteristics from the Second National Incidence Studies of Missing, Abducted, Runaway, and Thrownaway Children (NISMART-2).

2.  Hawaii International Conference on Statistics and Related Fields.  January 9-11, 2005.  Honolulu, HI. Predicting Adult Caretaker Consent to Interview Youth in a Large-Scale National Survey.

3.  Hawaii International Conference on Statistics and Related Fields.  June 5-8, 2003.  Honolulu, HI.  A Comparison of Taylor Series and JK1 Resampling Methods for Variance Estimation.

4.  National Network for Youth Symposium 2003.  February 10, 2003, Washington, DC.  Missing Children in America 1999: Second National Incidence Studies of Missing, Abducted, Runaway, and Thrownaway Children (NISMART-2) Workshop.

5.  2003 San Diego Conference on Child and Family Maltreatment.  February 6, 2002, San Diego, CA.  Missing, Abducted, and Sexually Abused Children: New Findings from the Second National Incidence Studies.

6. American Society of Criminology Annual Meeting.  November 15, 2002, Chicago, IL.  Missing Children in America 1999: Results of the Second National Incidence Studies of Missing, Abducted, Runaway, and Thrownaway Children.

7. Hawaii International Conference on Statistics and Related Fields.  June 5-9, 2002.  Honolulu, HI.  Using RDD Methods to Study Rare and Sensitive Events.

8. Annual Conference on Criminal Justice Research and Evaluation.  July 21-24, 2002.  Washington, DC.  The NISMART-2 Household Survey: Design, Challenges, and Results.

9. Working Together to Bring Our Children Home National Conference.  October 25-17, 2002.  Colorado Springs, CO.  NISMART-2 – A Decade of Understanding.

10. Annual Conference on Criminal Justice Research and Evaluation: Enhancing Policy and Practice.  July 22-25, 2001.  Washington, DC.  The Second National Incidence Studies of Missing, Abducted, Runaway, and Thrownaway Children (NISMART-2): New Estimates, Methods, and Challenges.

## G. Research Experience by Area

### Evaluation Research

1. **Principal Investigator, Pennsylvania Commission on Crime and Delinquency (PCCD) Literature Review and Evaluability Project**.  This project provides literature review, data analysis, and training services related to policy issues identified by PCCD, and program evaluation services related to the performance and outcomes of PCCD programs.  Recently completed work includes an evaluability assessment of the Pennsylvania Weed and Seed Program, and related training on the use of standards of scientific evidence in program development, selection, and evaluation, and research methods for conducting community assessments.  Subgrant 2006-JG-06-18700 (2007-2009).

2. **Principal Investigator, Pennsylvania Commission on Crime and Delinquency (PCCD) Literature Review and Evaluability Project**.  This project provided literature review and data analysis services related to policy issues identified by PCCD, and program evaluation services related to the performance and outcomes of PCCD programs.  These services were provided in support of the Senior Citizens Advisory Committee, the Center for Research, Evaluation, and Statistical Analysis, the Pennsylvania Weed and Seed Program, and the Director's Forum on Witness Cooperation.  Subgrant 2004-DS-19-15287 (2005-2007).

3. **Expert Data Analyst/Statistician.**  *P.J. et al. v. State of Connecticut et al.*  Commissioned by plaintiffs' attorney in a class action suit on behalf of intellectually disabled children to (a) determine if the terms of a 2002 Settlement Agreement have been met based on a comprehensive analysis of CT Department of Education data for 1998-2006; and (b) select a sample of class members for special education experts to evaluate.  Scope of work includes analysis of time series data, and preparation of reports.  Oral and/or written testimony may be required for reports, depositions, and trial if needed (2006-present).

4. **Study Director, and Consultant, National Science Foundation's Computer Science, Engineering, and Mathematics Scholarship (CSEMS) Program.**  The NSF CSEMS program provides funds to colleges and universities so that academically talented but financially needy students can receive scholarships that cover a wide array of costs associated with attaining a degree in Computer Science, Engineering, and Mathematics.  In her role as a consultant to the project, Dr. Hammer was a member of a team of evaluators who conducted site visits at recipient institutions, interviewing the faculty, administrators, staff, and students involved in the program, and prepared a report on the performance of the recipient sites for the NSF.  As the study director for the survey component of this evaluation, Dr. Hammer was responsible for all aspects of the design, management, and analysis related to the collection of the survey data (2003-2005).

