UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| P.J., et al., | : | CIVIL NO. |
| Plaintiffs, | : | 291CV00180 (RNC) |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT,  et al. | : | |
| Defendants. | : | AUGUST 8, 2008 |

## MOTION TO FILE REPLY BRIEF
## THAT EXCEEDS PAGE LIMIT

The Plaintiffs request permission to file a Reply brief that exceeds the ten page limit set forth in paragraph 7(d), Fe. R. Civ. P.  In support of this motion, the Plaintiffs represent that the issues presented in Defendants' Memorandum in Opposition to Plaintiffs' Motion for Orders Compelling Compliance with Discovery and Compliance with Settlement Agreement are novel and complex.  As the proper resolution of these issues is important to the future of this litigation and to securing the benefits of the Settlement Agreement to the class as a whole, Plaintiffs request permission to exceed the page limit so that the issues raised by Defendants can be fully and completely addressed.

PLAINTIFFS,

By  /s/  David C. Shaw
David C. Shaw, Esq.
Law Offices of David C. Shaw, LLC
Fed. Bar No. ct05239
34 Jerome Ave., Suite 210
Bloomfield, CT 06002
Tel. (860) 242-1238
Fax  (860) 242-1507
Email   dcshaw@cttel.net

**<u>CERTIFICATION OF SERVICE</u>**

I hereby certify that on August 8, 2008 a copy of the foregoing Motion was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


Darren P. Cunningham
Assistant Attorney General
State of Connecticut
P.O. Box 120
Hartford, CT 06141



　/s/　David C. Shaw
David C. Shaw, Esq.