5.  **Research Consultant.** Designed and conducted extensive focus group research used by the Archdiocese of Philadelphia Office of Research and Planning in their evaluation of the Parish Pastoral Planning Process. Work included sample selection consultation, developing moderator's guides, moderating focus groups of parishioners and clergy, and preparing research report (2000-2001).

6.  **Study Director, Task Order 4, Immigration and Naturalization Service (INS) Employment Verification Pilot Project.** The purpose of this five-year project was to evaluate the effectiveness of alternative verification pilot programs that have been developed by INS to deter the hiring of individuals without work authorization, to measure the degree to which they may have affected the level of discrimination in the workplace, to study the issues of privacy and security of information, and to gauge the acceptance of the pilots by employers and employees. Task Order 4 included site visits with a sample of 344 Basic Pilot Program establishments and 166 non-pilot establishments located in California, Florida, Illinois, New York, and Texas. Assisted with the design of the structured interview with directors of human resources, trained in-person interviewers to administer the interviews and select random samples of I-9 forms for further analysis, managed the data collection, developed the coding scheme, supervised the data analysis, and wrote the data collection methodology report (1999-2000).

7.  **Project Manager, United States Postal Service Employee Assistance Program Counselor Training Conferences.** Assisted Federal Occupational Health executives to develop and evaluate two training conferences for USPS Employee Assistance Program counselors. Work included analysis, reporting, and presentation of pre-conference survey research; preparing final report of conference activities and outcomes; and recommendations for future conferences (1999).

8.  **Principal Investigator, Hawaii Supreme Court, Economic Impact of Divorce Study.** Designed and conducted panel survey study of 318 divorced couples and their families for the Hawaii Supreme Court Committee on Gender and Other Fairness. Responsibilities included scheduling, budget, sampling design, study design, recruitment, hiring, and supervision of research assistant; data analysis and statistical modeling; written and oral presentation of results to Hawaii Family Law Section, State of Hawaii Family Court Judges, and Hawaii Supreme Court Gender and Other Fairness Committee members. Funded by 1994 Hawaii State Legislature (1993-1994).

9.  **Evaluation Research Design Consultant, State of Hawaii Governor's Executive Office on Aging.** Provided evaluation research design consultation for Operation Assist Demonstration Program for long-term care case management, including problem statement formulation; literature review; sample selection; evaluation measures; data collection methods; and data analysis (1992-1993).

10. **Principal Investigator, University of Hawaii Social Science Research Institute, Follow-up Assessment of the Work Hawaii Job Training Program.** Developed proposal, designed and conducted follow-up assessment of the Work Hawaii job training program with final report to the Oahu Private Industry Council. Funded by the City and County of Honolulu, Office of Human Resources Study Grant (1987-1988).

Needs Assessments (see litigation research for compliance studies)

11. **Consultant, New Jersey Legal Needs Survey.** Providing consulting services to Legal Services of New Jersey, related to the current legal needs study including, sampling methodology, survey, pretest, and data analysis (2006-2007).

12. **Consultant, New Jersey Legal Needs Survey.** Work included consulting on survey design, sampling methodology, questionnaire design, pretest design, and review of the final report for a statewide RDD survey of 1,000 low-income New Jersey residents. Study funded by Legal Services of New Jersey Poverty Research Institute (See *Legal Problems, Legal Needs: The Legal Assistance Gap Facing Lower Income People in New Jersey*, 2002).

13. **Study Director, Philadelphia Survey of Child Care and Work.** Consulted on moderator guide design, designed and oversaw sample selection, trained and oversaw minority moderators, and moderated focus groups for a study of welfare and very low-income mothers of school aged children in Philadelphia. The purpose of this study was to identify and examine the linkages between childcare problems and employment outcomes of low-skilled urban mothers. Study funded by the Ford Foundation, Julie Press, PI, Temple University (2000-2001).

14. **Principal Investigator, Hawaii Supreme Court, Economic Impact of Divorce Study.** Designed and conducted panel survey study of 318 divorced couples and their families for the Hawaii Supreme Court Committee on Gender and Other Fairness. Responsibilities included scheduling, budget, sampling design, study design, recruitment, hiring, and supervision of research assistant; data analysis and statistical modeling; written and oral presentation of results to Hawaii Family Law Section, State of Hawaii Family Court Judges, and Hawaii Supreme Court Gender and Other Fairness Committee members. Funded by 1994 Hawaii State Legislature (1993-1994).

Crime and Victimization Survey Research

15. **Principal Investigator, Second National Incidence Studies of Missing, Abducted, Runaway, and Thrownaway Children (NISMART-2).** NISMART-2 is a collection of four different large-scale nationally representative studies funded by a grant from the Department of Justice, Office of Juvenile Justice and Delinquency Prevention (OJJDP). The purpose of NISMART-2 was to use different types of data collection methodologies to create unified annual estimates of the number of children who are missing and recovered in the U.S. In her role as PI, Dr. Hammer led the research team, prepared briefings for OJJDP, analyzed the data from the Household Surveys, oversaw the creation of the public use data, and co-authored study publications (2001-2005). Funded by OJJDP Cooperative Agreement 1995-MC-CX-K004.

16. **Methodological Consultant, Office of the State of Hawaii Attorney General, Hawaii Crime Victims Prevalence Survey.** Provided research design, methodological consulting, and data analysis support services including sample weighting for a statewide mail survey of 3,000 residents. Survey funded by the National Institute of Justice, Bureau of Justice Statistics Grant 92-BJ-CX-K023 (1993-1994).

Minority Survey Research

17. **Study Director, Alcohol Epidemiology in Hispanic National Groups.** This recently completed NIH-funded multi-site survey used computer-assisted in-person interviews with a probability sample of 5,240 respondents to collect data about drinking and alcohol-related problems among four Hispanic national groups: Puerto Ricans, Cubans, Mexicans, and Central/South Americans in five cities, New York City, Los Angeles, Houston, Miami, and Philadelphia. Responsibility for administration and fiscal management of all aspects of study, including sample selection, data collection, data processing and weighting, and reporting activities. Funded by NIH NIAAA RO1 AA013642-01 and -02 (Raul Caetano, M.D., Ph.D., PI, University of Texas) (2003-2007).

18. **Study Director, Ethnicity, Alcohol, and Spousal Violence.** Consulted on questionnaire design, designed and conducted interviewer training, and oversaw data collection for in-person survey of 1,635 couples who were previously interviewed in the 1995 National Alcohol Survey. The purpose of this study was (1) to compare the drinking patterns, related attitudes and opinions, and association between alcohol and domestic violence and conflict in black, Hispanic, and white couples, and (2) to determine if acculturation was associated with domestic conflict among Hispanic couples. Study funded by NIH National Institute of Alcohol Abuse and Alcoholism (NIAAA) 2 RO1 AA10908, Raul Caetano, M.D., Ph.D., PI, University of Texas (1999-2000).

19. **Statistical Consultant, University of Hawaii School of Social Work.** Statistical consultant to Dr. Jon Matsuoka, recipient of a National Institute of Mental Health grant from the Minority Institutions Research Development Project. Designed and supervised data analysis and regression modeling for completed two-wave panel survey (1996).

20. **Methodological Consultant, University of Hawaii School of Social Work.** Research design and statistical assistance in preparing a funded National Institute of Mental Health (NIMH) grant proposal for Minority Institutions Research Development Project (1993-1994).

21. **Methodological Consultant, Federal Department of Veterans Affairs,** Matsunaga Minorities Post-Traumatic Stress Disorder Study. Provided rare population sampling design consultation in study of Asian and Pacific Islander Vietnam veterans (1991-1992).

## Other Survey Research

22. **Study Director, National Survey of Adolescent Males Wave IV.** This project follows a national probability sample of 1,880 males who were 15-19 years old in 1988. The specific aims of this fourth wave of interviewing are to: determine the covariates and prevalence of union formation behaviors; describe the progression of romantic relationships over the life course and identify patterns; and examine associated factors. The survey will use telephone and in-person computer-assisted methods for data collection, including a self-administered audio component for collecting sensitive information (2005-2008). Funded by NICHHD 1 RO1HD036948, Freya Sonenstein, Ph.D., PI, John Hopkins University.

23. **Research Consultant.** Consulted on a parent survey for the Penn Charter School. Work included questionnaire design, data analysis, and report preparation (2001-2002).

24. **Project Manager, Dickstein, Shapiro, Morin, and Oshinsky.** Commissioned by defendant's attorneys to conduct telephone survey of customers in a large fraud case, including questionnaire development and sample selection, training and supervision of interviewers, preparation of oral reports for counsel (1999).

25. **Survey Consultant, Community Attitude Survey for Paper Company.** Consulted on design of community attitude survey to support change of venue motion for defendant in class action suit for alleged environmental pollution. Designed questionnaire; developed interviewer training manual; managed survey; analyzed data; wrote report and affidavit (1998).

26. **Research Consultant, Community Attitude Surveys and Focus Group Research for Automobile Manufacturer.** Consulted on design of community attitude surveys and focus group research for defendant with multiple product liability suits in different venues. Developed questionnaires; moderated focus groups; analyzed focus group and survey data; wrote reports (1997).

27. **Project Manager, Likelihood of Confusion Mall-Intercept Survey.** Designed and managed multi-site mall intercept survey related to trademark infringement case involving women's apparel. Defined target market; reviewed case law; wrote proposal; sampling design; site selection; questionnaire development; client consultation; interviewer and supervisor training; wrote report (1997).

28. **Survey Consultant, Conference Evaluations for the American Intellectual Property Association.** Consulted on design of conference evaluation surveys for three professional conferences, including questionnaire development, data analysis, and written reports (1996-1997).

29. **Project Manager, Telephone Survey of Software Consumers.** Managed project and wrote report for telephone survey related to intellectual property dispute over computer software (1996).

30. **Principal Investigator, Hawaii State Bar Association, Membership Survey.** Designed and managed the Hawaii Bar Association's first membership survey including disproportionate stratified sampling; questionnaire development; data analysis; and preparation of feature article for the Hawaii Bar News (1991).

31. **Methodological Consultant, Queen's Medical Center, Ethical Issues in Nursing Survey.** Reviewed questionnaire and research design (1991).

Public Health Research

32. **Statistical Consultant, State of Hawaii Department of Health, Health Promotion and Education Branch.** Re-weighted Behavioral Risk Factor Surveillance System data for 1990-1993 to 1990 census, including preparation of a report comparing the weighted and unweighted demographic and prevalence estimates for the time period, and detailed manual of weighting procedures, algorithms, and SAS programs for use by the Department of Health Office of Health Status Monitoring (1995).

33. **Technical Editor, State of Hawaii Department of Health, Health Promotion and Education Branch.** Finalized preparation of 1993 Behavioral Risk Factor Surveillance System Annual Report, including final editing, proofing tables and text, and correction of errors by testing prevalence rates for statistical accuracy (1995).

34. **Statistical Consultant, State of Hawaii Department of Health, Health Promotion and Education Branch.** Finalized preparation of the 1993 Behavioral Risk Factor Surveillance System (BRFSS) Annual Report (1994).

35. **Methodological Consultant, State of Hawaii Department of Health, Office of Health Status Monitoring.** Prepared RFP to redesign Hawaii Health Surveillance Survey from in-person interview to telephone interview; reviewed and evaluated submitted proposals; assisted in selection of contractor among bidders (1994).

36. **Investigator, State of Hawaii Department of Health, Alcohol and Drug Abuse Division 1991 Behavioral Health Survey on Drug and Alcohol Abuse.** Provided survey design consultation for statewide in-person interview survey of 2,200 adults, including sample selection; questionnaire design; data analysis design and supervision; preliminary report (1991).

37. **Co-Investigator, University of Hawaii Social Science Research Institute, Teenage Pregnancy and Prenatal Care Study for the State of Hawaii Department of Health, Child and Maternal Health Care Division.** Developed research design for trend analysis of Hawaii Department of Health data, including data analysis design and supervision, and reporting of results (1990).

Other Litigation-Related Sampling Design and Data Analysis (including compliance research)

38. **Sampling Statistician.** *Ligas et al. v. Maram et al.* Commissioned by Equip for Equality, Legal Advocacy Director (Barry Taylor) in a class action suit on behalf of developmentally disabled individuals in Illinois seeking services in community-based settings rather than institutions. Scope of work includes consulting and statistical sampling. Oral and/or written testimony may be required for reports, depositions, and trial (2006-present).

39. **Sampling Statistician.** *Boyle v. Arnold-Williams.* Commissioned by plaintiff's attorneys (Columbia Legal Services) to provide sampling design consultation in a class action suite on behalf of developmentally disabled individuals in Washington related to sampling from the state's HCBS DDD waivers (2006).

40. **Sampling Statistician.** *Capitol People First, et al. v. Department of Developmental Services, et al.* Commissioned by plaintiff's attorneys (Protection and Advocacy, Inc.) to provide consultation and research related to sampling from a class of developmentally disabled individuals in California (2005-current).

41. **Sampling Statistician.** *ARC/Connecticut v. State of Connecticut Department of Mental Retardation.* Commissioned by plaintiffs' attorney (David Shaw) in a class action suit, to develop a sampling model and select a sample that represented the class. Scope of work included review of data, development of a sampling model, and sample selection (2003-2004).

42. **Sampling Statistician, Critique of Opposing Expert in Tax Evasion Investigation.** Reviewed and critiqued IRS sampling design (1997).

43. **Sampling Statistician, Study of Alleged Unfair Lending Practices.** Designed two-stage stratified cluster sample study of loan applications and contracts for defendant charged with unfair lending practices (1997).

44. **Project Manager, Study of Site Verification Data.** Designed and managed pilot study to determine accuracy of site verification data needed to estimate potential liability in large class action insurance matter (1996).

Litigation-Related Statistical Modeling

45. **Expert**. *Hopkins v. Prince Georges County Police Department.* Commissioned by plaintiff's attorneys (Johnnie L. Cochran and Walter Blair), to develop a statistical model to estimate lifetime lost earnings of a journalism student related to a wrongful death case. Scope of work included review of income data for starting professionals in journalism, development of a statistical model to estimate future lost earnings, and preparation of final report and trial exhibits. Case settled out of court (2002).

46. **Expert**. *Hogue v. Sam's Club et al.* Commissioned by plaintiff's attorney (Walter Blair), to develop a statistical model to estimate lost wages and retirement benefits for plaintiff in a sexual harassment case. Scope of work included review of payroll records and other income and benefit documents; development of database and statistical model to estimate current and future losses; preparation of final report and trial exhibits. Provided expert testimony in Prince Georges County District Court, Maryland jury trial, April 3, 2001.

47. **Expert**. *Sykes v. Rodriquez.* Commissioned by plaintiff's attorney Walter Blair of Blair and Lee, P.C. to develop a statistical model to estimate lost wages and retirement benefits in a personal injury case. Included review of payroll records and other income and benefit documents; development of database and statistical model to estimate current and future losses; preparation of final report and trial exhibits. Provided expert testimony in Prince Georges County District Court jury trial, March 4, 1999.

48. **Project Manager, Health Insurance Fraud Research**. Designed and managed research for two Medicare over-billing cases. Responsibilities included designing data collection protocol, sampling strategy, and liability estimate models; client consultation; file review; designing and conducting validity studies; supervising consulting teams; data analysis; report writing (1997).

49. **Statistician, Critique of Opposing Expert in Royalty Contract Fraud Matter.** Reviewed and rebutted opposing expert's statistical model in a royalty contract fraud case (1996).

50. **Statistician, Estimation of Liability in Tainted Product Matter.** Developed statistical model to estimate defendant's liability in a tainted product dispute (1996).

51. **Statistician, Study of Regional Differences in Verdicts and Settlements.** Tested for statistical significance of regional differences in vehicular and medical malpractice verdicts and settlements (1996).

52. **Statistical Expert, Law Offices of Clayton C. Ikei.** Conducted confidential research on behalf of three plaintiffs in a class action ethnic discrimination and retaliation suit against the Kauai Police Department. Provided expert testimony in a First Circuit Federal Court jury trial (1995-1996).

53. **Statistical Expert, Hawaii Civil Rights Commission.** Conducted confidential analysis of employment data and provided testimony as expert labor economist on behalf of bartender with age discrimination complaint against former employer (1995).

54. **Statistical Expert, Hawaii Medical Services Association (HMSA).** Conducted confidential statistical expert work including sampling design, statistical modeling, computer programming, data analysis, report writing, and testifying on behalf of HMSA (the largest medical insurance carrier in the state of Hawaii) in insurance fraud arbitration proceedings with member doctor (1991-1994).

Focus Group Research

55. **Study Director,** *Philadelphia Survey of Child Care and Work.*  Consulted on moderator guide design, designed and oversaw sample selection, trained and oversaw minority moderators, and moderated focus groups for a study of welfare and very low-income mothers of school aged children in Philadelphia.  The purpose of this study was to identify and examine the linkages between childcare problems and employment outcomes of low-skilled urban mothers.  Study funded by the Ford Foundation, Julie Press, PI, Temple University (2000-2001).

56. **Research Consultant.**  Designed and conducted extensive focus group research used by the Archdiocese of Philadelphia Office of Research and Planning in their evaluation of the Parish Pastoral Planning Process. Work included consultation on sample selection, preparation of moderator's guides, and preparation of research report (2000-2001).

57. **Consultant, Focus Group Research for Steel Manufacturer.**  Consulted on focus group research for defendant sued for alleged antitrust violations.  Collected, analyzed, and reported focus group reactions to evidence; assisted counsel with trial strategy development (1998).

58. **Design Consultant and Moderator, Focus Group Research for Car Rental Company.**  Consulted on design of focus group research for defendant with multiple allegations of employment discrimination; moderated focus groups; analyzed results; wrote report (1998).

Mock Jury Research

59. **Trial Consultant and Co-Facilitator, Mock Jury Trial for Medical Device Manufacturer.**  Co-facilitated mock trial for defendant in product liability suit.  Collected, analyzed, and reported mock juror data and reactions to evidence; debriefed jurors post-verdict; wrote sections of report; and assisted counsel to select trial exhibits and develop trial strategy (1998).

60. **Trial Consultant and Co-facilitator, Mock Jury Trial for Paper Manufacturer.**  Co-facilitated mock trial for defendant in a product liability suit.  Collected, analyzed, and reported mock juror data and reactions to evidence; debriefed jurors post-verdict; wrote sections of report; and assisted counsel to select trial exhibits and develop trial strategy (1998).

Missing Child Research Expert Reports and Testimony

61. **Missing Child Research Expert.**  *Reams v. Gauge.*  Commissioned by plaintiff's attorney (Linda Shay Gardner) to review documents, prepare report, and testify on risk of child abduction related to visitation and international travel with the children's father.  Testified at bench trial held in Family Court, Erie County Pennsylvania, June 20-21, 2006.

62. **Missing Child Research Expert.**  *Tresslar v. Olsson.*  Commissioned by plaintiff's attorney (Linda Shay Gardner) to review documents and prepare a report on the risk of child abduction related to visitation and international travel with the children's father (2005).

H.    Temple University Research Support

**Ongoing Research Support**

Subgrant 2006-JG-06-18700                                                    10/01/07-09/30/09
Pennsylvania Commission on Crime and Delinquency (PCCD)
Literature Review and Evaluability Assessment Services
This subgrant provides literature review, evaluability assessment support, and training services on topics and
programs identified by PCCD.  Role: Principal Investigator

1 RO1 HD036948 Sonenstein (PI)                                              07/01/05-06/30/08
John Hopkins University - NICHHD
National Survey of Adolescent Males, Wave 4: Transition into Adult Relationships
The purpose of this study is to improve understanding of longitudinal changes in relationship formation activity and
risk behaviors that lead to the transmission of human immunodeficiency virus (HIV) and other sexually transmitted
diseases (STDs).  Role: Study Director

**Completed Research Support**

Subgrant 2004-DS-19-15287                                                    01/01/05-12/31/07
Pennsylvania Commission on Crime and Delinquency (PCCD)
Literature Review and Evaluability Assessment Services
This subgrant provides literature review and evaluability assessment support services on topics and programs
identified by PCCD.  Role: Principal Investigator

1 RO1 AA013642-01A1 Caetano (PI)                                            09/01/04-01/31/07
Department of Health and Human Services – NIH
Alcohol Epidemiology in Hispanic National Groups
This was an in-person computer-assisted survey of 5,000 adults in five cities to study drinking and alcohol-related
problems among four Hispanic national groups: Puerto Rican Americans, Cuban Americans, Mexican Americans and
Central/South Americans.  Role: Study Director

95-MC-CX-K004 Hammer (PI)                                                   10/01/95-03/30/05
US Dept of Justice - Office of Juvenile Justice Delinquency
Second National Incidence Studies of Missing, Abducted, Runaway and Thrownaway Children (NISMART-2)
The purpose of this study was to develop reliable and valid statistics on the incidence of children who are missing,
abducted, runaways, or thrown away – including estimates of the number of sexually assaulted children.  Role:
Principal Investigator

REC-9912177 Haley (PI)                                                      09/20/00-09/20/04
National Science Foundation - Education and Human Resources Directorate
Research, Evaluation and Communication Division
This Task Order Contract provided consultation services related to the evaluation of the Computer Science,
Engineering, and Mathematics Scholarships (CSEMS) Program.  Role: Survey Study Director, Site Visit Consultant,
and Evaluation Team Member

2 R01 AA10908 Caetano (PI)                                                  01/01/99-03/31/01
University of Texas Health Sciences Center at Houston – NIH NIAAA
Ethnicity, Alcohol, and Spousal Violence

The purpose of this study was to conduct an in-person follow-up interview of 1,635 couples previously interviewed in the 1995 National Alcohol Survey, to investigate racial and ethnic differences in the relationship between alcohol use, domestic conflict, and spousal abuse.  Role: Study Director

Press (PI)                                                      09/01/00-08/31/02
Temple University/Ford Foundation
Child Care and Work
The purpose of this study was to identify and examine the linkages between child care problems and employment outcomes of low-skilled urban mothers.  Role: Study Director

Srivastava (PI)                                                12/01/00-11/30/02
Legal Services of New Jersey
Legal Needs Survey
The purpose of this study was to conduct a statewide CATI interview of low-income New Jersey residents to determine their use of and need for legal services to help them resolve civil legal problems.  Dr. Hammer provided consulting services regarding the design of the survey's sampling methodology, questionnaire, and pretest.  Role: Consultant

I.      Teaching Experience, University of Hawaii (1984-1986)

Graduate Seminars, Department of Sociology

1.   Seminar in Evaluation Research (1995-1996; 1985-1986)
2.   Research in Criminal Justice (1995-1996)
3.   Research Methods and Design (1995-1996)
4.   Seminar in Survey Research and Design (1994-1996; 1986-1992)
5.   Seminar in Advanced Statistics (1984-1994)

Undergraduate Seminars, Department of Sociology

6.   Law and Social Change (1995-1996)
7.   Social Statistics (1991-1994; 1987-1988)
8.   Introduction to Survey Methodology (1990-1991)
9.   Analysis of Deliberate Social Change (1984-1985)

Introductory Undergraduate Course, College of Social Sciences

10.   Statistical Analysis of Social Science Data (1989-1991)